**Exhibit 2**

Jen-Feng Lee, SBN 204328
jfOCM@ltpacificlaw.com
Kenneth K. Tanji, Jr., SBN 162273
ktanji@ltpacificlaw.com
**LT Pacific Law Group, LLP**
17800 Castleton Street, #560
City of Industry, CA 91748
T: 626-810-7200
F: 626-810-7300

Attorneys for Plaintiff
OCM GROUP USA INC.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| OCM GROUP USA INC.<br><br>Plaintiff,<br><br>vs.<br><br>LIN'S WAHA INTERNATIONAL CORP, a New York corporation; and DOES 1 - 10,<br><br>Defendants. | Case No. 2:19-CV-08917-VAP (KSx)<br><br>**PLAINTIFF OCM GROUP USA, INC'S RESPONSE DEFENDANT LIN'S WAHA INTERNATIONAL CORP'S REQUEST FOR PRODUCTION OF DOCUMENTS [SET TWO]** |

PROPOUNDING PARTY:   Defendant Lin's Waha International Corp.

RESPONDING PARTY:    Plaintiff OCM Group USA, Inc.

SET NUMBER:          TWO

---

OCM'S RESPONSE TO REQUESTS FOR PRODUCTION, SET TWO

1

1  Plaintiff OCM Group USA, Inc. ("OCM"), via counsel, hereby responds and
2  objects to the REQUEST FOR PRODUCTION OF DOCUMENTS [SET TWO]
3  propounded by Defendant Lin's Waha International Corp. ("DEFENDANT").
4
5  **RESERVATION OF RIGHTS**
6  OCM makes the objections herein (collectively, the "Objections") based on its
7  interpretation and understanding of the Requests and based on its current knowledge,
8  understanding, and belief as to the facts and information available to OCM as of the date
9  of the Objections. If DEFENDANT subsequently assert an interpretation of any Request
10 that differs from OCM's understanding, OCM reserves the right to complete its
11 investigation and discovery of the facts, and to rely at trial or in other proceedings on
12 documents, regardless of whether such information is newly discovered or newly in
13 existence. The Objections shall not constitute an admission by OCM that any of the
14 Requests, any of the Objections, or any documents or things produced in connection
15 therewith, are admissible as evidence in any trial or other proceeding. OCM reserves the
16 right to object on any grounds, at any time, to the admission of any request or any
17 objection, response, or any document or thing produced in connection therewith in any
18 such trial or other proceeding. Additional discovery and investigation may lead to
19 additions to, changes in, or modifications of these Objections. Therefore, these
20 Objections are provided without prejudice to OCM's right to revise, amend, correct,
21 supplement, modify, or clarify its discovery responses to the extent required by Fed. R.
22 Civ. P. 26(e).
23 OCM does not waive any objection, nor any claim of privilege or immunity,
24 whether expressly asserted or not, by providing any information or identifying any
25 document or thing in response to any Request. The inadvertent disclosure of such
26 information, or the inadvertent identification or production of such a document, shall
27 not constitute a waiver of any applicable privilege or immunity as to that document or
28 any other document identified or produced by OCM. All objections as to privilege,

Produce all emails by and between Sunday Li, on the one hand, and XFHC and/or ZLFYF RELATING TO the DISTRIBUTION AGREEMENT, LOA 1 and/or LOA 2.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 2:**

Objections, burdensome, assumed facts, relevancy, vague. Subject to said objections, Plaintiff responds: please see file EMAILS.

**REQUEST FOR PRODUCTION NO. 3:**

Produce all Veterinary Heath Certificates issued by the People's Republic of China, and required for export to the United States, for all products bearing the TRADEMARKS AT ISSUE.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 3:**

Objections, burdensome, relevancy, trade secret. Subject to said objections, Plaintiff responds: please see the Milk-Cert folder (designated as Confidential AEO) in the CD-ROM produced on or around 8/11/2020.

**REQUEST FOR PRODUCTION NO. 4:**

All DOCUMENTS reflecting YOUR sales of products bearing the TRADEMARKS AT ISSUE to any of the vendors, customers, markets and/or companies listed on LW0015-LW0035, including the names of the purchasers of such products, their location, the volume/amount of such sales, and the total dollar volume/amount of such sales.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 4:**

Objections, burdensome, trade secrets, relevance.

Subject to said objections, Plaintiff responds: please see an Excel file, designated as Confidential AEO.

**REQUEST FOR PRODUCTION NO. 5:**

All DOCUMENTS reflecting, referring or RELATING TO marketing, advertising, or other sales efforts YOU made with respect to sales of products bearing the TRADEMARKS AT ISSUE to any of the vendors, customers, markets and/or companies listed on LW0015-LW0035.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 5:**

Objections, burdensome, relevance. Subject to said objections, Plaintiff responds: please see marketing-expense and marketing-materials folders already produced. Plaintiff does not have marketing or advertising documents related to the products at issue that are directed to the companies listed on LW0015 – LW0035. A marketing document (PowerPoint) was produced herein, designated as Confidential AEO.

**REQUEST FOR PRODUCTION NO. 6:**

Produce all DOCUMENTS used to prepare the figures contained in the document bates labeled OCM 0001.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 6:**

The documents used include OCM0002 – 0005 and LW0015 – 0036.

1  The currency conversion rate was obtained by Googling on the date of serving the
2  OCM-0001 page.

5  **REQUEST FOR PRODUCTION NO. 7:**
6  Copies of all payments (including check drafts, wire transfer confirmation, ACH
7  confirmation and the like) made by YOU to XFHC and/or ZLFYF RELATING
8  TO the DISTRIBUTION AGREEMENT, LOA 1 and/or LOA 2.

11 **RESPONSE TO REQUEST FOR PRODUCTION NO. 7:**
12 Objections, burdensome, assumed facts, overly broad, relevance. Subject to said
13 objections, Plaintiff responds: Plaintiff does not pay any licensing fee, per se, to XPP,
14 on account of being granted the exclusive distributorship and licensing of the
15 trademarks at issue. As such, there is no payment for such fees. However, Plaintiff
16 makes purchases of the products from XPP, and the payments to XPP are in the form of
17 product purchase. Some of the documents in OCM-0001 – 0005 show such purchase
18 amount.

20 Dated: 10/28/2020

22                              /s/Jen-Feng Lee
23                              Jen-Feng (Jeff) Lee
24                              Attorney for Plaintiff
25                                    OCM GROUP

OCM'S RESPONSE TO REQUESTS FOR PRODUCTION, SET TWO

9

021

# CERTIFICATE OF SERVICE

I hereby certify that, on 10/28/2020, I served the foregoing documents: **PLAINTIFF OCM GROUP USA, INC'S RESPONSE DEFENDANT LIN'S WAHA INTERNATIONAL CORP'S REQUEST FOR PRODUCTION OF DOCUMENTS [SET TWO]**, by EMail to

Mr. Brandon J. Witkow
Witkow/Baskin
21031 Ventura Boulevard, Suite 700
Woodland Hills, CA 91364
E: bw@witkowlaw.com

I certify under penalty of perjury that the foregoing is true and correct. Executed at City of Industry, California.

Dated: October 28, 2020         /s/ Jen-Feng Lee
                                 Jen-Feng Lee