**Exhibit 4**

1   Jen-Feng Lee, SBN 204328
2   jflee@ltpacificlaw.com
    Kenneth K. Tanji, Jr., SBN 162273
3   ktanji@ltpacificlaw.com
4   **LT Pacific Law Group, LLP**
    17800 Castleton Street, #560
5   City of Industry, CA 91748
    T: 626-810-7200
6   F: 626-810-7300
7
    Attorneys for Plaintiff
8   OCM GROUP USA INC.
9

10              **UNITED STATES DISTRICT COURT**

11              **CENTRAL DISTRICT OF CALIFORNIA**

12

| | |
|---|---|
| 13   OCM GROUP USA INC. | Case No. 2:19-CV-08917-VAP (KSx) |
| 14          Plaintiff, | Plaintiff's Rule 26(e) Supplemental |
| 15 | Disclosure |
| 16          vs. | |
| 17   LIN'S WAHA INTERNATIONAL | |
| 18   CORP, a New York corporation; and DOES 1 - 10, | |
| 19 | |
| 20          Defendants. | |
| 21 | |
| 22 | |
| 23 | |

24

25          OCM GROUP USA, INC. ("OCM" or "Plaintiff") provide this Rule 26(e)

26   Supplemental Disclosure as stated below:

27

28

---

I.  The name and, if known, the address and telephone number of each individual likely to have discoverable information that the disclosing party may use to support its claims or defenses, unless solely for impeachment, identifying the subjects of the information.

Further disclosure may be made.

II. A copy of, or description by category and location of, all documents, data, compilations, and tangible things that are in the possession, custody, or control of the party and that the disclosing party may use to support its claims or defenses, unless solely for impeachment.

Plaintiff corrects the date of execution for certain Letters of Authorization (LOA), provided in PDF files.

(a) An 11-page LOA (titled "PRODUCTS DISTRIBUTION AGREEMENT") was executed on 7/1/2018. At bottom of page 1, the three brands of XIANG PIAO PAIO, MECO & LAN FONG YUEN, were identified.

(b) A 3-page LOA (titled "LETTER OF AUTHORIZATION", containing corresponding Chinese text) was executed on 7/20/2018.

(c) A 4-page LOA (titled "LETTER OF AUTHORIZATION, containing corresponding Chinese text; ,specifying authorization duration of [Jul/01/2018] until [Dec/31/2020] on the first page) was executed on 5/7/2020.

III. A computation of any category of damages claimed by the disclosing party, making available for inspection and copying as under Rule 34 the documents or other evidentiary material, not privileged or protected from

---

032

disclosure, on which such computation is based, including materials bearing on the nature and extent of injuries suffered.

Plaintiff provide the computation of damages in the form of lost profit as shown herein in OCM-0001 through OCM-0006, based upon the sales quantity of the nine (9) items sold by Lin's Waha.

Plaintiff's claimed lost profit damages, due to the exclusivity in the relevant period, would be $82,666.59, using the currency conversion rate of $1 USD = $6.87 RMB.

OCM-0001 shows a summary P/L table in the same sequence of the 9 product items sold by Lin's Waha as shown in LW0036

OCM-0002 through OCM-0005 are Plaintiff's true and correct purchase invoices and sales invoices for the 9 items at issue.

These documents are designated as **Confidential AEO** due to the identities of Plaintiff's clients and its operational profit margin.

Plaintiff reserves its right to amend the disclosure as the case progresses.

Dated:  8/31/2020

/s/Jen-Feng Lee

Jen-Feng (Jeff) Lee

Attorney for Plaintiff

OCM GROUP

**033**

1

## CERTIFICATE OF SERVICE

2    I hereby certify that, on 8/31/2020, I electronically served the foregoing

3  documents: **Plaintiff's Rule 26(e) Supplemental Disclosure**, by emailing to:

4

5    Mr. Brandon J. Witkow

   Witkow/Baskin
6
   21031 Ventura Boulevard, Suite 700
7    Woodland Hills, CA 91364
   T: 818-296-9508
8    E: bw@witkowlaw.com

9

10    I certify under penalty of perjury that the foregoing is true and correct.

11

12

13

14

15  Dated: August 31, 2020           /s/ Jen-Feng Lee

16                          Jen-Feng Lee

17

18

19

20

21

22

23

24

25

26

27

28

**034**