**Exhibit 8**

Declaration of ZHIJIE WANG

My name is ZHIJIE WANG . The following statements are made based upon my personal knowledge. If called as a witness, I would testify competently and truthfully.

1. My name is ZHIJIE WANG . I am the CEO of SkYFOODS My business contact information is 40-24 College Point Blvd., Flushing, NY 11354 .

2. SkYFOODS is a client of OCM Group USA INC. ("OCM") since 01/2018 . Among the products we purchased from OCM are some food items bearing the brands of Xiangpiaopiao, Meco, and Lan Fong Yuen ("Brands", collectively).

3. These Brands are well known in China. These Brands are well known by overseas Chinese consumers, including those in North America areas.

4. The Xiangpiaopiao Company Ltd. ("XPP") is the owner of these Brands. XPP is a big business and a major player in the Chinese food industry.

5. We started to carry food items of these Brands since 9/2018 .

6. It is my knowledge the OCM is the exclusive distributor of these Brands. We purchase food items of these Brands exclusively from OCM since 9/2018 .

7. We are aware of, and participated in, several PR activities hosted by OCM in the last couple of years, promoting food items of these Brands (and other brands, as well).

8. OCM showed me its distributor and license agreements. I don't have any reason to doubt OCM's exclusive distributorship in US regarding these Brands.

I declare under penalty of perjury that the foregoing is true and correct under the laws of the United States of America.

Dated:     09/08/2020            Executed at: SKYFOODS

ZHIJIE WANG
CEO

Declaration

Declaration of ZHANG-LIN. Li

My name is Zhanglin Li. The following statements are made based upon my personal knowledge. If called as a witness, I would testify competently and truthfully.

1. My name is Zhanglin Li. I am the CEO of GOLD CITY SUPER MARKET
   My business contact information is 46-31 KISSENA BLVD. FLUSHING. NY 11355.

2. GOLD CITY SUPERMARKET is a client of OCM Group USA INC. ("OCM") since 12/2017
   Among the products we purchased from OCM are some food items bearing the brands of Xiangpiaopiao, Meco, and Lan Fong Yuen ("Brands", collectively).

3. These Brands are well known in China. These Brands are well known by overseas Chinese consumers, including those in North America areas.

4. The Xiangpiaopiao Company Ltd. ("XPP") is the owner of these Brands. XPP is a big business and a major player in the Chinese food industry.

5. We started to carry food items of these Brands since 07/2018.

6. It is my knowledge the OCM is the exclusive distributor of these Brands. We purchase food items of these Brands exclusively from OCM since 07/2018.

7. We are aware of, and participated in, several PR activities hosted by OCM in the last couple of years, promoting food items of these Brands (and other brands, as well).

8. OCM showed me its distributor and license agreements. I don't have any reason to doubt OCM's exclusive distributorship in US regarding these Brands.

I declare under penalty of perjury that the foregoing is true and correct under the laws of the United States of America.

Dated:   09/08/2020

Executed at: GOLD CITY SUPERMARKET

Declaration                                                                p1

**056**