**Exhibit 9**



**Comparison of Products**

Lin's Waha Product

OCM Product

Manufacturer Product

Product Name

MECO Kumquat & Lemon

**058**















Meco Thai Lime



A03201
Meco Peach & Pir
Grapefruit Tea
400ml x 15cups/cs
香飄飄 Meco
蜜桃紅柚茶

Meco
Peach &
Pink
Grapefruit

**061**











A03101
Meco Milk Tea
300ml x 15cups/cs
香飘飘 Meco
牛乳茶

6 938888 880114





Meco Milk-
Tea

**064**



A02101
Lan Fong Yuen
Milk Tea
280ml x 15cups/cs
兰芳园奶茶

6 938888 880107









Lan Fong
Yuen Milk
Tea
[Black/Gold]

**066**



















Dasheen [Taro] Milk Tea





Strawberry
Milk Tea

**071**



C01103
XPP Milk Tea
(Strawberry)
80g x 3cups/pack,
10packs/cs
香飘飘 草莓奶茶

6 938888 888400

**072**



073



C01104
XPP Milk Tea
(Barley)
80g x 3cups/pack
10packs/cs
香飘飘 麦香奶茶

6 938888 888424

**Wheat Milk Tea**





C01101
XPP Milk Tea
(Original)
80g x 3cups/pack
10packs/cs
香飄飄 原味奶茶







Original
Milk Tea

| | |
|---|---|
| | See Decl. of Xiuqing Lin, ¶¶ 10 & 12, Exhs. 1 & 3 |
| | See Decl. of Xiuqing Lin, ¶¶ 11 & 13, Exhs. 2 & 4 |
|  | See Decl. of Linpan Deng, ¶¶ 7 & 8, Exhs. 2 & 3 |
| | |

**077**

# PRODUCTS AT ISSUE – EXHIBIT 2 TO COMPLAINT

Case 2:19-cv-08917   Document 1-7   Filed 10/16/19   Page 1 of 3   Page ID #:16

**EXHIBIT 2**

Item # 20-10024    80G x 3 x 10
香飘飘发香味

Item # 20-10022    80G x 3 x 10
香飘飘存香味

Item # 20-10023    80G x 3 x 10
香飘飘椰味

Item # 20-10025    80G x 3 x 10
香飘飘草莓味

Item # 20-10020    280ML x 15
香飘飘兰芳园

Item # 20-10021    300ML x 15
香飘飘牛乳茶

**Lin's Waha Int'l Corp** 林氏国际贸易有限公司



Item # 14-20101

香飘飘泰式青柠　　400ML x 15



Item # 14-20102

香飘飘桃红柚　　400ML x 15



Item # 14-20103

香飘飘金桔柠檬　　400ML x 15

**080**