**Exhibit 2**

**12**





**14**



15



16



17



18





20