**Exhibit 3**

**21**



LW00271



23



24













LW00321



32

LW00325



LW00327



**34**

LW00326



35

LW00329



**36**

LW00328



37



38



**39**



**40**



品名 Name：80g香飘飘（麦香）奶茶1*3

鲜佰惠

| 零售价: Retail price | | 产地 Place of origin | | 规格 specification | 1*30 |
|---|---|---|---|---|---|
| **¥ 3.90** | 元 | 单位 Unit | 杯 | 等级 Grade | |
| 会员价 Vip price: **3.90** | | 供应商 supplier | 1024 | 物价员 Members Prices | |
| | | 条码 Coding | 6938888888844 | 货号 Article no. | 10110069 |

**41**





43



44







47



**48**

LW00296



**49**

LW00297



50