# Exhibit 2A







A03201
Meco Peach & Pink Grapefruit Tea
400ml x 15cups/cs
香飘飘 Meco
桃桃红柚茶

LW00301



6 938888 889803

29



C01104
XPP Milk Tea (Barley)
80g x 3cups/pack, 10packs/cs
香飘飘 麦香奶茶

LW00308

6 938888 888424

30



C01103
XPP Milk Tea
(Strawberry)
80g x 3cups/pack,
10packs/cs
香飘飘 草莓奶茶

LWP0307
6 938888 888400



C01101
XPP Milk Tea
(Original)
80g x 3cups/pack,
10packs/cs
香飘飘 原味奶茶

LW0P306
6 938888 888011



**33**



A02101
Lan Fong Yuen
Milk Tea
280ml x 15cups/cs
兰芳园奶茶

LW00300

6 938888 880107

34



35