**Exhibit 3**

36



37

LW00256





39

LW00257



40

码赢大奖

开奖截止时间：2020年5月1日起至2020年12
活动区域：全国（不含港澳台）活动产
Meco蜜谷·果汁茶参与方式：活动期间，
Meco蜜谷·果汁茶带"扫码赢大奖"字样
根据杯身提示"揭开"处，微信扫描背
扫码识别率99%）。根据提示进入活动页
奖互动即有机会赢得奖品。奖品设置：本
品数量共计1.5亿杯，奖品数量总计1.5
综合中奖率约100‰。华为 Mate 30 RS
设计5G全网通（12GB+512GB）；价值
共计10个，中奖率约为0.000001%；华为
5G手机(8G+128G)，价值6399元，共计50
0.000003%；998元现金红包，价值998
个，中奖率约0.001133%；6元现金红包，
2000000个，中奖率约1.33333‰；0.3
价值0.3元，共计45000000个，中奖率约
co蜜谷·果汁茶微商城15元无门槛优惠券
15元，共计102997940个，中奖率约%
兑换方式：抽中手机者需根据页面提示提
名、手机号码、奖品邮寄地址等相关信息
方核实个人资料及中奖信息真实有效后
如有误中奖者自身原因造成无法联络
致中奖者无法兑换奖品，损失由中奖者
将在15个工作日内将所中奖品按中奖者
地寄出，奖品随机发货，不可指定颜色，
如所收到的奖品为准。微商城券需在Meco
笔订单仅可使用一张，不可与其他优惠
该券有效期为3个月，可进入微商城查
天猫Meco蜜谷·果汁茶微信公众号，点
链接进入微商城。现金红包领取后直接
账户（998元现金红包需输入手机号核
。所有奖品未在24小时内领取即视为
奖及由此产生的权利。活动详细规则见
果汁茶微信公众号活动详情页面。活动
方为香飘飘食品股份有限公司。活
400-8264077（周一至周五，
-17:00，法定节假日除外）

揭开这里扫码

扫码

998

20H0107H
01:46  32

41



42

LW00253



43

LW00315



44

扫码赢大奖

活动及兑奖截止时间：2020年5月1日起至2020年12月31日24点整。活动区域：全国（不含港澳台）活动产品：香飘飘Meco蜜谷·果汁茶 参与方式：活动期间，购买香飘飘Meco蜜谷·果汁茶带"扫码赢大奖"字样的膜杯产品，根据杯身提示"揭开"处，微信扫描背面二维码（扫码识别率99%）。根据提示进入活动页面，参与抽奖互动即有机会赢得奖品。奖品设置：本次活动参与活动产品数量共计1.5亿杯，奖品数量总计1.5亿个，本次综合中奖率约100%。华为 Mate 30 RS 保时捷设计5G全网通（12GB+512GB），价值10999元，共计10个，中奖率约为0.00001%；华为Mate30 pro 5G手机(8G+128G)，价值6399元，共计50个，中奖率约0.000003%；998元现金红包，价值998元，共计2000个，中奖率约为0.00133%；6元现金红包，价值6元，共计2000000个，中奖率约为1.33333%；0.3元现金红包，价值0.3元，共计45000000个，中奖率约30%；Meco蜜谷·果汁茶微商城15元无门槛优惠券，价值15元，共计102997940个，中奖率约为68.66529%。兑换方式：抽中手机者需根据页面提示提供姓名、手机号码、奖品邮寄地址等相关信息给主办方核实个人资料及中奖信息真实有效后，如姓名信息等有误将视为中奖者自身原因造成无法联络中奖者，导致中奖者无法兑换奖品，损失由中奖者自行承担，将在15个工作日内将所中奖品按中奖者提供地址寄出，奖品随机发货，不可指定颜色，以实际收到的奖品为准。微商城券需在Meco蜜谷·果汁茶微信公众号活动详情页面。活动主办方：广州市香飘飘食品股份有限公司。活动热线：400-8264077（周一至周五，9:30-17:00，法定节假日除外）

揭开这里扫码 扫码

9804J 合格
21



46





48



49

LW00319





51

LW00342



香港兰芳园始创于1952年。创始人林木河先生发明了丝袜奶茶,并匠心经营60多年。
港式奶茶(丝袜奶茶)被列入香港非物质文化遗产。

选用进口浓缩牛奶
选用进口红茶茶叶

蘭芳園
LAN FONG YUEN

保护环境
人人有责

53

蘭芳園
LAN FONG YUEN
— SINCE 1952 —

食品名称：丝袜奶茶（奶茶饮料）

配料：水、生牛乳、白砂糖、红茶、稀奶油、浓缩牛奶（调制乳）、乳化剂（471,473,322）、酸度调节剂（452、451i、331、501i）、抗氧化剂（316）、食用香精香料。产品标准代号：GB/T21733 致敏物质提示：本产品含有乳制品。蛋白质含量≥0.8%，生牛乳添加量≥25%，进口浓缩牛奶添加量≥0.1%，进口红茶茶叶添加量≥3%。保质期：9个月 生产日期：标于杯身 本品若出现悬浮或沉淀物来自茶和牛奶成分，可正常饮用。请勿将产品放于微波炉中直接加热！委托及生产商：三芳园食品有限公司(工厂代码I) 地址：浙江省湖州市凤凰西区西凤路1318号2号楼 产地：浙江省湖州市 邮编：313000 食品生产许可证编号：SC 10633050502394 受委托生产商：三芳园（广东）食品有限公司(工厂代码J) 地址：江门市蓬江区棠下镇金桐广诺裕产地：广东省江门市 邮编：529000 食品生产许可证编号：SC 10644070301175 （具体生产商见生产日期后面字母代码）消费者热线：400-8264077

营养成分表

| 项目 | 每100毫升 | NRV% |
|---|---|---|
| 能量 | 277千焦 | 3% |
| 蛋白质 | 1.0克 | 2% |
| 脂肪 | 2.9克 | 5% |
| —反式脂肪酸 | 0克 | |
| 碳水化合物 | 9.0克 | 3% |
| 钠 | 35毫克 | 2% |

6 970770 099907

54

LW00312

