Jen-Feng Lee, SBN 204328
jflee@ltpacificlaw.com
Kenneth K. Tanji, Jr., SBN 162273
ktanji@ltpacificlaw.com
**LT Pacific Law Group, LLP**
17800 Castleton Street, #560
City of Industry, CA 91748
T: 626-810-7200
F: 626-810-7300

Attorneys for Plaintiff
OCM GROUP USA INC.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| OCM GROUP USA INC. | Case No. 2:19-CV-08917-SB (KSx) |
| Plaintiff, | **Plaintiff's Compendium of Exhibits** |
| vs. | |
| LIN'S WAHA INTERNATIONAL CORP, a New York corporation; and DOES 1 - 10, | |
| Defendants. | |

Plaintiff, OCM Group USA, Inc. ("OCM" or Plaintiff), via counsel, present this compendium ("Compendium") of exhibits, in support of Plaintiff's Opposition to summary judgment motion ("MSJ") filed by Defendant Lin's Waha International ("LW").

---

1: Emails discussing issues of liability and damages.

2: LW produced sales summary, for the 9 Branded Products at issue and obtained the profit of $24,847 (derived by [$128,754 - $103,907]).

3: Veterinary Certificates accompanying OCM's Branded Products, showing milk/dairy sources from New Zealand or Australia, for compliance with import regulations set by USDA/APHIS.

4: Defendant produced documents, showing LW's branded products were seized/destroyed by USDA/APHIS, violating import entry regulations.

5: OCM's purchase cost document (OCM-002) for the 9 Branded Products.

6: OCM's sales price documents (OCM-003 – 006) for the 9 Branded Products.

7: OCM's computation (OCM-001) showing it would have made the $82k profit.

8: OCM's other cease-and-desist letters re exclusivity deals it has.

9: Declarations by four vendors/merchants acknowledging OCM's exclusivity right with the XPP branded products in U.S.

10: OCM's sales of the Branded Products produced via Excel files (under seal).

11: OCM's screenshot showing its U.S. market coverage served by four (4) branch offices.

12: Some discovery documents showing OCM's promotion and market penetration across United States.

13: OCM's responses to interrogatories, showing OCM's advertisement campaign and market penetration across the whole United States.

Dated:  February 11, 2021                      Respectfully Submitted,

                                               /s/Jen-Feng Lee

                                               Jen-Feng (Jeff) Lee
                                               Attorney for Plaintiff,
                                                    OCM GROUP USA INC.