# Exhibit 3

**Exhibit 3**



# 中华人民共和国出入境检验检疫
## ENTRY-EXIT INSPECTION AND QUARANTINE
## OF THE PEOPLE'S REPUBLIC OF CHINA



正本
ORIGINAL

# 兽医（卫生）证书
# VETERINARY (HEALTH) CERTIFICATE

共2 页，第1页 Page 1 of 2
编号 No.: 22000000681145001

发货人名称及地址
Name and Address of Consignor: XIANG PIAO PIAO FOOD CO.,LTD NO.888, CHUANGYE ROAD, HUZHOU ECONOMIC&TECHNOLOGY DEVELOPMENT ZONE, HUZHOU CITY, ZHEJIANG, P.R. CHINA

收货人名称及地址
Name and Address of Consignee: OCM GROUP USA INC. 16555 GALE AVE., CITY OF INDUSTRY, CA 91745

品名
Description of Goods: SEE ATTACHMENT

报检重量
Weight Declared: SEE ATTACHMENT

产地
Place of Origin: SEE ATTACHMENT

标记及号码
Mark & No.: N/M

包装种类及数量
Number and Type of Packages: SEE ATTACHMENT

集装箱号
Container No.: ***

铅封号
Seal No.: ***

加工厂名称、地址及编号（如果适用）
Name, Address and approval No. of the approved Establishment (if applicable): ***

启运地
Place of Despatch: SHANGHAI, CHINA

到达国家及地点
Country and Place of Destination: NEW YORK, U.S.A.

运输工具
Means of Conveyance: BY SEA

发货日期
Date of Despatch: ***

THE OFFICIAL VETERINARIAN CERTIFY THAT:

1. THE MILK/MILK PRODUCTS ARE THE ONLY INGREDIENTS OF ANIMAL ORIGIN IN THE EXPORTED PRODUCT;
2. THE MILK/MILK PRODUCTS ARE SOURCED FROM NEW ZEALAND OR AUSTRALIA OR U.S.A.

********

签证地点 Place of Issue: HUZHOU
签证日期 Date of Issue: 24 Mar, 2020
官方兽医 Official Veterinarian: HU WEI
签名 Signature: [signature]

中华人民共和国出入境检验检疫机关及其官员或代表不承担签发本证书的任何财经责任。No financial liability with respect to this certificate shall attach to the entry-exit inspection and quarantine authorities of the P. R. of China or to any of its officers or representatives.

[c3-1(2018.4.20) * 1]

BA01101484

Scanned with CamScanner



# 中华人民共和国出入境检验检疫
## ENTRY-EXIT INSPECTION AND QUARANTINE OF THE PEOPLE'S REPUBLIC OF CHINA

副本 COPY 

共2 页，第1页 Page 1 of

编号 No.: 22000000068114500

## 兽 医（卫生）证 书
## VETERINARY (HEALTH) CERTIFICATE

发货人名称及地址
Name and Address of Consignor: XIANG PIAO PIAO FOOD CO.,LTD NO.888, CHUANGYE ROAD,HUZHOU ECONOMIC&TECHNOLOGY DEVELOPMENT ZONE ,HUZHOU CITY,ZHEJIANG,P.R.CHINA

收货人名称及地址
Name and Address of Consignee: OCM GROUP USA INC.16555 GALE AVE.,CITY OF INDUSTRY,CA91745

品名
Description of Goods: SEE ATTACHMENT

报检重量
Weight Declared: SEE ATTACHMENT

产地
Place of Origin: SEE ATTACHMENT

标记及号码
Mark & No.: N/M

包装种类及数量
Number and Type of Packages: SEE ATTACHMENT

集装箱号
Container No.: ***

铅封号
Seal No.: ***

加工厂名称、地址及编号（如果适用）
Name, Address and approval No. of the approved Establishment (if applicable): ***

启运地
Place of Despatch: SHANGHAI,CHINA

到达国家及地点
Country and Place of Destination: NEW YORK,U.S.A.

运输工具
Means of Conveyance: BY SEA

发货日期
Date of Despatch: ***

THE OFFICIAL VETERINARIAN CERTIFY THAT:
1. THE MILK/MILK PRODUCTS ARE THE ONLY INGREDIENTS OF ANIMAL ORIGIN IN THE EXPORTED PRODUCT;
2. THE MILK/MILK PRODUCTS ARE SOURCED FROM NEW ZEALAND OR AUSTRALIA OR U.S.A.
*******

签发地点 Place of Issue: HUZHOU

签证日期 Date of Issue: 24 Mar, 2020

官方兽医 Official Veterinarian: HU WEI

签名 Signature: [signature]

中华人民共和国出入境检验检疫机关及其官员或代表不承担签发本证书的任何财经责任。No financial liability with respect to this certificate shall attach to the entry-exit inspection and quarantine authorities of the P.R. of China or to any of its officers or representatives.

[c3-1(2018.4.20)* 1]

BA0101484

Scanned with CamScanner

证书
## CERTIFICATE

**ORIGINAL**

共 页第 页 Page of
　　2　　2　　2　2

编号 No.: 220000000681145001

## ATTACHMENT

| 序号 NO | 品名 Description of Goods | 报检重量 Weight Declared | 包装种类及数量 Number and Type of Packages | 产地 Place of Origin |
|---|---|---|---|---|
| 1 | MATCHA MIX MILK TEA 1*30 | **1912.5KGS | **750CTNS | HUZHOU,ZHEJIANG |
| 2 | MUSCOVADO SUGAR MIX MILK TEA 1*30 | **4320KGS | **1600CTNS | HUZHOU,ZHEJIANG |

********

Scanned with CamScanner



证书
**CERTIFICATE**

副 本
**COPY**

共 页第 页 Page of
2   2   2   2

编号 No.: 2200000000681145001

## ATTACHMENT

| 序号 NO | 品名 Description of Goods | 报检重量 Weight Declared | 包装种类及数量 Number and Type of Packages | 产地 Place of Origin |
|---|---|---|---|---|
| 1 | MATCHA MIX MILK TEA 1*30 | **1912.5KGS | **750CTNS | HUZHOU, ZHEJIANG |
| 2 | MUSCOVADO SUGAR MIX MILK TEA 1*30 | **4320KGS | **1600CTNS | HUZHOU, ZHEJIANG |

********