# Exhibit 4

**Exhibit 4**

According to the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number. The valid OMB control number for this information collection is 0579-0102. The time required to complete this information collection is estimated to average 1 hour per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information.

FORM APPROVED - OMB NO. 0579-0102

**U.S. DEPARTMENT OF AGRICULTURE**
**ANIMAL AND PLANT HEALTH INSPECTION SERVICE**
**PLANT PROTECTION AND QUARANTINE**

## EMERGENCY ACTION NOTIFICATION

| Field | Value |
|---|---|
| SERIAL NO. | |
| 1. PPQ LOCATION | NY Metro Site #6938888880138 |
| 2. DATE ISSUED | 8/15/19 |
| 3. NAME AND QUANTITY OF ARTICLE(S) | MECO MILKTEA Drink - 157 (300ml × 15); (280ml × 15) LAN FONG Yuen #6938888880121-5 |
| 4. LOCATION OF ARTICLES | |
| 5. DESTINATION OF ARTICLES | |
| 6. SHIPPER | TBD - Unipac to provide (Entry documents) |
| 7. NAME OF CARRIER | |
| 8. SHIPMENT ID NO.(S) | |
| 9. OWNER/CONSIGNEE OF ARTICLES | Name: LINS WANG INTERNATIONAL; Address: 229 Robbens Lane, Syosset NY, 11791; Phone: 516-261-9521 |
| 10. PORT OF LADING | |
| 11. DATE OF ARRIVAL | |
| 12. ID OF PEST(S), NOXIOUS WEEDS, OR ARTICLE(S) | |
| 12a. PEST ID NO. | |
| 12b. DATE INTERCEPTED | |
| 13. COUNTRY OF ORIGIN | CHINA |
| 14. GROWER NO. | |
| 15. FOREIGN CERTIFICATE NO. | NONE |
| 15a. PLACE ISSUED | |
| 15b. DATE | |

Under Sections 411, 412, and 414 of the Plant Protection Act (7 U.S.C. 7711, 7712, and 7714) and Sections 10404 through 10407 of the Animal Health Protection Act (7 U.S.C. 8303 through 8306), you are hereby notified, as owner or agent of the owner of said carrier, premises, and/or articles, to apply remedial measures for the pest(s), noxious weeds, and or article(s) specified in Item 12, in a manner satisfactory to and under the supervision of an Agriculture Officer. Remedial measures shall be in accordance with the action specified in Item 16 and shall be completed within the time specified in Item 17.

AFTER RECEIPT OF THIS NOTIFICATION, ARTICLES AND/OR CARRIERS HEREIN DESIGNATED MUST NOT BE MOVED EXCEPT AS DIRECTED BY AN AGRICULTURE OFFICER. THE LOCAL OFFICER MAY BE CONTACTED AT: 718-553-3568

**16. ACTION REQUIRED**
- [ ] TREATMENT:
- [ ] RE-EXPORTATION:
- [X] DESTRUCTION:
- [ ] OTHER:

The above product made entry into the United States without meeting entry requirements as per 9CFR94. All product will be destroyed under USDA supervision.

Should the owner or owner's agent fail to comply with this order within the time specified below, USDA is authorized to recover from the owner or agent cost of any care, handling, application of remedial measures, disposal, or other action incurred in connection with the remedial action, destruction, or removal.

**17. AFTER RECEIPT OF THIS NOTIFICATION COMPLETE SPECIFIED ACTION WITHIN** (Specify No. Hours or No. Days): upon receipt

**18. SIGNATURE OF OFFICER:** JOHN F. Gearty #5407

**ACKNOWLEDGMENT OF RECEIPT OF EMERGENCY ACTION NOTIFICATION**
I hereby acknowledge receipt of the foregoing notification.

SIGNATURE AND TITLE: Selina L
DATE AND TIME: 08/15/2019

**19. REVOCATION OF NOTIFICATION**
ACTION TAKEN: USDA - Destroyed as requested
SIGNATURE OF OFFICER: John Stuart
DATE: 8/27/19

PPQ FORM 523 (JULY 2002)   Previous editions are obsolete.

