# Exhibit 6

# (Redacted)

**Exhibit 6**



# OCM Group USA, Inc.

16555 Gale Ave. City of Industry, CA 91745
Tel: 626-239-0506 / 626-622-7409 Fax: 626-400-2881

# Invoice

| Date | S.O. No. | Invoice # |
|---|---|---|
| 9/19/2018 | 11086 | 0005764 |

**Bill To**
Greatwall Supermarket-Montery Park
421 N Atlantic Blvd
Monterey Park, CA

**Ship To**
Greatwall Supermarket-Montery Park
421 N Atlantic Blvd
Monterey Park, CA

| P.O. No. | Terms | Due Date | Ship Date | Rep |
|---|---|---|---|---|
|  | Net 60 | 11/18/2018 | 9/18/2018 |  |

| Item | Site | Description | Quantity | Rate | Amount |
|---|---|---|---|---|---|
| M06201 | LA | Pan Pan-French Small Bread (Cream) 20g x 10pc/pack, 20pack/cs<br>盼盼小面包-奶香味 | 10 | ■ | ■ |
| M01101 | LA | Ox-Tongue Shaped Cake 360g x 24boxes/cs<br>稻香村牛舌饼 | 2 | ■ | ■ |
| C01201 | LA | XPP Premium Milk Tea Red Bean FLV 64g x 3cups/pack, 10packs/cs<br>香飘飘好料-红豆奶茶 | 1 | ■ | ■ |
| A03101 | LA | XPP- Meco Milk Tea 300ml x 15cups/cs<br>香飘飘 Meco牛乳茶 | 1 | ■ | ■ |
| A02101 | LA | XPP- Lan Fong Yuen Milk Tea 280ml x 15cups/cs<br>香飘飘 兰芳园奶茶 | 1 | ■ | ■ |
| B08601 | LA | WEILONG Kiss-Burn Beef Flavored 300g x 50bags/cs/cs<br>卫龙亲嘴烧（红烧牛肉味） | 1 | ■ | ■ |
| B02102 | LA | Lays'- Potato Chips (Tomato Flavor) 104g x 24btls/cs<br>乐事薯片桶装(番茄味) | 1 | ■ | ■ |
| B02105 | LA | Lays'- Potato Chips (Lime Flavor) 104g x 24btls/cs<br>乐事薯片桶装(青柠味) | 1 | ■ | ■ |
| KSW-09 | LA | KSW-Dried Fish (Spicy Flavor) 13g x 20bags/box, 20boxes/cs<br>口水鱼(香辣味) | 1 | ■ | ■ |
| B08102 | LA | WL- Hot Strip 102g x 90bags/cs<br>卫龙大面筋 | 1 | ■ | ■ |
| A01108 | LA | Kang Shi Fu - Syrup of Plum Drink 500ml x 15btls/cs<br>康师傅酸梅汤 | 5 | ■ | ■ |
| CRV-15 |  | CRV under 24oz (15btls/cs) | 5 | ■ | ■ |

**Total**      **$694.67**

Upon receipt of product, Please inspect immediately if all products are correct as order. All claims must be made within 3 bussines days of receitpts of goods. No returns will be accepted if expiring within 2 months.

Accounts with invoices more than 15 days past due will be automatically place on COD delivery until the past due invoices were paid. A late charge of 1.5% (18% annual) will be calculated on the outstanding balance. $25.00 fee charged for each returned check.

Scanned with CamScanner

OCM - 0003

**CONFIDENTIAL
(ATTORNEYS EYES ONLY)**



# OCM Group USA, Inc.

16555 Gale Ave. City of Industry, CA 91745
Tel: 626-239-0506 / 626-622-7409 Fax: 626-400-2881

# Invoice

| Date | S.O. No. | Invoice # |
|---|---|---|
| 4/2/2020 | 20379 | 0019367 |

**Bill To**
Eugene Asian Market
503 E. 11th Ave
Eugene OR 97401

**Ship To**
Eugene Asian Market
503 E. 11th Ave
Eugene, OR 97401

| P.O. No. | Terms | Due Date | Ship Date | Rep |
|---|---|---|---|---|
|  | Net 30 | 5/2/2020 |  | Jking |

| Item | Site | Description | Quantity | Rate | Amount |
|---|---|---|---|---|---|
| C01103 | A | XPP Milk Tea Strawberry FLV 80g x 3cups/pack, 10packs/cs<br>香飘飘 草莓奶茶 | 2 | | |
| C01102 | A | XPP Milk Tea Taro FLV 80g x 3cups/pack, 10packs/cs<br>香飘飘 芋頭奶茶 | 2 | | |
| C01104 | A | XPP Milk Tea Barley FLV 80g x 3cups/pack, 10packs/cs<br>香飘飘 麥香奶茶 | 2 | | |
| C01101 | A | XPP Milk Tea Original FLV 80g x 3cups/pack, 10packs/cs 香飘飘 原味奶茶 | 2 | | |
| C01201 | A | XPP Premium Milk Tea Red Bean FLV 64g x 3cups/pack, 10packs/cs<br>香飘飘好料-红豆奶茶 | 2 | | |
| M01801 | A | DXC-Fruit Mochi Coconut Milk Flavor 210g x 30bags/cs<br>稻香村爆浆麻薯 椰丝牛奶味 | 1 | | |
| M01802 | A | DXC-Fruit Mochi Matcha Flavor 210g x 30bags/cs<br>稻香村爆浆麻薯 抹茶 | 1 | | |
| M01803 | A | DXC-Fruit Mochi Mango Flavor 210g x 30bags/cs<br>稻香村爆浆麻薯 芒果 | 1 | | |
| M01602 | A | DXC-Mini Fried Dough Twist(Spicy) 120g x 30bags/cs<br>稻香村小麻花 麻辣味 | 1 | | |
| C01202 | A | XPP Premium Milk Tea Mango Pudding FLV 80g x 3cups/pack, 10packs/cs<br>香飘飘好料-芒果布丁奶茶 | 2 | | |
| M01201 | A | DXC-Soft Flour Cake (Brown Suger) 454g x 12 bags/cs<br>稻香村沙琪玛（黑糖） | 2 | | |
|  |  | Total Case Shipped | 80 | | |

