# Exhibit 7
## (Redacted)

Exhibit 7

## OCM Summary of Profit / Loss

| Description | | Cost/CTN (RMB) | Conversion: Rate: $6.87 | Sold (USD) | OCM Profit/Ctn | OCM Extended Profit | LW0036 |
|---|---|---|---|---|---|---|---|
| 香飘飘 泰式青柠 | | 15/CTN | | | | $ 6,684.73 | 487 |
| 香飘飘 桃桃红柚 | | 15/CTN | | | | $ 8,578.97 | 625 |
| 香飘飘 金桔柠檬 | | 15/CTN | | | | $ 8,496.61 | 619 |
| 兰芳园 丝袜奶茶 | | 15/CTN | | | | $ 31,557.15 | 1678 |
| 香飘飘 牛乳茶 | | 15/CTN | | | | $ 17,002.04 | 1159 |
| 香飘飘 芋头奶茶 | | 30/CTN | | | | $ 2,126.83 | 163 |
| 香飘飘 原味奶茶 | | 30/CTN | | | | $ 3,692.59 | 283 |
| 香飘飘 麦香奶茶 | | 30/CTN | | | | $ 2,687.90 | 206 |
| 香飘飘 草莓奶茶 | | 30/CTN | | | | $ 1,839.77 | 141 |

Total: $82,666.59

CONFIDENTIAL
(ATTORNEYS EYES ONLY)