# Exhibit 8

Exhibit 8

# EXHIBIT 1: Trademark Certificate

# United States of America

## United States Patent and Trademark Office



**Reg. No. 4,553,843**

**Registered June 24, 2014**

**Int. Cls.: 29 and 32**

**TRADEMARK**

**PRINCIPAL REGISTER**

XIANGPIAOPIAO FOOD CO., LTD. (CHINA CORPORATION)
NO. 1018, QINGFANG ROAD
HUZHOU CITY; ZHEJIANG PROVINCE
CHINA

FOR: MILK PRODUCTS EXCLUDING ICE CREAM, ICE MILK AND FROZEN YOGURT;
MILK DRINKS CONTAINING TEA; FISH CROQUETTES; CRYSTALLIZED FRUITS; VEGET-
ABLES, PRESERVED; EDIBLE OILS; FRUIT JELLIES; NUTS, PREPARED; TOFU PATTIES;
MILK POWDER, IN CLASS 29 (U.S. CL. 46).

FOR: MILK OF ALMONDS BEVERAGE; PEANUT MILK SOFT DRINK; MUNG BEAN
BEVERAGE; TEA DRINKS CONTAINING MILK; FRUIT POWDER FOR EFFERVESCING
BEVERAGES; LEGUME BEVERAGE; VEGETABLE DRINK; PREPARATIONS FOR MAKING
FRUIT AND VEGETABLE DRINKS; PURE DRINKING WATER; GINGER BEVERAGE, IN
CLASS 32 (U.S. CLS. 45, 46 AND 48).

THE MARK CONSISTS OF A STYLIZED BUTTERFLY WITH STYLIZED ASIAN CHARAC-
TERS INSIDE AND THE WORDING "XIANGPIAOPIAO".

OWNER OF INTERNATIONAL REGISTRATION 1164377 DATED 5-28-2013, EXPIRES 5-28-
2023.

THE TRANSLITERATION OF THE NON-LATIN CHARACTERS IN THE MARK IS: "XIANG
PIAO PIAO".

THE ENGLISH TRANSLATION OF THE FOREIGN WORD(S) IN THE MARK IS: THE FIRST
CHINESE CHARACTER WHOSE TRANSLITERATION IS "XIANG" MEANS "INCENSE";
THE SECOND CHINESE CHARACTER AND THIRD CHINESE CHARACTER WHOSE
TRANSLITERATION IS "PIAO" MEANS "FLY"; THE COMBINATION OF THE THREE
CHINESE CHARACTER MEANS "INCENSE FLY AND FLY".

SER. NO. 79-131,718, FILED 5-28-2013.

TOBY BULLOFF, EXAMINING ATTORNEY



*Michelle K. Lee*

**Deputy Director of the United States
Patent and Trademark Office**

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL
TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE
DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

**Requirements in the First Ten Years***
**What and When to File:**

> ***First Filing Deadline:*** You must file a Declaration of Use (or Excusable Nonuse) between the
> 5th and 6th years after the registration date. *See* 15 U.S.C. §§1058, 1141k. If the declaration is
> accepted, the registration will continue in force for the remainder of the ten-year period, calculated
> from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a
> federal court.

> ***Second Filing Deadline:*** You must file a Declaration of Use (or Excusable Nonuse) **and** an
> Application for Renewal between the 9th and 10th years after the registration date.*
> *See* 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods***
**What and When to File:**

> You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between
> every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings***

The above documents will be accepted as timely if filed within six months after the deadlines listed above
with the payment of an additional fee.

**The United States Patent and Trademark Office (USPTO) will NOT send you any future notice or
reminder of these filing requirements.**

***ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with
an extension of protection to the United States under the Madrid Protocol must timely file the Declarations
of Use (or Excusable Nonuse) referenced above directly with the USPTO. The time periods for filing are
based on the U.S. registration date (not the international registration date). The deadlines and grace periods
for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations.
*See* 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications
at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the
International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol,
before the expiration of each ten-year term of protection, calculated from the date of the international
registration. *See* 15 U.S.C. §1141j. For more information and renewal forms for the international registration,
see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the
USPTO website for further information. With the exception of renewal applications for registered
extensions of protection, you can file the registration maintenance documents referenced above online
at** http://www.uspto.gov.

