# Exhibit 10

# (No Redacted Version Available)

**Exhibit 10**