# Exhibit 12

Exhibit 12

**2 Day Demo**

• 99 Ranch #1766

• 338 Barber Lane. Milpitas, California 95035

# #1





APril6th-7th

# 2 Day Demo

**#2**

- 99 Ranch #1768
- 10983 North Wolfe Road, Cupertino, California 95014





April 6th– 7th

# 2 Day Demo

# #3

- 99 Ranch #1769
- 250 Skyline Plaza, Daly City, CA 94015



April 6th- 7th

# 2 Day Demo

#4

- 99 Ranch #1776
- 4220 Florin Rd. Sacramento, CA, 95823





April 13th– 14th

# 2 Day Demo

## #5

- 99 Ranch #1781
- 3288 Pierce St, Richmond, CA, 94804



April 13th -14th

# #6

**2 Day Demo**

- 99 Ranch #1805
- 19725 Colima Rd, Rowland Heights, CA, 91748



Total: April 13th–14th

## 2 Day Demo

**#7**

- 99 Ranch #1793
- 3288 Pierce St, Richmond, CA, 94804

April 20th- 21st





# 2 Day Demo

#8

- 99 Ranch #1805
- 19725 Colima Rd, Rowland Heights, CA, 91748



大华#1805
4/20-31

April 20th – 21st

# #9

**2 Day Demo**

- 99 Ranch #1003
- 1015 S. Nogales St. Rowland Heights, CA, 91748



Total: April 20th – 21st



# 3 Day Demo

#10

- Greatwall- Rowland Heights
- 18745 Colima Rd, Rowland Heights, 91748



春天的味道
大中华RH 4/19-21

April 19th -21st

# 3 Day Demo

**#11**

- Greatwall- Rowland Heights
- 18745 Colima Rd, Rowland Heights, 91748



April 19th -21st

# 3 Day Demo

## #12

- Greatwall- Valley
- 8815 Valley Blvd, Rosemead, CA, 91770



春天的味道
Valley大中华4/19-21

April 19th -21st



# 3 Day Demo

- Greatwall- Valley
- 8815 Valley Blvd, Rosemead, CA, 91770

# #13



April 26th – 28th



# #14

- Greatwall- Garvey
- 8510 Garvey Ave, Rosemead, CA, 91770



April 19th – 21st

3 Day Demo

- Greatwall- Garvey
- 8510 Garvey Ave, Rosemead, CA, 91770

#15

April 26th – 28th



# 3 Day Demo

#16

- Greatwall- Monterey Park
- 421 N Atlantic Blvd, Monterey Park, CA, 91754



大中华MP 4/19-21
春天的味道

April 19th – 21st

# 3 Day Demo

# #17

- Greatwall- Monterey Park
- 421 N Atlantic Blvd, Monterey Park, CA, 91754



April 26th – 28th



**2 Day Demo**

**#18**

- Tak Shing Hong #1457
- 1457 Nogales St. Rowland Heights, CA, 91748



May 4th– 5th

# 2 Day Demo

**#19**

- Tak Shing Hong #17520
- 17520 Castleton St. Industry, CA, 91748



May 4th - 5th

# #20

**2 Day Demo**

- Great Wall Supermarket (Houston)
- 9889 Bellaire Blvd, #B, Houston, TX, 77036





May 4th– 5th

# 2 Day Demo

Jusgo Supermarket
9280 Bellaire Blvd, Houston, TX, 77036

## #21





May 4th– 5th

# 2 Day Demo

## #22

- Jusgo Supermarket
- 9280 Bellaire Blvd, Houston, TX, 77036



Total: May 4th – 5th

# 2 Day Demo

# #23

- Good Fortune Supermarket(Dallas)
- 400 N Greenville Ave, Richardson, TX, 75081





May 4th_ 5th



# #24

**2 Day Demo**

- Great Wall Supermarket (Houston)
- 9889 Bellaire Blvd, #B, Houston, TX, 77036



May 18th – 19th

# 2 Day Demo

# #25

- Great Wall Supermarket (Houston)
- 9889 Bellaire Blvd, #B, Houston, TX, 77036



May 25th – 26th



2 Day Demo

#26

- Skyfoods
- 4024 College Point Blvd, Flushing, NY 11354s





May 25th- 26th

## 2 Day Demo

**#27**

- 99 Ranch #1102
- 131 W. Spring Creed Pkwy, Plano, TX





June 1st– 2nd

# 2 Day Demo

# #28

- 99 Ranch #1105
- 2532 Old Denton Road, Suit 100, Carrollton, TX, 75006



June 1st- 2nd

# #29

## 2 Day Demo

- Welcome Food Center
- 9180 Bellaire Blvd, Houston, TX, 77036



June 1st– 2nd

# 2 Day Demo

# #30

- Good Fortune Supermarket
- New York

June 1st– 2nd





# #31

**2 Day Demo**

- Hong Kong Supermarket
- 157 Hester Ave, New York, NY



June 8th – 9th

# 2 Day Demo

#32

- Fei Long Market
- 6301 8th Ave, Brooklyn, NY, 11220



June 8th – 9th

# #33

**2 Day Demo**

- J Mart
- 8121 New Utruch Ave, Brooklyn, NY



June 15th – 16th

# 2 Day Demo

**#34**

- J Mart
- 40-21 Main St, Flushing, NY



June 22nd- 23rd

**3 Day Demo**

**#35**

- H-Mart Hartsdale
- 371 N Central Ave, Hartsdale, NY



June 22nd– 23rd

**2 Day Demo**



# #36

- H-mart Yonkers
- 1789 Central Park Ave, Yonkers, NY





June 29th - 30th