# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| OCM GROUP USA INC.<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>LIN'S WAHA INTERNATIONAL CORP, a New York corporation; and DOES 1 - 10,<br><br>　　　　Defendants. | Case No. 2:19-CV-08917-SB (KSx)<br><br>**[proposed] ORDER** |

---

1

This Court, having considered the papers submitted by the parties, the facts are not in dispute, good cause having been shown, it is hereby ORDERED that:

Defendant Lin's Waha International, Inc. is liable for the infringing sales of the Branded Products.

Plaintiff OCM Group USA, Inc. is entitled to damages of
(1) $82,666.59 on the theory of lost profit; alternatively,
(2) $24,847 on the theory of unjust enrichment.

**SO ORDERED.**

Dated:

_____
Hon. Stanley Blumenfeld, Jr.
U.S. District Judge
Central District of California