Jen-Feng Lee, SBN 204328
jflee@ltpacificlaw.com
Kenneth K. Tanji, Jr., SBN 162273
ktanji@ltpacificlaw.com
**LT Pacific Law Group, LLP**
17800 Castleton Street, #560
City of Industry, CA 91748
T: 626-810-7200
F: 626-810-7300

Attorneys for Plaintiff
OCM GROUP USA INC.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| OCM GROUP USA INC.<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>LIN'S WAHA INTERNATIONAL CORP, a New York corporation; and DOES 1 - 10,<br><br>　　　　Defendants. | Case No. 2:19-CV-08917-SB (KSx)<br><br>**PLAINTIFF'S LR 79-5.2 APPLICATION TO FILE CERTAIN DOCUMENTS UNDER SEAL; [proposed] ORDER; AND REDACTED DOCUMENTS** |

　　　Now come the Plaintiff, OCM GROUP USA INC., by and through the undersigned attorneys, and pursuant to Local Rule 79-5.2, the Court's Standing Order, and the Protective Order issued by this Court, respectfully, submit this Application for filing certain documents under seal in support of

Plaintiff's Opposition to Motion for Summary Judgment of infringement liability and damages, as listed below:

**Exhibit 5** (Confidential AEO designated):
>    Plaintiffs' purchase cost document (OCM-002)

**Exhibit 6** (Confidential AEO designated):
>    Plaintiff's sales price documents (OCM-003 - 006)

**Exhibit 7** (Confidential AEO designated):
>    Plaintiff's damages computation (OCM-001)

**Exhibit 10** (Confidential AEO designated):
>    Plaintiff's sales of the Branded Products produced via Excel files to be lodged

A counsel declaration is submitted along with this Application, in compliance with LR 79-5.2.2(b), stating the good cause for the under seal filing and that Plaintiff would not oppose.

A proposed order granting the under seal filing is submitted along with this Application.

Dated: February 11, 2021                Executed at: Industry, California

                                        By: /s/Jen-Feng Lee
                                        _____
                                        Jen-Feng (Jeff) Lee
                                        Attorney for Plaintiff OCM GROUP

# CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing documents with the Clerk of the Court for the United States District Court for the Central District of California by using the CM/ECF system on February 11, 2021; the document(s) identified as:

**PLAINTIFF'S LR 75-5.2 APPLICATION TO FILE CERTAIN DOCUMENTS UNDER SEAL; [proposed] ORDER; AND REDACTED DOCUMENTS**

Participants in the case who are registered CM/ECF users will be served by the CM/ECF System.

I certify under penalty of perjury that the foregoing is true and correct.

Dated: February 11, 2021        /s/ Jen-Feng Lee
                                Jen-Feng Lee