# Exhibit 5

# (Redacted)

Exhibit 5

附件1：产品目录价格
ANNEX 1: Products Catalogue and Prices

| 编号<br>No. | 产品<br>Product Name | 价格 FOB price<br>(RMB: 元/箱/CTN) |
|---|---|---|
| 1 | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |
| 6 | | |

1、若需额外贴外语小标签贴标则人工费为人民币 1.6 元人民币/箱。
If additional foreign language labels are required, the labor cost is RMB 1.6 / box.

2、除甲方推出优惠政策外，如标准价格需要调整，甲方需提前三个月书面通知乙方，双方签订补充协议。
In addition to Party A's preferential policies, if the price needs to be adjusted, Party A must notify Party B in written form 3 months in advance. Parties shall sign a supplementary agreement.

3、产品价格由于市场营销推广活动等优惠政策，由甲方适当进行调整，不高于以上标准价格。
Due to preferential policies such as marketing promotion activities, the product price shall be adjusted by Party A as appropriate, not higher than the above price.

4、以上标准价格不含13%的增值税。
The above prices do not include 13% VAT.

5、如订单支付使用美金，汇率按照 2020 年 1 月 1 日美金对人民币汇率进行结算，如 2020 年内汇率浮动超过 5%，双方协商重新锁定汇率。
If the order is paid in US dollars, the exchange rate will be settled according to the current rate of January 1st, 2020. If the exchange rate fluctuates by more than 5% in 2020, parties are entitled to negotiate to reconfirm.





Scanned with CamScanner

OCM - 0002

CONFIDENTIAL
(ATTORNEYS EYES ONLY)