Jen-Feng Lee, SBN 204328
jflee@ltpacificlaw.com
Kenneth K. Tanji, Jr., SBN 162273
ktanji@ltpacificlaw.com
**LT Pacific Law Group, LLP**
17800 Castleton Street, #560
City of Industry, CA 91748
T: 626-810-7200
F: 626-810-7300

Attorneys for Plaintiff
OCM GROUP USA INC.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| OCM GROUP USA INC. | Case No. 2:19-CV-08917-SB (KSx) |
|---|---|
| Plaintiff, | **Plaintiff's Notice of Lodging, pursuant to LR 5-4.2 and 11-5.1** |
| vs. | |
| LIN'S WAHA INTERNATIONAL CORP, a New York corporation; and DOES 1 - 10, | **Exhibit 10, Excel files** |
| Defendants. | |

    Plaintiff, OCM Group USA, Inc. ("OCM" or Plaintiff), via counsel, give notice of lodging.

---

Plaintiff's Notice of Lodging

1

A CD-ROM is lodged to present to the Court for non-word-processing documents that cannot be filed via regular ECF mechanism in the PDF format.

The CD-ROM contains Excel files, as Exhibit 10 to Plaintiff's Opposition to Defendant's MSJ filing, showing the sales summary of the Branded Products sold by Plaintiff.

The Excel files were produced during discovery and designated as Confidential AEO.

The submitting party's name, address and telephone number is shown herein:

>Jen-Feng Lee
>jflee@ltpacificlaw.com
>LT PACIFIC LAW GROUP LLP
>17800 Castleton Street, Suite 560
>City of Industry, CA 91748
>Tel:    626-810-7200

Dated:   February 11, 2021                    Respectfully Submitted,

>/s/Jen-Feng Lee
>
>Jen-Feng (Jeff) Lee
>Attorney for Plaintiff
>       OCM GROUP

# CERTIFICATE OF SERVICE

I am employed in the county of Los Angeles, State of California.

I am over the age of 18 and not a party to the within action; my business address is 17800 Castleton Street, Suite 560, Industry, CA 91748.

On February 11, 2021, I served the foregoing documents: **Plaintiff's Notice of Lodging, pursuant to LR 5-4.2 and 11-5.1, Exhibit 10, Excel files**

By Email:

**Brandon J. Witkow**
Witkow Baskin
21031 Ventura Boulevard, Suite 700
Woodland Hills, CA 91364
E-Mail: bw@witkowlaw.com

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Dated: Feb. 11, 2021            /s/ Jen-Feng Lee
                                Jen-Feng Lee