Brandon J. Witkow (SBN 210443)
bw@witkowlaw.com
Cory A. Baskin (SBN 240517)
cb@witkowlaw.com
witkow | baskin
21031 Ventura Boulevard, Suite 700
Woodland Hills, California 91364
Tel: 818.296.9508
Fax: 818.296.9510

Attorneys for Defendant
LIN'S WAHA INTERNATIONAL CORP.

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

OCM GROUP USA INC.,

Plaintiff,

vs.

LIN'S WAHA INTERNATIONAL CORP, a New York corporation; and DOES 1-10.

Defendant.

Case No. 2:19:-cv-08917 SB (KSx)

**SUPPLEMENTAL DECLARATION OF XIUQING LIN IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT ON PLAINTIFF'S COMPLAINT; OR, IN THE ALTERNATIVE, SUMMARY JUDGMENT ON PLAINTIFF'S CLAIM FOR MONETARY DAMAGES**

**<u>Hearing</u>:**

Date: March 5, 2021
Time: 8:30 a.m.
Ctrm: 6C

witkow | baskin

**SUPPLEMENTAL DECLARATION OF XIUQING LIN**

I, Xiuqing Lin, declare as follows:

1. I am the Manager of Lin's Waha International Corp. ("Defendant"), the defendant in the instant action. I make this supplemental declaration to address certain arguments and statements made in Plaintiff OCM Group USA's ("OCM") Brief in Opposition to the Motion for Summary Judgment (the "Opposition" [Docket # 32]), as well as the Declarations of XuHua Mo ("Mo Decl.") [Docket # 32-18] and Xiaoqing Liu ("Liu Decl") [Docket # 32-17] offered in support of the Opposition. Based on my responsibilities at and for Defendant and my own involvement in the facts and circumstances described below, I have personal knowledge of the facts set forth herein which I know to be true, except as to the matters that are stated on my information and/or belief, and as to those matters, I believe them to be true.

2. As previously discussed in paragraph 5 of my original Declaration, Defendant is alleged to be infringing the following beverage products: (a) XIANGPIAOPIAO Teas: Dasheen [Taro] Milk Tea, Strawberry Milk Tea, Wheat Milk Tea, Original Milk Tea; (b) MECO Teas: Kumquat & Lemon, Thai Lime, Peach & Pink Grapefruit & Milk Tea; and (c) LAN FONG YUEN Milk Tea (together, the "Products at Issue"). Three of the nine Products at Issue do not contain milk and/or dairy components (i.e., MECO Kumquat & Lemon Tea, MECO Thai Lime Tea, MECO Peach & Pink Grapefruit Tea). These products are tea-based drinks. For example, below is an enhanced image of the ingredients panel of the MECO Kumquat & Lemon Tea that was imported by Defendant (this image was attached as Exhibit 3 to my original declaration):

witkow | baskin

3. For the following products – XIANGPIAOPIAO Wheat Milk Tea, XIANGPIAOPIAO Dasheen [Taro] Milk Tea, XIANGPIAOPIAO Original Milk Tea and XIANGPIAOPIAO Strawberry Milk Tea (the “Milk Tea Products”), OCM sells these Milk Tea Products in the United States are comprised of a “milk tea *powder*” and/or "dry milk," not liquid milk. “Milk tea powder” and/or "dry milk" are also the ingredients contained in these very same products Defendant (through Fujian) purchased from XPP in China, imported and sold in the United States. Below are enhanced images of the ingredients panel of the Milk Tea Products as sold by OCM at the Skyfoods Market in Flushing, New York:[1]

[1] I purchased these products on January 13, 2021 at Skyfoods Market located 40-24 College Point Boulevard, Skyview Center, Flushing NY 11355, and took the photographs shown herein.

witkow | baskin

witkow | baskin

SENPURE
香飘飘
Milk Tea · 奶茶
Original Flavor
原 味
Product name : SENPURE milk tea original flavor(Instant milk tea)
Ingredients(milk tea powder pack): Creamer(glucose syrup, palm oil, sodium caseinate, mono-and diglycerides of fatty acids, dipotassium phosphate, silicon dioxide), sugar, glucose, nonfat dry milk, black tea powder, oolong tea powder, whey protein powder, calcium phosphate, artificial flavors.
Ingredients(sugar pack): Sugar.
Ingredients(nata de coco pack): Water, nata de coco, fructose syrup, sugar, glucose, citric acid, trisodium citrate, sodium carboxy methyl cellulose, guar gum, calcium lactate, potassium sorbate(preservative).
Contains: milk, coconut
Nutrition Facts
1 serving per container
Serving size 1pack milk tea powder +1pack sugar +1 pack nata de coco(80g)
Amount Per Serving
Calories 220
% Daily Value*
Total Fat 8g 10%
Saturated Fat 3.5g 18%
Trans Fat 0g
Cholesterol 0mg 0%
Sodium 65mg 3%
Total Carbohydrate 36g 13%
Dietary Fiber<1g 2%
Total Sugars 20g
Includes 20g Added Sugars 40%
Protein 1g
Vitamin D 0mcg 0% • Calcium 140mg 10%
Iron 0mg 0% • Potassium 260mg 6%
BBE AUG