PART 1 - OWNER OR AGENT

According to the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number. The valid OMB control number for this information collection is 0579-0102. The time required to complete this information collection is estimated to average 1 hour per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information.

FORM APPROVED - OMB NO. 0579-0102

**U.S. DEPARTMENT OF AGRICULTURE**
**ANIMAL AND PLANT HEALTH INSPECTION SERVICE**
**PLANT PROTECTION AND QUARANTINE**

# EMERGENCY ACTION NOTIFICATION

| Field | Value |
|---|---|
| SERIAL NO. | |
| 1. PPQ LOCATION | NY Metro Site |
| 2. DATE ISSUED | 9/18/19 |
| 3. NAME AND QUANTITY OF ARTICLE(S) | 32 cases LAN FONG YUN / #69388888 0121 SKU / MECO |
| 4. LOCATION OF ARTICLES | |
| 5. DESTINATION OF ARTICLES | Edison New Jersey |
| 6. SHIPPER | LINYI CITY KANGHA FOODSTUFF |
| 7. NAME OF CARRIER | |
| 8. SHIPMENT ID NO.(S) | K09-00800 51-5  Entry# TZ6 6002483-5 |
| 9. OWNER/CONSIGNEE OF ARTICLES | Name: LIN'S WAHA INTERNATIONAL  Address: 229 Robbins Lane, Syosset NY 11791 |
| 10. PORT OF LADING | |
| 11. DATE OF ARRIVAL | |
| 12. ID OF PEST(S), NOXIOUS WEEDS, OR ARTICLE(S) | |
| 12a. PEST ID NO. | |
| 12b. DATE INTERCEPTED | |
| PHONE NO. | 516-261-9521 |
| FAX NO. | |
| 13. COUNTRY OF ORIGIN | CHINA |
| 14. GROWER NO. | |
| 15. FOREIGN CERTIFICATE NO. | NONE |
| SS NO. | |
| TAX ID NO. | |
| 15a. PLACE ISSUED | |
| 15b. DATE | |

Under Sections 411, 412, and 414 of the Plant Protection Act (7 U.S.C 7711, 7712, and 7714) and Sections 10404 through 10407 of the Animal Health Protection Act (7 U.S.C. 8303 through 8306), you are hereby notified, as owner or agent of the owner of said carrier, premises, and/or articles, to apply remedial measures for the pest(s), noxious weeds, and or article(s) specified in Item 12, in a manner satisfactory to and under the supervision of an Agriculture Officer. Remedial measures shall be in accordance with the action specified in Item 16 and shall be completed within the time specified in Item 17.

AFTER RECEIPT OF THIS NOTIFICATION, ARTICLES AND/OR CARRIERS HEREIN DESIGNATED MUST NOT BE MOVED EXCEPT AS DIRECTED BY AN AGRICULTURE OFFICER. THE LOCAL OFFICER MAY BE CONTACTED AT: 718-553-3568 office

**16. ACTION REQUIRED**

- [ ] TREATMENT:
- [ ] RE-EXPORTATION:
- [✓] DESTRUCTION:
- [ ] OTHER:

The product listed in box #3 did not meet entry requirements as per 9CFR 94. All product will be destroyed under USDA supervision.

Should the owner or owner's agent fail to comply with this order within the time specified below, USDA is authorized to recover from the owner or agent cost of any care, handling, application of remedial measures, disposal, or other action incurred in connection with the remedial action, destruction, or removal.

17. AFTER RECEIPT OF THIS NOTIFICATION COMPLETE SPECIFIED ACTION WITHIN (Specify No. Hours or No. Days): upon receipt - immediate

18. SIGNATURE OF OFFICER: John F. Geary  #5407

ACKNOWLEDGMENT OF RECEIPT OF EMERGENCY ACTION NOTIFICATION
I hereby acknowledge receipt of the foregoing notification.

SIGNATURE AND TITLE: X Selvin L

DATE AND TIME: X 09/18/19

19. REVOCATION OF NOTIFICATION
ACTION TAKEN:

SIGNATURE OF OFFICER:    DATE:

LW0038

PPQ FORM 523 (JULY 2002)   Previous editions are obsolete.

PART 1 - OWNER OR AGENT