| | Total | $3,145.00 |
|---|---|---|

Upon receipt of product, Please inspect immediately if all products are correct as order. All claims must be made within 3 bussines days of receitpts of goods. No returns will be accepted if expiring within 2 months.

Accounts with invoices more than 15 days past due will be automatically place on COD delivery until the past due invoices were paid. A late charge of 1.5% (18% annual) will be calculated on the outstanding balance. $25.00 fee charged for each returned check.

Page 2

Scanned with CamScanner

OCM - 0004

CONFIDENTIAL
(ATTORNEYS EYES ONLY)



# OCM Group USA, Inc.

16555 Gale Ave. City of Industry, CA 91745
Tel: 626-239-0506 / 626-622-7409 Fax: 626-400-2881

# Invoice

| Date | S.O. No. | Invoice # |
|---|---|---|
| 1/8/2020 | 18920 | 0017301 |

| Bill To |
|---|
| Caryee Group LLC. |
| 52 Caspian, |
| Lake Forest, CA. 92630 |

| Ship To |
|---|
| Caryee Group LLC. |
| 52 Caspian, |
| Lake Forest, CA. 92630 |

| P.O. No. | Terms | Due Date | Ship Date | Rep |
|---|---|---|---|---|
|  | COD | 1/8/2020 | 1/8/2020 | WZ |

| Item | Site | Description | Quantity | Rate | Amount |
|---|---|---|---|---|---|
| A11102 | 2020-08 | YS - Coconut Juice 245ml x 24boxes/cs 椰樹牌椰子汁(紙盒) | 2 | | |
| A02101 | 2020-06 | LFY- Lan Fong Yuen Milk Tea 280ml x 15cups/cs 兰芳园丝袜奶茶 | 1 | | |
| | | Total Case Shipped | 3 | | |
| CRV-20G | | CRV under 24oz charge 20btls/cs (Glass玻璃) | 1 | | |

**Total** $65.00

Upon receipt of product, Please inspect immediately if all products are correct as order. All claims must be made within 3 bussines days of receitpts of goods. No returns will be accepted if expiring within 2 months.

Accounts with invoices more than 15 days past due will be automatically place on COD delivery until the past due invoices were paid. A late charge of 1.5% (18% annual) will be calculated on the outstanding balance. $25.00 fee charged for each returned check.

Scanned with CamScanner

# OCM Group USA, Inc.

16555 Gale Ave. City of Industry, CA 91745
Tel: 626-239-0506 / 626-622-7409 Fax: 626-400-2881

# Invoice

| Date | S.O. No. | Invoice # |
|---|---|---|
| 1/18/2019 | | 0008245 |

**Bill To**
528 Club
, CA

**Ship To**
RH

| P.O. No. | Terms | Due Date | Ship Date | Rep |
|---|---|---|---|---|
| | Net 30 | 2/17/2019 | | |

| Item | Site | Description | Quantity | Rate | Amount |
|---|---|---|---|---|---|
| B02102 | LA | Lays'- Potato Chips (Tomato Flavor) 104g x 24btls/cs<br>乐事薯片桶装(番茄味) | 1 | | |
| B02201 | LA | Lays'- Potato Chips (Cucumber Flavor) 70g x 22bags/cs<br>乐事薯片袋装(黄瓜味) | 1 | | |
| A03201 | LA | XPP- Meco Peach & Pink Grapefruit Tea 400ml x 15btls/cs<br>香飘飘Meco果汁茶 桃桃红柚 | 2 | | |
| A03202 | LA | XPP- Meco Thai Lime Tea 400ml x 15btls/cs<br>香飘飘Meco果汁茶 泰式青柠 | 2 | | |
| A03203 | LA | XPP- Meco Cumquat & Lemon Tea 400ml x 15btls/cs<br>香飘飘Meco果汁茶 金桔柠檬 | 2 | | |
| CRV-15 | | CRV under 24oz (15btls/cs) | 6 | | |

**Total** $523.65

Upon receipt of product, Please inspect immediately if all products are correct as order. All claims must be made within 3 bussines days of receitpts of goods. No returns will be accepted if expiring within 2 months.

Accounts with invoices more than 15 days past due will be automatically place on COD delivery until the past due invoices were paid. A late charge of 1.5% (18% annual) will be calculated on the outstanding balance. $25.00 fee charged for each returned check.

Scanned with CamScanner

OCM - 0006

CONFIDENTIAL
(ATTORNEYS EYES ONLY)