# EXHIBIT 2: images of infringing products











# LT PACIFIC LAW GROUP LLP
## A Limited Liability Partnership

17800 Castleton Street, #560          Industry, California 91748
Tel: (626) 810-7200          Fax: (626) 810-7300

Kenneth Tanji, Jr., Partner
Jen-Feng Lee, Partner

Writer's e-mail:
jflee@ltpacificlaw.com

File No.: 63415

June 10, 2020

**Via U.S. Mail**
President/CEO, or Joanna Fong
Joanna International Trading Co.
3743 Armour Ct.
Fremont, CA 94555
T: 510-709-8048
E: joannafong@comcast.net

**Re:**      Infringement of OCM's exclusive licensee and distributorship right

Dear Madams/Sirs,

This office represents OCM Group USA, Inc. ("OCM") with regard to its trademark and distributorship matter of XiangPiaoPaio ("XPP") brand and products.

OCM is awarded the exclusive distributorship and trademark license for the USA market by XianPiaoPiao Food. Co. Ltd. of China, since July of 2018. The U.S. trademark at issue includes, at least, the registration number 4,553,843; a PDF copy of the certificate is attached herein as Exhibit 1.

It has come to our attention that you are selling and offering for sales certain XPP branded products in Northern California area. Attached as Exhibit 2 shows some of your unauthorized sales uncovered via our investigation.

Please immediately remove all sales offering, advertising and any act of distribution of the XPP branded products. Please provide your sales amount, July 1, 2018 to date of responding, regarding the branded products in question so that we can ascertain the precise damages.

Please send me written confirmation, within ten (10) business days, that your will comply with our demand to respect the intellectual product rights and exclusive distributorship discussed herein.

Thank you for your attention in this matter.

63415/L-041

**OCM v. Joanna International Trading**
Exclusive distributorship and trademark license
6/10/2020

Sincerely,

Jen-Feng (Jeff) Lee
Attorney for OCM Group USA

Attachments:

Exhibit 1: Trademark certificate No. 4,553,843
Exhibit 2: images of infringing products

# LT Pacific Law Group LLP
## A Limited Liability Partnership

17800 Castleton Street, #560          Industry, California 91748
Tel: (626) 810-7200          Fax: (626) 810-7300

Kenneth Tanji, Jr., Partner                                    Writer's e-mail:
Jen-Feng Lee, Partner                                          jflee@ltpacificlaw.com

File No.: 63415

June 15, 2020

**Via U.S. Mail**
President/CEO/General Manager
New Sang Chong Market
13756 Doolittle Dr.
San Leandro, CA 94577
T: 510-351-8233
F: 510-351-8232

**Re:**     Infringement of OCM's exclusive licensee and distributorship right

Dear Madams/Sirs,

This office represents OCM Group USA, Inc. ("OCM") with regard to its trademark and distributorship matter of XiangPiaoPaio ("XPP") brand and products.

OCM is awarded the exclusive distributorship and trademark license for the USA market by XianPiaoPiao Food. Co. Ltd. of China, since July of 2018. The U.S. trademark at issue includes, at least, the registration number 4,553,843; a PDF copy of the certificate is attached herein as Exhibit 1.

It has come to our attention that you are selling and offering for sales certain XPP branded products in Northern California area. Attached as Exhibit 2 shows some of your unauthorized sales uncovered via our investigation.

Please immediately remove all sales offering, advertising and any act of distribution of the XPP branded products. Please provide your sales amount, starting July 1, 2018 to date of responding, regarding the branded products in question so that we can ascertain the precise damages.

Please send me written confirmation, within ten (10) business days, that your will comply with our demand to respect the intellectual product rights and exclusive distributorship discussed herein.

Thank you for your attention in this matter.