Strawberry Flavor Milk Tea
(香飘飘 草莓味奶茶)
Nutrition Facts
3 servings per container
Serving size 1 cup (80g)
Amount Per Serving
Calories 220
% DV*
Total Fat 8g 10%
saturated fat 3.0g 15%
Sodium 65mg 3%
Total Carbohydrate 35g 13%
Dietary Fiber 1g 4%
Total Sugars 21g
Incl. 20g Added Sugars 40%
Protein 1g
Not a significant source of trans fat, cholesterol, vitamin D, calcium, iron and potassium
* %DV = %Daily Value
milk tea powder ingredients: creamer(glucose syrup, refined palm oil, sodium caseinate, mono- and diglycerides of fatty acids, dipotassium hydrogen phosphate, silicon dioxide), sugar, glucose, skim milk powder, instant black tea powder, instant oolong tea powder, whey protein powder, tricalcium phosphate, artificial flavors.
milk tea jelly ingredients: water, nata de coco, high fructose corn syrup, sugar, glucose, citric acid, sodium citrate, sodium carboxymethyl cellulose, guar gum, calcium lactate, potassium sorbate (preservative)
Contains milk and coconut.
⚠ WARNING: Consuming this product can expose you to chemicals including lead and cadmium, which is known to the State of California to cause cancer and birth defects, or other reproductive harm. For more information, go to www.P65Warnings.ca.gov.
Best Before: see the package
Storage: store in cool and dry place
Distributed By:
OCM Globe Inc. CA91745
Product of China
Net Wt: 8.4 OZ(240g)
3X2.8oz(80g) cups

5
SUPPLEMENTAL DECLARATION OF XIUQING LIN

4. I have reviewed the Declarations of Xiaoqing Lin ("Lin Decl" [Docket # 32-17]) and XuHua Mo ("Mo Decl." [Docket # 32-18]) submitted by OCM, and disagree with their conclusory statements — unsupported by any reference to applicable law or authority — that Defendant was required to possess "veterinary certificates" in order to import all of the Products at Issue, especially since many of the products clearly do not contain milk, and others contain only a milk powder as the listed ingredient. For the Milk Tea Products, to Defendant's knowledge, there is no "veterinary certificate" required for the importation of these products as the products constitute "[f]ormulations containing dry milk products as the only animal origin ingredient, commercially labeled and presented in final finished packaging requiring no further manipulation of the product (***includes all products that contain dry milk powder*** or dry milk products to include the following as a partial, not all-inclusive list: baking mixes, cocoa mixes, drink mixes, etc.). (*See* Request for Judicial Notice ("RJN"), Exhs. A & B) (emphasis added).

5. As discussed in paragraph 6 of the Declaration of Linpan Deng, Fujian purchases all of the Products at Issue in a finished and sealed condition, and Fujian in no way alters the contents, packaging or labeling of these products prior to their export to Lin's Waha in the United States. Similarly, in paragraphs 4 and 6 of my original declaration, I confirmed that when Defendant receives the Products at Issue from Fujian in the United States, it also makes no changes to the contents of the products, its packaging or to its labeling. Accordingly, it is Defendant's position that the Products at Issue, and in particular, the Milk Tea Products, as received from Fujian and sold in the United States are "commercially labeled and presented in final finished packaging requiring no further manipulation of the product," and thereby no veterinary certificate is required. Indeed, all shipments of

witkow | baskin

the Products at Issue from Fujian to Defendant was legally imported, and passed customs inspection without any issue (with the exception of two shipments discussed below). Attached hereto as **Exhibit 7** are true and correct copies of several examples of U.S. Customs and Border Entry Summary Documents for several of the Products at Issue between November 2018 and mid-2019.

6. To support its claim that Defendant was improperly importing the Products at Issue without the required veterinary certificate, OCM identifies the seizure of two shipments by the U.S. Department of Agriculture in August 2019 and September 2019 (*see* OCM Compendium of Exhibits, at Exh. 4). In light of the foregoing analysis of the Milk Tea Products, Defendant believes that these shipments were seized improperly by the USDA. Defendant, however, chose not to challenge this seizure because, as discussed in paragraph 18 of my original declaration, it had received a cease and desist letter from OCM on July 19, 2019 and, in response, agreed to terminate additional sales of the Products at Issue. Accordingly, Defendant made the economic decision that the legal and other costs that would be incurred in challenging the USDA seizure would significantly outweigh the available potential profit selling off the limited inventory contained in these shipments.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on February 18, 2021 at Syosset, New York.

Xiuqing Lin

witkow | baskin