63415/L-042

**OCM v. New Sang Chong Market**
Exclusive distributorship and trademark license
6/15/2020

Page 2 of 2

Sincerely,

Jen-Feng (Jeff) Lee
Attorney for OCM Group USA

Attachments:
Exhibit 1: Trademark certificate No. 4,553,843
Exhibit 2: images of infringing products

# Exhibit A

**Exhibit A**

#1

| | |
|---|---|
| **Word Mark** | GENKI FOREST |
| **Translations** | The wording "GENKI" has no meaning in a foreign language. |
| **Goods and Services** | IC 032. US 045 046 048. G & S: Beer; Concentrates, syrups or powders for making soft drinks or tea-flavored beverages; Mineral water; Non-alcoholic beverages flavored with tea; Non-alcoholic fruit juice beverages; Soda water; Soft drinks; Soya-based beverages, other than milk substitutes; Vegetable juice; Water beverages. FIRST USE: 20151216. FIRST USE IN COMMERCE: 20190902 |
| **Standard Characters Claimed** | |
| **Mark Drawing Code** | (4) STANDARD CHARACTER MARK |
| **Serial Number** | 88368881 |
| **Filing Date** | April 3, 2019 |
| **Current Basis** | 1A |
| **Original Filing Basis** | 1B |
| **Published for Opposition** | December 24, 2019 |
| **Registration Number** | 6070586 |
| **Registration Date** | June 2, 2020 |
| **Owner** | (REGISTRANT) GENKI FOREST CO., LTD. limited company (ltd.) JAPAN 2-7-704, EITAI 1-CHOME, KOTO-KU TOKYO JAPAN 135-0034 |
| | (LAST LISTED OWNER) GENKI FOREST (BEIJING) FOOD TECHNOLOGY GROUP CO., LTD LIMITED COMPANY CHINA ROOM 501, 5TH FLOOR, BUILDING NO.6 EAST 3RD RING NORTH ROAD, CHAOYANG DIST. BEIJING CHINA 100000 |
| **Assignment Recorded** | ASSIGNMENT RECORDED |
| **Attorney of Record** | Paulo A. de Almeida |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Live/Dead Indicator** | LIVE |

#2

# 元気森林

| | |
|---|---|
| **Translations** | The non-Latin characters in the mark transliterate to "YUAN"; "QI"; "SEN LIN" and this means "FIRST"; "AIR"; "FOREST" in English. |
| **Goods and Services** | IC 032. US 045 046 048. G & S: Beer; Concentrates, syrups or powders for making soft drinks or tea-flavored beverages; Mineral water; Non-alcoholic beverages flavored with tea; Non-alcoholic fruit juice beverages; Soda water; Soft drinks; Soya-based beverages, other than milk substitutes; Vegetable juice; Water beverages. FIRST USE: 20151216. FIRST USE IN COMMERCE: 20190902 |
| **Mark Drawing Code** | (2) DESIGN ONLY |
| **Design Search Code** | 28.01.03 - Chinese characters ; Japanese characters ; Japanese and Chinese characters |
| **Serial Number** | 88368879 |
| **Filing Date** | April 3, 2019 |
| **Current Basis** | 1A |
| **Original Filing Basis** | 1B |
| **Published for Opposition** | January 14, 2020 |
| **Registration Number** | 6070585 |
| **Registration Date** | June 2, 2020 |
| **Owner** | (REGISTRANT) BEIJING GENKI FOREST BEVERAGE CO., LTD. LIMITED COMPANY CHINA NO. 301, 3RD FLOOR, ZHIZHEN BUILDING NO. 7 ZHICHUN ROAD, HAIDIAN DISTRICT BEIJING CHINA 100191

(LAST LISTED OWNER) GENKI FOREST (BEIJING) FOOD TECHNOLOGY GROUP CO.,LTD LIMITED COMPANY CHINA ROOM 501, 5TH FLOOR, BUILDING NO.6 EAST 3RD RING NORTH ROAD, CHAOYANG DIST. BEIJING CHINA 100000 |
| **Assignment Recorded** | ASSIGNMENT RECORDED |
| **Attorney of Record** | Paulo A. de Almeida |
| **Description of Mark** | Color is not claimed as a feature of the mark. The mark consists of four Chinese characters. |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Live/Dead Indicator** | LIVE |

#3



| | |
|---|---|
| **Translations** | The non-Latin characters in the mark transliterate to QI and this means AIR in English. |
| **Goods and Services** | IC 032. US 045 046 048. G & S: Beer; Concentrates, syrups or powders for making soft drinks or tea-flavored beverages; Mineral water; Non-alcoholic beverages flavored with tea; Non-alcoholic fruit juice beverages; Soda water; Soft drinks; Soya-based beverages, other than milk substitutes; Vegetable juice; Water beverages |
| **Mark Drawing Code** | (2) DESIGN ONLY |
| **Design Search Code** | 28.01.03 - Chinese characters ; Japanese characters ; Japanese and Chinese characters |
| **Serial Number** | 88368878 |
| **Filing Date** | April 3, 2019 |
| **Current Basis** | 1B |
| **Original Filing Basis** | 1B |
| **Owner** | (APPLICANT) BEIJING GENKI FOREST BEVERAGE CO., LTD. limited company (ltd.) CHINA NO. 301, 3RD FLOOR, ZHIZHEN BUILDING NO. 7 ZHICHUN ROAD, HAIDIAN DISTRICT BEIJING CHINA 100191 |
| **Attorney of Record** | Prakash NAMA |
| **Description of Mark** | Color is not claimed as a feature of the mark. The mark consists of one Chinese character. |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Live/Dead Indicator** | LIVE |

#4



| | |
|---|---|
| **Translations** | The non-Latin characters in the mark transliterate to YUAN; QI; SHUI and this means FIRST; AIR; WATER in English. |
| **Goods and Services** | IC 032. US 045 046 048. G & S: Beer; Concentrates, syrups or powders for making soft drinks or tea-flavored beverages; Mineral water; Non-alcoholic beverages flavored with tea; Non-alcoholic fruit juice beverages; Soda water; Soft drinks; Soya-based beverages, other than milk substitutes; Vegetable juice; Water beverages |
| **Mark Drawing Code** | (2) DESIGN ONLY |
| **Design Search Code** | 28.01.03 - Chinese characters ; Japanese characters ; Japanese and Chinese characters |
| **Serial Number** | 88368875 |
| **Filing Date** | April 3, 2019 |
| **Current Basis** | 1B |
| **Original Filing Basis** | 1B |
| **Owner** | (APPLICANT) BEIJING GENKI FOREST BEVERAGE CO., LTD. limited company (ltd.) CHINA NO. 301, 3RD FLOOR, ZHIZHEN BUILDING NO. 7 ZHICHUN ROAD, HAIDIAN DISTRICT BEIJING CHINA 100191 |
| **Attorney of Record** | Prakash NAMA |
| **Disclaimer** | NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE THE NON-LATIN CHARACTERS THAT TRANSLITERATE TO "WATER" APART FROM THE MARK AS SHOWN |
| **Description of Mark** | Color is not claimed as a feature of the mark. The mark consists of three Chinese characters. |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Live/Dead Indicator** | LIVE |

#5




| | |
|---|---|
| **Translations** | The non-Latin characters in the mark transliterate to RAN; CHA and this means TO BURN; TEA in English. |
| **Goods and Services** | IC 032. US 045 046 048. G & S: Beer; Concentrates, syrups or powders for making soft drinks or tea-flavored beverages; Mineral water; Non-alcoholic beverages flavored with tea; Non-alcoholic fruit juice beverages; Soda water; Soft drinks; Soya-based beverages, other than milk substitutes; Vegetable juice; Water beverages |
| **Mark Drawing Code** | (2) DESIGN ONLY |
| **Design Search Code** | 28.01.03 - Chinese characters ; Japanese characters ; Japanese and Chinese characters |
| **Serial Number** | 88368874 |
| **Filing Date** | April 3, 2019 |
| **Current Basis** | 1B |
| **Original Filing Basis** | 1B |
| **Owner** | (APPLICANT) BEIJING GENKI FOREST BEVERAGE CO., LTD. limited company (ltd.) CHINA NO. 301, 3RD FLOOR, ZHIZHEN BUILDING NO. 7 ZHICHUN ROAD, HAIDIAN DISTRICT BEIJING CHINA 100191 |
| **Attorney of Record** | Prakash NAMA |
| **Disclaimer** | NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE THE NON-LATIN CHARACTERS THAT TRANSLITERATE TO "TEA" APART FROM THE MARK AS SHOWN |
| **Description of Mark** | Color is not claimed as a feature of the mark. The mark consists of two Chinese characters. |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Live/Dead Indicator** | LIVE |

#6



| | |
|---|---|
| **Translations** | The non-Latin characters in the mark transliterate to RAN and this means TO BURN in English. |
| **Goods and Services** | IC 032. US 045 046 048. G & S: Beer; Concentrates, syrups or powders for making soft drinks or tea-flavored beverages; Mineral water; Non-alcoholic beverages flavored with tea; Non-alcoholic fruit juice beverages; Soda water; Soft drinks; Soya-based beverages, other than milk substitutes; Vegetable juice; Water beverages |
| **Mark Drawing Code** | (2) DESIGN ONLY |
| **Design Search Code** | 28.01.03 - Chinese characters ; Japanese characters ; Japanese and Chinese characters |
| **Serial Number** | 88368871 |
| **Filing Date** | April 3, 2019 |
| **Current Basis** | 1B |
| **Original Filing Basis** | 1B |
| **Owner** | (APPLICANT) BEIJING GENKI FOREST BEVERAGE CO., LTD. limited company (ltd.) CHINA NO. 301, 3RD FLOOR, ZHIZHEN BUILDING NO. 7 ZHICHUN ROAD, HAIDIAN DISTRICT BEIJING CHINA 100191 |
| **Description of Mark** | Color is not claimed as a feature of the mark. The mark consists of one Chinese character. |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Live/Dead Indicator** | LIVE |

# Exhibit B

**Exhibit B**











**99 Ranch Market #601**
561 US Route 1
Edison, NJ
732-819-8889
#1601-003 10/19/2020 18:27:24 Li Shao
Inv#:00059556 Trs#:059604

------------------------------------------

**GROCERY**
| | |
|---|---|
| KHONG GUAN BANANA CREAM | $2.19 F |
| KHONG GUAN ASSORTED BISCUITS | $2.99 F |
| KSF JASMINE HONEY TEA | $1.00 TF |

1 @ 3/ $2.99
 You Saved: $0.59
YQSL PEACH OLONG TEA SUG FRE   $2.00 F
1 @ 2/ $3.99
 You Saved: $0.29
YQSL OLONG TEA SUG FRE         $2.00 F
1 @ 2/ $3.99
 You Saved: $0.29

**SODA**
YQSL WHITE PEACH SODA          $2.00 TF
1 @ 2/ $3.99
 You Saved: $0.29
YQSL WHITE PEACH SODA          $1.99 TF
1 @ 2/ $3.99
 You Saved: $0.29
YQSL WHITE PEACH SODA          $2.00 TF
1 @ 2/ $3.99
 You Saved: $0.29
YQSL WHITE PEACH SODA          $1.99 TF
1 @ 2/ $3.99
 You Saved: $0.29
YQSL WHITE PEACH SODA          $2.00 TF
1 @ 2/ $3.99
 You Saved: $0.29
YQSL WHITE PEACH SODA          $1.99 TF
1 @ 2/ $3.99
 You Saved: $0.29
YQSL WHITE PEACH SODA          $2.00 TF
1 @ 2/ $3.99
 You Saved: $0.29
YQSL WHITE PEACH SODA          $1.99 TF
1 @ 2/ $3.99
 You Saved: $0.29

**FISH**
FRESH CATFISH STEAK            $4.39 F
FRESH CATFISH STEAK            $4.61 F

------------------------------------------

Subtotal                       $35.14
TAX:6.625% [$16.96]             $1.12

------------------------------------------

**TOTAL**                      **$36.26**
Visa                           $36.26
 # ************4002

------------------------------------------

Item count                         15
Saving grand total              $3.49


10/19/2020                    18:27:22
CHASE VISA        Entry Method:   Chip

# LT PACIFIC LAW GROUP LLP
## A Limited Liability Partnership

17800 Castleton Street, #560      Industry, California 91748
Tel: (626) 810-7200      Fax: (626) 810-7300

Kenneth Tanji, Jr., Partner
Jen-Feng Lee, Partner

Writer's e-mail:
jflee@ltpacificlaw.com

File No.: 63415.012

October 27, 2020

**Via USPS Mail**
CEO/President/General Manager
99 Ranch Market
561 US Highway 1
Edison, NJ 08817

**Re:**   OCM/Genki Forest Food v. 99 Ranch Market
Trademark Infringement: Genki Forest

To Whom It May Concern,

This firm represents the interests of OCM Group USA, Inc. ("OCM") and Genki Forest Co. Ltd[1]. ("Genki Forest") in Beijing, China, related to the exclusive right to certain Genki Forest trademarks ("Trademarks").

The Trademarks are attached herein as Exhibit A. The information is downloaded from United States Patent and Trademark Office, www.uspto.gov.

Since March 19, 2020, OCM was granted the exclusive distributorship and licensee right to the products bearing the Trademarks. (The grant will terminate on 3/19/2021; though currently there is reasonable expectation for renewal around March, 2021.)

It has come to OCM's attention that you are advertising, selling, offering for sale, and/or otherwise distributing ("Distribution") Genki Forest products without authorization. The infringing products are shown by the photos in Exhibit B.

We hereby demand that you immediately ceased the distribution of any products bearing the Trademarks in all of your stores and any sales outlets, including any online platforms/stores.

---

[1] Genki Forest herein consists of two corporate entities: Genki Forest (Beijing) Food Technology Group Co. Ltd. and Genki Forest Beverage Co. Ltd. The two entities are related business with congruent business interest in the protection of the marks applied for and/or registered.

CEO/President/General Manager
Genki Forest trademark infringement v. 99 Ranch Market

Page 2

We also demand that you provide information and documentation to show:

1. Source(s) from whom you obtained the infringing products.
2. Purchase and sales amount of the infringing products (invoices, purchase orders, etc.)
3. Products remaining in inventory.
4. All sales outlet/channel that you employed to advertise, offer and sell the infringing products, including traditional/physical stores or any online platforms.

Please confirm that you will adhere to our demand by providing a written confirmation within ten (10) business days of this notice. Otherwise, we will not hesitate to take actions, including legal actions, to protect our intellectual property right as stated herein.

Sincerely,

Jen-Feng (Jeff) Lee
Attorney at Law

Attachments:
Exhibit A: Trademarks at Issue
Exhibit B: evidence of infringement

# L T  P A C I F I C  L A W  G R O U P  L L P
## A Limited Liability Partnership

17800 Castleton Street, #560    Industry, California 91748
Tel: (626) 810-7200    Fax: (626) 810-7300

Kenneth Tanji, Jr., Partner

Jen-Feng Lee, Partner

Writer's e-mail:

jflee@ltpacificlaw.com

File No.: 63415

June 5, 2020

**Via U.S. Mail**

President/CEO/General Manager

华晟食品公司

Rivera Food Service, Inc.

4308 Baldwin Avenue

El Monte, CA 91731

T: 626-443-6699

    **Re:**    Infringement of OCM's exclusive licensee and distributorship right

Dear Madams/Sirs,

    This office represents OCM Group USA, Inc. ("OCM") with regard to its the trademark and distributorship matter of SICHUAN NG FUNG LI HONG brand and products.

    OCM is awarded the exclusive distributorship and trademark license, by SHICHUAN NG FUNG LI HONG FOOD CO. LTD. ("Ngfunglihong"), for certain branded products. The duration of the exclusive authorization ran from January 1, 2020 to December 31, 2020.

    The brand and the products in question include, at least, prickly ash oil, vine pepper oil, and condiments, all with the trademarks of "NG FUNG LI HONG" and/or "五丰黎红", "Li Hong" and/or "黎红". OCM is the sole authorized licensee in US to use Ngfunglihong's trademarks, both with Chinese registration and with US registration.

    Specifically, the US registration number 4,334,359 is part of the authorization. A copy of the 4,334,359 trademark certificate is attached herein.

    Attached please see comparison of product packaging images, showing OCM's authorized distributing and your unauthorized activities.

OCM v. Rivera Food                                                                      Page 2 of 2
Exclusive distributorship and trademark license
6/5/2020



Based upon our investigation, your unauthorized sales activities have caused financial injury to my client in the estimated range of $200,000, an amount we are demanding for proper compensation from Rivera Food.

Please immediately remove all sales offering, advertising and any act of distribution of the products. Please provide your sales amount, from 1/1/2020 to date of responding, regarding the branded products in question so that we can ascertain the precise damages.

Please send me written confirmation, within ten (10) business days, that Rivera Food will comply with our demand to respect the intellectual product rights and exclusive distributorship discussed herein.

Thank you for your attention in this matter.


Sincerely,

Jen-Feng (Jeff) Lee
Attorney for OCM Group USA


Attachment:
Trademark certificate No. 4,334,359

# L T  P A C I F I C  L A W  G R O U P  L L P
## A Limited Liability Partnership

17800 Castleton Street, #560     Industry, California 91748
Tel: (626) 810-7200     Fax: (626) 810-7300

Kenneth Tanji, Jr., Partner

Jen-Feng Lee, Partner

Writer's e-mail:
jflee@ltpacificlaw.com

File No.: 63415

October 2, 2020

**Via USPS Mail**
Ms. Alice Chen
CEO/President/General Manager
99 Ranch Market
6363 Regio Avenue
Buena Park, CA 90620

       **Re:**     OCM/FuYuan Foodstuff Co. Ltd. v. 99 Ranch Market
                Trademark Infringement: PANPAN

Dear Ms. Chen,

This firm represents the interests of OCM Group USA, Inc. ("OCM") and JinJiang FuYuan Foodstuff Co. Ltd. ("FuYuan") in FuJiang Province, China, related to the exclusive right to a PANPAN trademark (the "Mark").

FuYuan is the owner of the PANPAN mark, a food product brand particularly well known in the Chinese community. OCM, a California corporation headquartered in City of Industry, California, is the U.S. exclusive distributor/licensee for the Mark. Attached as Exhibit 1 to this letter shows the Mark in the United States Patent and Trademark Office ("USPTO") records.

It has come to our attention and you are selling, marketing and otherwise distributing or offering ("Offering") certain products bearing the Mark. Without authorization from either OCM or FuYuan, such Offering is an act of infringement that carries serious civil, and sometimes criminal, liability.

Attached as Exhibit B shows the evidence of your infringement of the Mark from our recent preliminary investigation.

We hereby demand that you immediately ceased the Offering of any products bearing the Mark, in all of your stores and any sales outlets, including any online platforms/stores.

Ms. Alice Chen, CEO                                                                                  Page 2
PanPan trademark infringement v. 99 Ranch Market

We also demand that you provide information and documentation to show:
1. Source(s) from whom you obtained the infringing products.
2. Purchase and sales amount of the infringing products (invoices, purchase orders, etc.)
3. Products remaining in inventory.
4. All sales outlet/channel that you employed to advertise, offer and sell the infringing products, including traditional/physical stores or any online platforms.

Please confirm that you will adhere to our demand by providing a written confirmation within ten (10) business days of this notice. Otherwise, we will not hesitate to take actions, including legal actions, to protect our intellectual property right as stated herein.

Sincerely,

Jen-Feng (Jeff) Lee
Attorney at Law

Attachments:
    Exhibit A: PANPAN records with USPTO
    Exhibit B: evidence of infringement

# Exhibit A

Exhibit A



| | |
|---|---|
| **Translations** | The non-Latin characters in the mark transliterate to "PANPAN" and this has no meaning in a foreign language. |
| **Goods and Services** | IC 029. US 046. G & S: (Based on Intent to Use) Crystallized fruits; Fish croquettes; Fish mousses; Fish preserves; Fish sausages; Fish steak; Fruit jellies; Meat; Oils for food; Potato flakes; Prepared nuts; Soya milk; Tinned fruits; Vegetables, cooked; Meat, fish, fruit and vegetable jellies; Preserved fish; Salted fish; Tinned fish |
| | IC 030. US 046. G & S: (Based on Use in Commerce) Biscuits; Bread; Cakes; Candy; Cereal-based snack food; Coffee; Condiment, namely, oyster sauce; Condiment, namely, pepper sauce; Edible ices; Meat pies; Propolis for human consumption; Propolis for food purposes; Tea; Chili oil for use as a seasoning or condiment; Cocoa-based condiments and seasonings for food and drink; Food condiment consisting primarily of ketchup and salsa; Seaweed for use as a condiment; Soya bean paste. FIRST USE: 20160220. FIRST USE IN COMMERCE: 20160220 |
| | IC 032. US 045 046 048. G & S: (Based on Use in Commerce) Aerated water; Beer; Non-alcoholic beverages containing fruit juices; Non-alcoholic beverages flavored with coffee; Non-alcoholic beverages flavoured with coffee; Non-alcoholic beverages with tea flavor; Non-alcoholic beverages, namely, carbonated beverages; Non-alcoholic fruit juice beverages; Non-alcoholic honey-based beverages; Non-alcoholic rice-based beverages not being milk substitutes; Non-alcoholic water-based beverages; Preparations for making beverages, namely, fruit drinks; Protein-enriched sports beverages; Soft drinks; Soya-based beverages, other than milk substitutes; Vegetable juices; Water beverages; Whey beverages; Drinking waters; Mineral waters; Soy-based beverages not being milk substitutes; Table waters. FIRST USE: 20160220. FIRST USE IN COMMERCE: 20160220 |
| **Mark Drawing Code** | (2) DESIGN ONLY |
| **Design Search Code** | 24.07.07 - Prize ribbons ; Ribbons, prize<br>26.11.01 - Rectangles as carriers or rectangles as single or multiple line borders<br>26.11.21 - Rectangles that are completely or partially shaded<br>26.17.13 - Letters or words underlined and/or overlined by one or more strokes or lines ; Overlined words or letters ; Underlined words or letters<br>28.01.03 - Chinese characters ; Japanese characters ; Japanese and Chinese characters |
| **Serial Number** | **87727557** |
| **Filing Date** | December 20, 2017 |
| **Current Basis** | 1A;1B |
| **Original Filing Basis** | 1A |
| **Published for Opposition** | October 20, 2020 |
| **Owner** | (APPLICANT) JINJIANG FUYUAN FOODSTUFF CO., LTD. FUJIAN LIMITED COMPANY CHINA QIANCAI GONGYEQU ANHAIZHEN, JINJIANGSHI, QUANZHOUSHI FUJIAN CHINA 362261 |

| | |
|---|---|
| **Assignment Recorded** | ASSIGNMENT RECORDED |
| **Attorney of Record** | Joe McKinney Muncy |
| **Description of Mark** | Color is not claimed as a feature of the mark. The mark consists of two stylized Chinese characters that are underlined with a curved line design. The stylized Chinese characters and design illustrated in the mark are featured on top of a shaded rectangle design with curved edges. The stylized designs illustrated in the mark are featured on top of a white rectangular background, which is not claimed as a feature of the mark. |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Live/Dead Indicator** | LIVE |

# Exhibit B

Exhibit B



99 Ranch Market #3
1015 S. Nogales St.
Rowland Heights, CA
626-964-5888
#1003-012 9/28/2020 18:46:15 Xuehui Fu
Inv#:00479120 Trs#:479242
Customer:990171983

GROCERY
PAN PAN SOFT BREAD - BANANA      $3.99 F
PAN PAN SOFT BREAD - ORANGE      $3.99 F
PAN PAN SOFT BREAD - CREAM       $3.99 F
GROCERY TAXABLE
REUSABLE PLASTIC BAG 2.25MIL     $0.10

Subtotal                        $12.07

TOTAL                           $12.07
Visa                            $12.07
# ************5217

Points start                       911
Points given                        12
Points 1 balance                   923

Item count                           4

09/28/2020                    18:46:10
CHASE VISA         Entry Method:  Chip
CARD #:            XXXXXXXXXXXX5217
PURCHASE           - APPROVED
AUTH CODE:083588

Mode:                          Issuer
AID:                    A0000000031010
TVR:                        0800008000
IAD:                    06021203A0A004
TSI:                             E800
ARC:                               00
TC:                    15D6ADCB7A6DAB38
MID: 000000    TID:    001 SEQ: 127188

Total:                     USD$ 12.07
        Due to the unique circumstances
              COVID-19 has created
              ALL SALES ARE FINAL
              until further notice.
      Please purchase only what you need.
      Thank you for your understanding.

9930124792424

