**Exhibit 7**

Form Approved OMB No. 1651-0022
EXP. 01/31/2021

# DEPARTMENT OF HOMELAND
## U.S. Customs and Border
### ENTRY SUMMARY
Paperless
ACE Version 00100
CST: 042

| Field | Value |
|---|---|
| 1. Filer Code / Entry No. | TZ6 6002483-5 |
| 2. Entry Type | 01 ABI/P |
| 3. Summary Date | |
| 4. Surety No. | 054 |
| 5. Bond Type | 8 |
| 6. Port Code | 4601 |
| 7. Entry Date | 05/21/2019 |
| 8. Importing Carrier | COSCO SHIPPING PEONY 005 |
| 9. Mode of Transport | 11 |
| 10. Country of Origin | CN |
| 11. Import Date | 05/21/2019 |
| 12. B/L or AWB No. | EGLV147900154805 |
| 13. Manufacturer ID | CNLINCIT103LIN |
| 14. Exporting Country | CN |
| 15. Export Date | 04/12/2019 |
| 16. I.T. No. | |
| 17. I.T. Date | |
| 18. Missing Docs | |
| 19. Foreign Port of Lading | 57072 |
| 20. U.S. Port of Unlading | 4601 |
| 21. Location of Goods / G.O. No. | E416 MAHER TERM BLDG 2180 |
| 22. Consignee No. | 45-282535400 |
| 23. Importer No. | 45-282535400 |
| 24. Reference No. | |

25. Ultimate Consignee Name and Address

Dest: NJ

26. Importer of Record Name and Address   LINWAH
LIN'S WAHA INTERNATIONAL CORP
229 ROBBINS LN

City SYOSSET   State NY   Zip 117916005

| 27. Line No. | 28. Description of Merchandise / 29. A. HTSUS No. B. ADA/CVD No. / 30. A. Grossweight B. Manifest Qty. / 31. Net Quantity in HTSUS Units | 32. A. Entered Value B. CHGS C. Relationship | 33. A. HTSUS Rate B. ADA/CVD Rate C. IRC Rate D. Visa No. | 34. Duty and I.R. Tax Dollars Cents |
|---|---|---|---|---|
| | M EGLV147900154805 H RWRD115900010970 OLIVE DRINK, ETC Invoice Number - SN19004071 04/12/19 | 3836 CTNS | | |
| 001 | ARTICLE OF CHINA,US NTE 20(L) 9903.88.09 | NOT-RELATED 0 | 10.00% | 260.00 |
| | OTH NON-ALCH BEV,N/FRUIT/VEG J 2202.99.9000   1970   2400 L | 2600 C 406 | .002 | 4.80 |
| | Merchandise Processing Fee | | .3464% | 9.01 |
| | Harbor Maintenance | | .125% | 3.25 |
| 002 | ARTICLE OF CHINA,US NTE 20(L) 9903.88.09 | NOT-RELATED 0 | 10.00% | 1591.20 |
| | Harbor Maintenance | | 0.125% | 23.14 |

Other Fee Summary for Block 39
499 M.P.F. 64.13
501 Harbor 23.14

35. Total Entered Value
$ 18512

Total Other Fees
$ 87.27

**CBP USE ONLY**
A. LIQ CODE
REASON CODE
B. Ascertained Duty
C. Ascertained Tax
D. Ascertained Other
E. Ascertained Total

**TOTALS**
37. Duty   2874.37
38. Tax   0.00
39. Other   87.27
40. Total   2961.64

36. DECLARATION OF IMPORTER OF RECORD (OWNER OR PURCHASER) OR AUTHORIZED AGENT

I declare that I am the ☐ Importer of record and that the actual owner, purchaser, or consignee for CBP purposes is as shown above, OR ☒ owner or purchaser or agent thereof. I further declare that the merchandise ☒ was obtained pursuant to a purchase or agreement to purchase and that the prices set forth in the invoices are true, OR ☐ was not obtained pursuant to a purchase or agreement to purchase and the statements in the invoices as to value or price are true to the best of my knowledge and belief. I also declare that the statements in the documents herein filed fully disclose to the best of my knowledge and belief the true prices, values, quantities, rebates, drawbacks, fees, commissions, and royalties and are true and correct, and that all goods or services provided to the seller of the merchandise either free or at reduced cost are fully disclosed. I will immediately furnish to the appropriate CBP officer any information showing a different statement of facts.

| 41. DECLARANT NAME | TITLE | SIGNATURE | DATE |
|---|---|---|---|
| Unipac Shipping Inc. | Attorney-In-Fact | TETYANA LEWIS | 05/17/2019 |

42. Broker / Filer Information (Name, address, phone number)
Unipac Shipping Inc.
182-16 147th Ave
2nd Floor
Jamaica NY 11413 718-995-8168

43. Broker / Importer File No.
0001 6002483 TET

CBP Form 7501 (02/18)

Continued Page : 2

DEPARTMENT OF HOMELAND SECURITY
U.S. Customs and Border Protection

ENTRY SUMMARY CONTINUATION SHEET

OMB No. 1651-0022
EXP. 01/31/2021

1. Filer Code/Entry No.
TZ6    6002483-5

| 27. Line No. | 28. Description of Merchandise | | | 32. | 33. | 34. Duty and I.R. Tax | |
|---|---|---|---|---|---|---|---|
| | 29. A. HTSUS No. B. ADA/CVD No. | 30. A. Grossweight B. Manifest Qty. | 31. Net Quantity in HTSUS Units | A. Entered Value B. CHGS C. Relationship | A. HTSUS Rate B. ADA/CVD Rate C. IRC Rate D. Visa No. | Dollars | Cents |
| | PASTA, OTHER, NOT FROZEN | | | | | | |
| | 1902.30.0060 | 12054 | 7638 KG | 15912 C 2484 | 6.40% | 1018 | 37 |
| | Merchandise Processing Fee | | | | .3464% | 55 | 12 |
| | Harbor Maintenance | | | | .125% | 19 | 89 |
| | I.V. | | 18512.00 | USD @ 1.000000 | | | |
| | E.V. | | 18512.00 | AS     18512 | | | |

Produced by Kewill

** Last Page **

CBP Form 7501 (02/18)

```
Unipac Shipping Inc.                DEPARTMENT OF HOMELAND SECURITY           OMB No.1651-0024
182-16 147th Ave                    U.S. Customs and Border Protection        Exp.04-30-2015
2nd Floor
Jamaica, NY 11413                                                   RELEASED
PH: (718) 995-8168                  ENTRY/IMMEDIATE DELIVERY   ONE USG
FAX: (718) 995-8169
                                    19 CFR 142.3, 142.16, 142.22, 142.24
                                              ABI Certified
                                                       Broker Code:   TZ6     CST# 042
```

| 1. ARRIVAL DATE 05/21/2019 | 2. ELECTED ENTRY DATE | 3. ENTRY TYPE CODE/NAME 01  Consumption | 4. ENTRY NUMBER TZ6-6002483-5 |
|---|---|---|---|
| 5. PORT 4601 | 6. SINGLE TRANS.BOND | 7. BROKER/IMPORTER FILE NUMBER 6002483  TET  0001 | |
| | 8. CONSIGNEE NUMBER Same | | 9. IMPORTER NUMBER 45-282535400 |
| 10. ULTIMATE CONSIGNEE NAME LIN'S WAHA INTERNATIONAL CORP 229 ROBBINS LN SYOSSET, NY 117916005 | | 11. IMPORTER OF RECORD NAME LIN'S WAHA INTERNATIONAL CORP 229 ROBBINS LN SYOSSET, NY 117916005 | |
| 12. CARRIER CODE EGLV | 13. VOYAGE/FLIGHT/TRIP 5E | 14. LOCATION OF GOODS-CODE(S)/NAME(S) E416   MAHER TERM BLDG 2180 CDS | |
| 15. VESSEL CODE/NAME COSCO SHIPPING PEONY | | | |
| 16. U.S.PORT OF UNLADING 4601 | 17. MANIFEST NUMBER | 18. G.O.NUMBER | 19. TOTAL VALUE 18512 |
| 20. DESCRIPTION OF MERCHANDISE OLIVE DRINK, ETC | | | |

| 21. IT/BL/AWB CODE | 22. IT/BL/AWB NO. | 23. MANIFEST QUANTITY | 24. H.S. NUMBER | 25. COUNTRY OF ORIGIN | 26. MANUFACTURER NO. |
|---|---|---|---|---|---|
| M57072 | EGLV147900154805 | | 9903.88.09 | CN | CNLINCIT103LIN |
| H | RWRD115900010970 | 3836 | 2202.99.9000 | CN | CNLINCIT103LIN |
| | | | 9903.88.09 | CN | CNLINCIT103LIN |
| | | | 1902.30.0060 | CN | CNLINCIT103LIN |

**27. CERTIFICATION**

I hereby make application for entry/immediate delivery. I certify that the above information is accurate, the bond is sufficient, valid, and current, and that all requirements of 19 CFR part 142 have been met.

SIGNATURE OF APPLICANT   Attorney-In-Fact
X TETYANA LEWIS

PHONE NO.              DATE
(718) 995-8168         05/22/2019

**29. BROKER OR OTHER GOVT.AGENCY USE**
Exam Site: E451   EAST COAST WAREHOUSE
Container #:
EISU9385222 3836

**28. CBP USE ONLY**

☐ OTHER AGENCY ACTION REQUIRED, NAMELY:

☐ CBP EXAMINATION REQUIRED.

☐ ENTRY REJECTED, BECAUSE:

| DELIVERY AUTHORIZED: | SIGNATURE | | DATE |
|---|---|---|---|

## ABI Electronic Release ##
I certify that proper release for this cargo has been received from CBP
Unipac Shipping Inc.
Authorized by:
Released: 05/22/2019 05:43

Paperwork Reduction Act Statement: An agency may not conduct or sponsor an information collection and a person is not required to respond to this information unless it displays a current valid OMB control number and an expiration date. The control number for this collection is 1651-0024. The estimated average time to complete this application is 15 minutes. If you have any comments regarding the burden estimate you can write to U.S. Customs and Border Protection, Office of Regulations and Rulings, 799 9th Street, NW., Washington DC 20229.

Produced by Kewill                                                          CBP Form 3461(10/09)

# LINYI CITY KANGFA FOODSTUFF DRINKABLE CO., LTD.
## NO.103 INDUSTRIAL ZONE, DIFANG TOWN, PINGYI COUNTY, LINYI, SHANDONG, CHINA

装箱单 Packing List

TO MESSERS:
LIN'S WAHA INTERNATIONAL CORP
229 Robbins Lane Syosset NY 11791

TEL:516-261-9521 FAX:516-261-9522
TEL:0016467079061

柜号:
P.O.NO.SN1900407-1
INVOICE NO.:SN1900407-1

| PRODUCTION | SPECIFICATION | QUANTITY CTN | NET WEIGHT KGS | GROSS WEIGHT KGS | MEASUREMENT CBM |
|---|---|---|---|---|---|
| 1.BIG WORLD OLIVE DRINK | 500MLX12 | 100 | 600 | 750 | 1 |
| 2.XIANG PIAO PIAO MILK TEA DRINK | 300MLX15 | 400 | 1800 | 2100 | 4 |
| 3.NEVER MET NOODLE INSTANT NOODLES | 108GX5X4 | 1057 | 2499.12 | 3657 | 19 |
| 4.NEVER MET NOODLE INSTANT NOODLES | 108GX5X4 | 2279 | 5138.64 | 7517 | 41 |

# ENTRY SUMMARY

**DEPARTMENT OF HOMELAND SECURITY**
U.S. Customs and Border Protection

PAPERLESS
OMB APPROVAL NO. 1651-0022
EXPIRATION DATE 01/31/2021
ESTIMATED BURDEN 10 MIN

| | | |
|---|---|---|
| 1. Filer Code/Entry No. K09-0080051-5 | 2. Entry Type 02 ABI/P/L | 3. Summary Date 07/22/19   042 |
| 4. Surety No. 054 | 5. Bond Type 8 | 6. Port Code 4601 | 7. Entry Date 07/10/19 |

| 8. Importing Carrier OOCL BRUSSELS | 9. Mode of Transport 11 | 10. Country of Origin CN | 11. Import Date 07/10/19 |
|---|---|---|---|
| 12. B/L or AWB No. EGLV 147900253234, 115900012778 | 13. Manufacturer ID CNFUJLIN618FUZ | 14. Exporting Country CN | 15. Export Date 05/28/19 |
| 16. I.T. No. | 17. I.T. Date | 18. Missing Docs | 19. Foreign Port of Lading 57072 | 20. U.S. Port of Unlading 4601 |
| 21. Location of Goods/G.O. No. E416 Voyage: 035E | 22. Consignee No. | 23. Importer No. | 24. Reference No. |

**25. Ultimate Consignee Name and Address**
LINS WAHA INT'L CORP
229 ROBBINS LANE

Destination: NY
City SYOSSET   State NY   Zip 11791

**26. Importer of Record Name and Address**
LINS WAHA INT'L CORP
229 ROBBINS LANE

City SYOSSET   State NY   Zip 11791

| 27. Line No. | 28. Description of Merchandise / 29. A. HTSUS No. B. ADA/CVD No. | 30. A. Grossweight B. Manifest Qty. | 31. Net Quantity in HTSUS Units | 32. A. Entered Value B. CHGS C. Relationship | 33. A. HTSUS Rate B. ADA/CVD Rate C. IRC Rate D. Visa No. | 34. Duty and I.R. Tax Dollars   Cents |
|---|---|---|---|---|---|---|
| | | 2,681 CTN | | | | |
| 001 | ARTICLE OF CHINA, US NTE 20(F) 9903.88.03 | 1 KG | | | 25% | $175.00 |
| | OTH NON-ALCH BEV,N/FRUIT/VEG J 2202.99.9000 | | 450.00 L | $700 C $1 N | $0.002 per L | $0.90 |
| | 499 - Merchandise Processing Fee 501 - Harbor Maintenance Fee | | | | 0.3464% 0.1250% | $2.42 $0.88 |
| 002 | ARTICLE OF CHINA, US NTE 20(F) 9903.88.03 | 2,141 KG | | | 25% | $1,005.00 |
| | FISH, AIRT CONT IN OIL, OT 1604.19.3200 | | 1,095.00 KG | $4,020 C $223 N | 4% | $160.80 |
| | 499 - Merchandise Processing Fee 501 - Harbor Maintenance Fee | | | | 0.3464% 0.1250% | $13.93 $5.03 |

| Other Fee Summary for Block 39 090 - Potato Fee   $0.53 499 - MPF   $149.76 501 - HMF   $54.07 | 35. Total Entered Value $ 43,233 Total Other Fees $ 204.36 | **CBP USE ONLY** A. LIQ CODE REASON CODE | B. Ascertained Duty C. Ascertained Tax D. Ascertained Other D. Ascertained Total | **TOTALS** 37. Duty $11,819.75 38. Tax 39. Other $204.36 40. Total $12,024.11 |
|---|---|---|---|---|

**36. DECLARATION OF IMPORTER OF RECORD (OWNER OR PURCHASER) OR AUTHORIZED AGENT**

I declare that I am the ☐ importer of record and that the actual owner, purchaser, or consignee for CBP purposes is as shown above, OR ☒ owner or purchaser or agent thereof. I further declare that the merchandise ☒ was obtained pursuant to a purchase or agreement to purchase and that the prices set forth in the invoices are true, OR ☐ was not obtained pursuant to a purchase or agreement to purchase and the statements in the invoices as to value or price are true to the best of my knowledge and belief. I also declare that the statements in the documents herein filed fully disclose to the best of my knowledge and belief the true prices, values, quantities, rebates, drawbacks, fees, commissions, and royalties and are true and correct, and that all goods or services provided to the seller of the merchandise either free or at reduced cost are fully disclosed.
I will immediately furnish to the appropriate CBP officer any information showing a different statement of facts.

| 41. DECLARANT NAME Ernesto Zapata | TITLE | SIGNATURE | DATE 07/10/19 |
|---|---|---|---|
| 42. Broker/Filer Information (Name, address, phone number) CORCORAN INTERNATIONAL CORP 147-35 FARMERS BLVD. SUITE 202 JAMAICA, NY 11434   718-244-6063 | | 43. Broker/Importer File No. 0080051 | |

CBP Form 7501 (2/18)   Page 1 of 5

DEPARTMENT OF HOMELAND SECURITY
U.S. Customs and Border Protection

**ENTRY SUMMARY CONTINUATION SHEET**

1. Filer Code/Entry No.
K09-0080051-5

PAPERLESS
OMB APPROVAL NO. 1651-0022
EXPIRATION DATE 01/31/2021
ESTIMATED BURDEN 10 MIN

| 27. Line No. | 28. Description of Merchandise | | | 32. A. Entered Value / B. CHGS / C. Relationship | 33. A. HTSUS Rate / B. ADA/CVD Rate / C. IRC Rate / D. Visa No. | 34. Duty and I.R. Tax | |
|---|---|---|---|---|---|---|---|
| | 29. A. HTSUS No. / B. ADA/CVD No. | 30. A. Grossweight / B. Manifest Qty. | 31. Net Quantity in HTSUS Units | | | Dollars | Cents |
| 003 | OTH BEV PREP NT W/SUGR CNE/BET | | | | | | |
| | 2106.90.9898 | 1,984 KG | 1,786.00 KG | $1,200 C $206 N | 6.4% | | $76.80 |
| | | 499 - Merchandise Processing Fee | | | 0.3464% | | $4.16 |
| | | 501 - Harbor Maintenance Fee | | | 0.1250% | | $1.50 |
| 004 | OTHER BLK TEA, FRMNTD & PRTLY | | | | | | |
| | 0902.40.0000 | 286 KG | 103.00 KG | $575 C $30 N | FREE | | $0.00 |
| | | 499 - Merchandise Processing Fee | | | 0.3464% | | $1.99 |
| | | 501 - Harbor Maintenance Fee | | | 0.1250% | | $0.72 |
| 005 | ARTICLE OF CHINA,US NTE 20(F) | | | | | | |
| | 9903.88.03 | 2,094 KG | | | 25% | | $1,052.50 |
| | LYCHEES/LONGANS, PREP/PRESRVED | | | | | | |
| | 2008.99.3500 | | 1,200.00 KG | $4,210 C $218 N | 7% | | $294.70 |
| | | 499 - Merchandise Processing Fee | | | 0.3464% | | $14.58 |
| | | 501 - Harbor Maintenance Fee | | | 0.1250% | | $5.26 |
| 006 | ARTICLE OF CHINA,US NTE 20(F) | | | | | | |
| | 9903.88.03 | 817 KG | | | 25% | | $367.50 |
| | OTHER MELON SEEDS FOR SOWING | | | | | | |
| | 1207.70.0075 | | 735.00 KG | $1,470 C $85 N | $0.0083 per KG | | $6.10 |
| | | 499 - Merchandise Processing Fee | | | 0.3464% | | $5.09 |
| | | 501 - Harbor Maintenance Fee | | | 0.1250% | | $1.84 |
| 007 | ARTICLE OF CHINA,US NTE 20(F) | | | | | | |
| | 9903.88.03 | 1,778 KG | | | 25% | | $600.00 |
| | SUNFLOWR SEED,HUMAN USE,OT | | | | | | |
| | 1206.00.0069 | | 1,600.00 KG | $2,400 C $185 N | FREE | | $0.00 |
| | | 499 - Merchandise Processing Fee | | | 0.3464% | | $8.31 |
| | | 501 - Harbor Maintenance Fee | | | 0.1250% | | $3.00 |
| 008 | ARTICLE OF CHINA,US NTE 20(F) | | | | | | |
| | 9903.88.03 | 1,333 KG | | | 25% | | $500.00 |
| | OTHER PEANUTS,USN 2 TO CH12 | | | | | | |
| | 2008.11.4500 | | 1,200.00 KG | $2,000 C $139 N | $0.066 per KG | | $79.20 |
| | | 499 - Merchandise Processing Fee | | | 0.3464% | | $6.93 |
| | | 501 - Harbor Maintenance Fee | | | 0.1250% | | $2.50 |
| 009 | ARTICLE OF CHINA,US NTE 20(F) | | | | | | |
| | 9903.88.03 | 389 KG | | | 25% | | $152.50 |
| | VEGTBL-OTH PREP VINGR-AC ACID | | | | | | |
| | 2001.90.3800 | | 350.00 KG | $610 C $40 N | 9.6% | | $58.56 |
| | | 499 - Merchandise Processing Fee | | | 0.3464% | | $2.11 |
| | | 501 - Harbor Maintenance Fee | | | 0.1250% | | $0.76 |

DEPARTMENT OF HOMELAND SECURITY  
U.S. Customs and Border Protection

ENTRY SUMMARY CONTINUATION SHEET

1. Filer Code/Entry No.  
K09-0080051-5

PAPERLESS

OMB APPROVAL NO. 1651-0022  
EXPIRATION DATE 01/31/2021  
ESTIMATED BURDEN 10 MIN

| 27. Line No. | 28. Description of Merchandise | | | 32. A. Entered Value B. CHGS C. Relationship | 33. A. HTSUS Rate B. ADA/CVD Rate C. IRC Rate D. Visa No. | 34. Duty and I.R. Tax | |
|---|---|---|---|---|---|---|---|
| | 29. A. HTSUS No. B. ADA/CVD No. | 30. A. Grossweight B. Manifest Qty. | 31. Net Quantity in HTSUS Units | | | Dollars | Cents |
| 010 | ARTICLE OF CHINA,US NTE 20(F) 9903.88.03 OTH DATES W/PITS,WHOLE,OVR 4.6 0804.10.4000 | 111 KG | 100.00 KG | $100 C $12 N | 25% $0.01 per KG | $25.00 $1.00 | |
| | | 499 - Merchandise Processing Fee 501 - Harbor Maintenance Fee | | | 0.3464% 0.1250% | $0.35 $0.13 | |
| 011 | ARTICLE OF CHINA,US NTE 20(F) 9903.88.03 PLUMS OTHERWISE PREP/PRES 2008.99.6000 | 422 KG | 250.00 KG | $930 C $44 N | 25% 11.2% | $232.50 $104.16 | |
| | | 499 - Merchandise Processing Fee 501 - Harbor Maintenance Fee | | | 0.3464% 0.1250% | $3.22 $1.16 | |
| 012 | ARTICLE OF CHINA,US NTE 20(F) 9903.88.03 OTHER FRUIT,NUTS O/W PREP/PRES 2008.99.9190 | 102 KG | 90.00 KG | $225 C $11 N | 25% 6% | $56.25 $13.50 | |
| | | 499 - Merchandise Processing Fee 501 - Harbor Maintenance Fee | | | 0.3464% 0.1250% | $0.78 $0.28 | |
| 013 | ARTICLE OF CHINA,US NTE 20(F) 9903.88.03 OTHER PEACHES O/W PREP/PRES 2008.70.2040 | 250 KG | 100.00 KG | $550 C $26 N | 25% 17% | $137.50 $93.50 | |
| | | 499 - Merchandise Processing Fee 501 - Harbor Maintenance Fee | | | 0.3464% 0.1250% | $1.91 $0.69 | |
| 014 | ARTICLE OF CHINA,US NTE 20(F) 9903.88.03 POTATOES OTHER 2004.10.8040 | 409 KG | 400.00 KG | $900 C $43 N | 25% 8% | $225.00 $72.00 | |
| | | 090 - Potato Fee 499 - Merchandise Processing Fee 501 - Harbor Maintenance Fee | | | $0.00132 per KG 0.3464% 0.1250% | $0.53 $3.12 $1.13 | |
| 015 | ARTICLE OF CHINA,US NTE 20(F) 9903.88.03 GRAPES OTHERWISE PREP/PRES 2008.99.2900 | 68 KG | 50.00 KG | $150 C $7 N | 25% 7% | $37.50 $10.50 | |
| | | 499 - Merchandise Processing Fee 501 - Harbor Maintenance Fee | | | 0.3464% 0.1250% | $0.52 $0.19 | |

CBP Form 7501 (2/18)

PAPERLESS
OMB APPROVAL NO. 1651-0022
EXPIRATION DATE 01/31/2021
ESTIMATED BURDEN 10 MIN

DEPARTMENT OF HOMELAND SECURITY
U.S. Customs and Border Protection

ENTRY SUMMARY CONTINUATION SHEET

1. Filer Code/Entry No.
K09-0080051-5

| 27. Line No. | 28. Description of Merchandise | | | 32. | 33. | 34. Duty and I.R. Tax | |
|---|---|---|---|---|---|---|---|
| | 29. A. HTSUS No. B. ADA/CVD No. | 30. A. Grossweight B. Manifest Qty. | 31. Net Quantity in HTSUS Units | A. Entered Value B. CHGS C. Relationship | A. HTSUS Rate B. ADA/CVD Rate C. IRC Rate D. Visa No. | Dollars | Cents |
| 016 | ARTICLE OF CHINA,US NTE 20(F) 9903.88.03 OTHER BREAD PRODUCTS, OTHER 1905.90.1070 | 774 KG | 697.00 KG | $683 C $80 N | 25% FREE | $170.75 $0.00 | |
| | | 499 - Merchandise Processing Fee 501 - Harbor Maintenance Fee | | | 0.3464% 0.1250% | $2.37 $0.85 | |
| 017 | ARTICLE OF CHINA,US NTE 20(F) 9903.88.03 PROD FISH MEAT;PREP;OTH AQ INV 1605.52.0500 | 1,403 KG | 706.00 KG | $3,234 C $146 N | 25% FREE | $808.50 $0.00 | |
| | | 499 - Merchandise Processing Fee 501 - Harbor Maintenance Fee | | | 0.3464% 0.1250% | $11.20 $4.04 | |
| 018 | ARTICLE OF CHINA,US NTE 20(F) 9903.88.03 SESAME SEEDS BROKEN OR NOT 1207.40.0000 | 111 KG | 100.00 KG | $130 C $12 N | 25% FREE | $32.50 $0.00 | |
| | | 499 - Merchandise Processing Fee 501 - Harbor Maintenance Fee | | | 0.3464% 0.1250% | $0.45 $0.16 | |
| 019 | ARTICLE OF CHINA,US NTE 20(F) 9903.88.03 OTH,OTH,BERRIES O/W PREP/PRES 2008.99.2140 | 298 KG | 112.00 KG | $690 C $31 N | 25% 4.5% | $172.50 $31.05 | |
| | | 499 - Merchandise Processing Fee 501 - Harbor Maintenance Fee | | | 0.3464% 0.1250% | $2.39 $0.86 | |
| 020 | ARTICLE OF CHINA,US NTE 20(F) 9903.88.03 OTHER SEEDS FOR SOWING 1209.99.4190 | 466 KG | 100.00 KG | $1,080 C $48 N | 25% $0.0083 per KG | $270.00 $0.83 | |
| | | 499 - Merchandise Processing Fee 501 - Harbor Maintenance Fee | | | 0.3464% 0.1250% | $3.74 $1.35 | |
| 021 | ARTICLE OF CHINA,US NTE 20(F) 9903.88.03 OTHER; OTHER VEGETABLES 0712.90.8580 | 129 KG | 25.00 KG | $300 C $13 N | 25% 8.3% | $75.00 $24.90 | |
| | | 499 - Merchandise Processing Fee 501 - Harbor Maintenance Fee | | | 0.3464% 0.1250% | $1.04 $0.38 | |

CBP Form 7501 (2/18)

DEPARTMENT OF HOMELAND SECURITY
U.S. Customs and Border Protection

**ENTRY SUMMARY CONTINUATION SHEET**

1. Filer Code/Entry No.
K09-0080051-5

PAPERLESS

OMB APPROVAL NO. 1651-0022
EXPIRATION DATE 01/31/2021
ESTIMATED BURDEN 10 MIN

| 27. Line No. | 28. Description of Merchandise | | | 32. A. Entered Value B. CHGS C. Relationship | 33. A. HTSUS Rate B. ADA/CVD Rate C. IRC Rate D. Visa No. | 34. Duty and I.R. Tax | |
|---|---|---|---|---|---|---|---|
| | 29. A. HTSUS No. B. ADA/CVD No. | 30. A. Grossweight B. Manifest Qty. | 31. Net Quantity in HTSUS Units | | | Dollars | Cents |
| 022 | CINNAMON,NEITHER CRSH NOR GRND | | | | | | |
| | 0906.11.0000 | 86 KG | 40.00 KG | $200 C $9 N | FREE | | $0.00 |
| | | 499 - Merchandise Processing Fee | | | 0.3464% | | $0.69 |
| | | 501 - Harbor Maintenance Fee | | | 0.1250% | | $0.25 |
| 023 | CARDAMOMS, NOT CRUSHED/GROUND | | | | | | |
| | 0908.31.0000 | 97 KG | 30.00 KG | $225 C $10 N | FREE | | $0.00 |
| | | 499 - Merchandise Processing Fee | | | 0.3464% | | $0.78 |
| | | 501 - Harbor Maintenance Fee | | | 0.1250% | | $0.28 |
| 024 | ARTICLE OF CHINA,US NTE 20(F) | | | | | | |
| | 9903.88.03 | 2,778 KG | | | 25% | | $875.00 |
| | OTHER BARLEY - OTHER | | | | | | |
| | 1003.90.4030 | | 2,500.00 KG | $3,500 C $289 N | $0.0015 per KG | | $3.75 |
| | | 499 - Merchandise Processing Fee | | | 0.3464% | | $12.12 |
| | | 501 - Harbor Maintenance Fee | | | 0.1250% | | $4.38 |
| 025 | ARTICLE OF CHINA,US NTE 20(F) | | | | | | |
| | 9903.88.03 | 4,667 KG | | | 25% | | $2,125.00 |
| | BEAN CAKE,BEAN STICK, O/W P/P | | | | | | |
| | 2008.99.9110 | | 4,200.00 KG | $8,500 C $485 N | 6% | | $510.00 |
| | | 499 - Merchandise Processing Fee | | | 0.3464% | | $29.44 |
| | | 501 - Harbor Maintenance Fee | | | 0.1250% | | $10.63 |
| 026 | ARTICLE OF CHINA,US NTE 20(F) | | | | | | |
| | 9903.88.03 | 267 KG | | | 25% | | $137.50 |
| | OTHER PEANUTS,USN 2 TO CH12 | | | | | | |
| | 2008.11.4500 | | 240.00 KG | $550 C $28 N | $0.066 per KG | | $15.84 |
| | | 499 - Merchandise Processing Fee | | | 0.3464% | | $1.91 |
| | | 501 - Harbor Maintenance Fee | | | 0.1250% | | $0.69 |
| 027 | ARTICLE OF CHINA,US NTE 20(F) | | | | | | |
| | 9903.88.03 | 3,100 KG | | | 25% | | $819.00 |
| | PASTA, OTHER, NOT FROZEN | | | | | | |
| | 1902.30.0060 | | 2,790.00 KG | $3,276 C $322 N | 6.4% | | $209.66 |
| | | 499 - Merchandise Processing Fee | | | 0.3464% | | $11.35 |
| | | 501 - Harbor Maintenance Fee | | | 0.1250% | | $4.10 |
| 028 | GRNTEA,<=3KG PK,NFLVR,OTHER | | | | | | |
| | 0902.10.9050 | 192 KG | 173.00 KG | $825 C $20 N | FREE | | $0.00 |
| | | 499 - Merchandise Processing Fee | | | 0.3464% | | $2.86 |
| | | 501 - Harbor Maintenance Fee | | | 0.1250% | | $1.03 |
| | Totals for Invoice LINS20190522 | | Invoice Value 43,232.50 USD | +/- MMV | Exchange 1.00000 | Entered Value 43,233.00 USD | |

CBP Form 7501 (2/18)

Page 5 of 5

CUSTOMS BOX# K79

DEPARTMENT OF HOMELAND SECURITY
U.S. Customs and Border Protection

Page: 1
ABI CERTIFIED
Transmitted
CST# 042

## ENTRY/IMMEDIATE DELIVERY

CORCORAN INTERNATIONAL CORP
147-35 FARMERS BLVD. SUITE 202
JAMAICA, NY 11434
718-244-6063 Fax: 718-244-6203

19 CFR 142.3, 142.16, 142.22, 142.24

Form Approved
OMB No. 1651-0024
Exp. 08-31-2018

| 1. ARRIVAL DATE | 2. ELECTED ENTRY DATE | 3. ENTRY TYPE CODE/NAME | 4. ENTRY NUMBER |
|---|---|---|---|
| 071019 | | 02 | K09-0080051-5 |
| 5. PORT | 6. SINGLE TRANS. BOND | 7. BROKER/IMPORTER FILE NUMBER | |
| 4601 | | | 0080051 |
| | 8. CONSIGNEE NUMBER | | 9. IMPORTER NUMBER |
| | | | |

| 10. ULTIMATE CONSIGNEE NAME | 11. IMPORTER OF RECORD NAME |
|---|---|
| LINS WAHA INT'L CORP<br>229 ROBBINS LANE<br>SYOSSET, NY 11791 | LINS WAHA INT'L CORP<br>229 ROBBINS LANE<br>SYOSSET, NY 11791 |

| 12. CARRIER NAME | 13. VOYAGE/FLIGHT/TRIP | 14. LOCATION OF GOODS-CODE(S)/NAME(S) |
|---|---|---|
| EGLV | 035E | E416  MAHER TERM BLDG 2180 CDS |
| 15. VESSEL CODE/NAME | | |
| OOCL BRUSSELS | | |

| 16. U.S. PORT OF UNLADING | 17. MANIFEST NUMBER | 18. G.O. NUMBER | 19. TOTAL VALUE |
|---|---|---|---|
| 4601 | | | 43,233 |

20. DESCRIPTION OF MERCHANDISE

GRASS JELLY, PEANUTS, SNACKS

| 21. IT/BL/AWB CODE | 22. IT/BL/AWB NO. | 23. MANIFEST QUANTITY | 24. H.S. NUMBER | 25. COUNTRY OF ORIGIN | 26. MANUFACTURER NO. |
|---|---|---|---|---|---|
| M | EGLV 147900253234 | | Submitted through ABI | | |
| H | RWRD 115900012778 | 2681  CTN | | | |

### 27. CERTIFICATION

I hereby make application for entry/immediate delivery. I certify that the above information is accurate, the bond is sufficient, valid, and current, and that all requirements of 19 CFR Part 142 have been met.

SIGNATURE OF APPLICANT
X  Ernesto Zapata

PHONE NO.            DATE
718-244-6063         07/10/19

29. BROKER OR OTHER GOVT. AGENCY USE
Containers:
EGSU9121329
Req. Exam at: E355 H&M INTERNATIONAL TRANSPORTATION
Transfer By:
  Entry Bond [ ]      Carrier Bond [ ]
  CHL Bond [ ]        CFS Bond [X]

### 28. CBP USE ONLY

[ ] OTHER AGENCY ACTION REQUIRED, NAMELY:

[ ] CBP EXAMINATION REQUIRED

[ ] ENTRY REJECTED, BECAUSE:

DELIVERY AUTHORIZED:     SIGNATURE     DATE

Paperwork Reduction Act Statement: An agency may not conduct or sponsor an information collection and a person is not required to respond to this information unless it displays a current valid OMB control number and an expiration date. The control number for this collection is 1651-0024. The estimated average time to complete this application is 15 minutes. If you have any comments regarding the burden estimate you can write to U.S. Customs and Border Protection, Office of Regulations and Rulings, 799 9th Street, NW., Washington DC 20229.

# Packing List

Sellers: Fujian Lins HengFa International Trade Co., Ltd Add: Building 43,2nd floor,room# 223,Juyuanzhou IndustrialPark,NO.618 Jinshan Road,Jianxin Town,Cangshan District,Fuzhou City,Fujian Province,

TO: LIN'S WAHA INTERNATIONAL CORP
Add: 229 Robbins Lane Syosset Ny 11791           TELL:516-

SHIPPING MARKS:

INV.NO.: LINS20190522
Date: 05/22/2019
SHIPMENT FROM: GUANGZHOU,CHINA
TO: NEW YORK
Means of transport: BY SEA

| Marks&Nos. | Description of goods | Specification | Quantity | Unit | G.W | N.W | MEAS |
|---|---|---|---|---|---|---|---|
| N/M | XIANG PIAO PIAO MILK TEA DRINK | 300ml*15 | 100 | CTNS | 500kgs | 450kgs | 1.5CBM |
| N/M | PRESERVED DACE OF BLACK BEAN SAUCE | 227g*24 | 201 | CTNS | 1507kgs | 1095.048kgs | 2.412CBM |
| N/M | HUIERKANG GRASS JELLY | 248g*6*4 | 300 | CTNS | 2010kgs | 1785.6kgs | 3CBM |
| N/M | RED TEA | 1*25kg | 3 | CTNS | 75kgs | 75kgs | 0.255CBM |
| N/M | RED TEA | 1*27.5kg | 1 | CTNS | 27.5kgs | 27.5kgs | 0.085CBM |
| N/M | GREEN TEA | 1*30kg | 2 | CTNS | 60kgs | 60kgs | 0.17CBM |

| | | | | | |
|---|---|---|---|---|---|
| N/M | DRIED SWEET POTATO | 400g*20 | 50 | CTNS | 425kgs | 400kgs | 1.5CBM |
| N/M | PURPLE RAISINS | 1*10kg | 5 | CTNS | 51kgs | 50kgs | 0.1CBM |
| N/M | YOURNI BREAD (LEMON FLAVOR) | 318g*10 | 50 | CTNS | 190kgs | 159kgs | 1.5CBM |
| N/M | YOURNI BREAD (GREEN TEA FLAVOR) | 336g*10 | 50 | CTNS | 190kgs | 168kgs | 1.5CBM |
| N/M | YOURNI BREAD (ORIGINAL FLAVOR) | 336g*10 | 50 | CTNS | 190kgs | 168kgs | 1.5CBM |
| N/M | DALIYUAN BREAD (ORIGINAL FLAVOR) | 338g*10 | 30 | CTNS | 114kgs | 101.4kgs | 1.41CBM |
| N/M | DALIYUAN BREAD (VANILLA FLAVOR) | 338g*10 | 30 | CTNS | 114kgs | 101.4kgs | 1.41CBM |
| N/M | FISHER MAN SNACK HOT & SPICY SCALLOP | 240g*20 | 40 | CTNS | 208kgs | 192kgs | 1.72CBM |
| N/M | FISHER MAN SNACK BARBEQUE SCALLOP | 240g*20 | 25 | CTNS | 130kgs | 120kgs | 1.075CBM |
| N/M | FISHER MAN SNACK SPICY SCALLOP | 240g*20 | 57 | CTNS | 285kgs | 273.6kgs | 2.394CBM |
| N/M | FISHER MAN SNACK GARLIC SCALLOP | 240g*20 | 25 | CTNS | 130kgs | 120kgs | 1.025CBM |
| N/M | SNACK SESAME TWIST | 1*5kg | 20 | CTNS | 106kgs | 100kgs | 0.4CBM |
| N/M | FARMER HOUSE SNOW LOTUS SEEDS | 1*50kg | 2 | CTNS | 100kgs | 100kgs | 0.16CBM |

| | | | | | | |
|---|---|---|---|---|---|---|
| N/M | YANG SHENG TANG BLACK WOLFBERRY | 1*37.5kg | 3 | CTNS | 114kgs | 112.5kgs | 0.291CBM |
| N/M | YANG SHENG TANG DRIED LILY | 1*25kg | 1 | CTNS | 25kgs | 25kgs | 0.08CBM |
| N/M | YANG SHENG TANG CINNAMON STICK | 40kg | 1 | CTNS | 40kgs | 40kgs | 0.08CBM |
| N/M | YANG SHENG TANG CARDAMOM | 30kg | 1 | CTNS | 30kgs | 30kgs | 0.06CBM |
| N/M | LIN'S PEARL BARLEY | 1*25kg | 100 | CTNS | 2510kgs | 2500kgs | 3.5CBM |
| N/M | YONG RI XIANG PRESERVED DRIED TOFU | 300g*20 | 500 | CTNS | 3100kgs | 3000kgs | 4CBM |
| N/M | PIN LAI PRESERVED DRIED TOFU | 200g*30 | 200 | CTNS | 1300kgs | 1200kgs | 2.2CBM |
| N/M | HUI WANG JIA PRESERVED MARINATED PEANUT | 60g*40 | 100 | CTNS | 286kgs | 240kgs | 0.6CBM |
| N/M | XIN WEI DRIED VERMICELLI | 2.5kg*4 | 122 | CTNS | 1537kgs | 1220kgs | 9.095CBM |
| N/M | LIN'S DRIED NOODLE | 908g*12 | 90 | CTNS | 1035kgs | 980.64kgs | 4.77CBM |
| N/M | LIN'S DRIED VERMICELLI | 908g*10 | 65 | CTNS | 832kgs | 590.2kgs | 4.94CBM |
| | TOTAL: | | 2681 | CTNS | 23030kgs | 21222.388kgs | 67.359CBM |

| | | | | Form Approved OMB No. 1651-0022 |
|---|---|---|---|---|
| Paperless | | CST: 042 | | EXP. 01/31/2021 |

**DEPARTMENT OF HOMELAND SECURITY**
**U.S. Customs and Border Protection**
**ENTRY SUMMARY**
ACE Version 00100

| 1. Filer Code / Entry No. | 2. Entry Type | 3. Summary Date |
|---|---|---|
| TZ6  0210265-7 | 01 ABI/A | |
| 4. Surety No. | 5. Bond Type | 6. Port Code | 7. Entry Date |
| 054 | 8 | 4601 | 11/06/2018 |

| 8. Importing Carrier  960E | 9. Mode of Transport | 10. Country of Origin | 11. Import Date |
|---|---|---|---|
| EVER LOGIC   EGLV | 11 | CN | 11/06/2018 |
| 12. B / L or AWB No. | 13. Manufacturer ID | 14. Exporting Country | 15. Export Date |
| EGLV147800515962 | CNFUJGOO26FUZ | CN | 09/21/2018 |
| 16. I.T. No. | 17. I.T. Date | 18. Missing Docs | 19. Foreign Port of Lading | 20. U.S. Port of Unlading |
| | | | 57072 | 4601 |
| 21. Location of Goods / G.O. No. | 22. Consignee No. | | 23. Importer No. | 24. Reference No. |
| E416 MAHER TERM BLDG 2180 | 45-282535400 | | 45-282535400 | |

| 25. Ultimate Consignee Name and Address | 26. Importer of Record Name and Address   LINWAH |
|---|---|
| | LIN'S WAHA INTERNATIONAL CORP |
| | 12 INGRAHAM ST |
| Dest: NJ | |
| City          State          Zip | City BROOKLYN      State NY    Zip 112063507 |

| 27. Line No. | 28. Description of Merchandise | | | 32. A. Entered Value B. CHGS C. Relationship | 33. A. HTSUS Rate B. ADA/CVD Rate C. IRC Rate D. Visa No. | 34. Duty and I.R. Tax Dollars  Cents |
|---|---|---|---|---|---|---|
| | 29. A. HTSUS No. B. ADA/CVD No. | 30. A. Grossweight B. Manifest Qty. | 31. Net Quantity in HTSUS Units | | | |
| | M EGLV147800515962 H RWRD115800020426 FOOD STUFF Invoice Number - JD20180916 09/16/18 | | | 1580 CTN | | |
| 001 | ARTICLE OF CHINA,US NTE 20(F) 9903.88.03         3018 | | | NOT-RELATED 4640 | 10.00% | 464.00 |
| | PASTA, OTHER, NOT FROZEN 1902.30.0060 | | 2716 KG | 0 C 848 | 6.40% | 296.96 |
| | Merchandise Processing Fee | | | | .3464% | 16.07 |
| | Harbor Maintenance | | | | .125% | 5.80 |
| 002 | ARTICLE OF CHINA,US NTE 20(F) 9903.88.03         2107 | | | NOT-RELATED 3240 | 10.00% | 324.00 |
| | Harbor Maintenance | | | | 0.125% | 20.53 |

| Other Fee Summary for Block 39 | 35. Total Entered Value | **CBP USE ONLY** | | **TOTALS** |
|---|---|---|---|---|
| 499 M.P.F.    56.87 501 Harbor    20.53 | $   16420 | A. LIQ CODE | B. Ascertained Duty | 37. Duty        2253.02 |
| | Total Other Fees $    77.40 | REASON CODE | C. Ascertained Tax | 38. Tax          0.00 |
| 36. DECLARATION OF IMPORTER OF RECORD (OWNER OR PURCHASER) OR AUTHORIZED AGENT | | | D. Ascertained Other | 39. Other        77.40 |
| I declare that I am the ☐ Importer of record and that the actual owner, purchaser, or consignee for CBP purposes is as shown above, OR ☒ owner | | | E. Ascertained Total | 40. Total        2330.42 |

or purchaser or agent thereof. I further declare that the merchandise ☒ was obtained pursuant to a purchase or agreement to purchase and that the prices set forth in the invoices are true, OR ☐ was not obtained pursuant to a purchase or agreement to purchase and the statements in the invoices as to value or price are true to the best of my knowledge and belief. I also declare that the statements in the documents herein filed fully disclose to the best of my knowledge and belief the true prices, values, quantities, rebates, drawbacks, fees, commissions, and royalties and are true and correct, and that all goods or services provided to the seller of the merchandise either free or at reduced cost are fully disclosed.
I will immediately furnish to the appropriate CBP officer any information showing a different statement of facts.

| 41. DECLARANT NAME | TITLE | SIGNATURE | DATE |
|---|---|---|---|
| Unipac Shipping Inc. | Attorney-In-Fact | TETYANA LEWIS | 11/02/2018 |
| 42. Broker / Filer Information (Name, address, phone number) | | 43. Broker / Importer File No. | |
| Unipac Shipping Inc. 182-16 147th Ave 2nd Floor Jamaica NY  11413 718-995-8168 | | 0001    210265    TET | |

CBP Form 7501 (02/18)

Produced by Kewill

| | | Continued Page : 2 | | OMB No. 1651-0022 |
|---|---|---|---|---|
| DEPARTMENT OF HOMELAND SECURITY | | ENTRY SUMMARY CONTINUATION SHEET | | EXP. 01/31/2021 |
| U.S. Customs and Border Protection | | 1. Filer Code/Entry No. TZ6 0210265-7 | | |

| 27. | 28. Description of Merchandise | | | 32. | 33. A. HTSUS Rate | 34. Duty and I.R. Tax | |
|---|---|---|---|---|---|---|---|
| Line No. | 29. A. HTSUS No. B. ADA/CVD No. | 30. A. Grossweight B. Manifest Qty. | 31. Net Quantity in HTSUS Units | A. Entered Value B. CHGS C. Relationship | B. ADA/CVD Rate C. IRC Rate D. Visa No. | Dollars | Cents |
| | EXCLPASTA,N/CKD/ST/P,N/EG,N/EU 1902.19.2090 | | 1896 KG | 0 C 592 | FREE | | 0.00 |
| | Merchandise Processing Fee Harbor Maintenance | | | | .3464% .125% | | 11.22 4.05 |
| 003 | ARTICLE OF CHINA,US NTE 20(F) 9903.88.03 OTH NON-ALCH BEV,N/FRUIT/V 2202.99.9000 | 2439 | 3750 L | NOT-RELATED 3750 0 C 685 | 10.00% .002 | | 375.00 7.50 |
| | Merchandise Processing Fee Harbor Maintenance | | | | .3464% .125% | | 12.99 4.69 |
| 004 | ARTICLE OF CHINA,US NTE 20(F) 9903.88.03 MXD COND/SEASNGS, OTHR, 2103.90.8000 | 3116 | 2804 KG | NOT-RELATED 4790 0 C 875 | 10.00% 6.40% | | 479.00 306.56 |
| | Merchandise Processing Fee Harbor Maintenance | | | | .3464% .125% | | 16.59 5.99 |
| | I.V. E.V. | 16420.00 16420.00 | USD @ 1.000000 AS 16420 | | | | |

福建吉道进出口贸易有限公司
FUJIAN GOOD WAY IMPORT AND EXPORT TRADE CO., LTD
(PACKING LIST)

Inv.No: ID20180916   Date: 20180916
出口商名称:
INVOICE of: FUJIAN GOOD WAY IMPORT AND EXPORT TRADE CO., LTD
出口商地址:
Add: ROOM 26, 3FLOORS, 7# BUIDING TAIHE CITY PLAZA.NO.17 HENGYU ROAD JINAN DISTRICT FUZHOU,FUJIAN,CHINA

客户: 
TO M/S: LIN'S WAHA INTERNATIONAL CORP
客户地址:
Add: 12 INGRAHAM ST BROOKLYN,NY 11206

FM: GUANGZHOU   TO: NEWYORK

| 唛头 Marks | 货 名 Description of Goods | 数 量 Quantity | | 净重 N.W KGS | 毛重 G.W KGS |
|---|---|---|---|---|---|
| | Never Met Noodle Instant Noodles(187.3gX4X5) | 725 | CTNS | 1760.00 | 2000.00 |
| | Lin's NOODLES (972gX13) | 150 | CTNS | 2160.00 | 2400.00 |
| N/M | Xiang Piao Piao Thai Lemon Tea Drink (400mlX15) | 200 | CTNS | 1200.00 | 1600.00 |
| | Xiang Piao Piao Peach Tea Drink (400mlX15) | 200 | CTNS | 1200.00 | 1600.00 |
| | Xiang Piao Piao Lemon Tea Drink (400mlX15) | 225 | CTNS | 1350.00 | 1800.00 |
| | Change Le Pai Cooking Wine (740mlX12) | 80 | CTNS | 710.40 | 1280.00 |
| TOTAL | | 1580 | | 8380.40 | 10680.00 |

Form Approved OMB No. 1651-0022
EXP. 01/31/2021

**DEPARTMENT OF HOMELAND**
**U.S. Customs and Border**
**ENTRY SUMMARY**
Paperless
ACE Version 00100
CST: 042

| Field | Value |
|---|---|
| 1. Filer Code / Entry No. | TZ6 0216723-9 |
| 2. Entry Type | 01 ABI/A |
| 3. Summary Date | |
| 4. Surety No. | 054 |
| 5. Bond Type | 8 |
| 6. Port Code | 4601 |
| 7. Entry Date | 03/12/2019 |
| 8. Importing Carrier | 037E EVER LUCID  EGLV |
| 9. Mode of Transport | 11 |
| 10. Country of Origin | CN |
| 11. Import Date | 03/12/2019 |
| 12. B/L or AWB No. | EGLV159900002871 |
| 13. Manufacturer ID | CNFUJGOO26FUZ |
| 14. Exporting Country | CN |
| 15. Export Date | 01/30/2019 |
| 16. I.T. No. | |
| 17. I.T. Date | |
| 18. Missing Docs | |
| 19. Foreign Port of Lading | 57072 |
| 20. U.S. Port of Unlading | 4601 |
| 21. Location of Goods / G.O. No. | E416 MAHER TERM BLDG 2180 |
| 22. Consignee No. | 45-282535400 |
| 23. Importer No. | 45-282535400 |
| 24. Reference No. | |
| 25. Ultimate Consignee Name and Address | Dest: NJ |
| 26. Importer of Record Name and Address | LINWAH  LIN'S WAHA INTERNATIONAL CORP  229 ROBBINS LN  City SYOSSET  State NY  Zip 117916005 |

| Line No. | 28. Description of Merchandise / 29. A. HTSUS No. B. ADA/CVD No. | 30. A. Grossweight B. Manifest Qty. | 31. Net Quantity in HTSUS Units | 32. A. Entered Value B. CHGS C. Relationship | 33. A. HTSUS Rate B. ADA/CVD Rate C. IRC Rate D. Visa No. | 34. Duty and I.R. Tax Dollars | Cents |
|---|---|---|---|---|---|---|---|
| 001 | M EGLV159900002871 FOOD STUFF Invoice Number - SN1900126 01/30/19 ARTICLE OF CHINA,US NTE 20 9903.88.03  5400 EXCLPASTA,N/CKD/ST/P,N/EG,N/EU 1902.19.2090 | | 4786 KG | 1470 CTNS  NOT-RELATED 5743  0 C 1304 | 10.00% FREE .3464% .125% | 574 0 19 7 | 30 00 89 18 |
| | Merchandise Processing Fee Harbor Maintenance | | | | | | |
| 002 | ARTICLE OF CHINA,US NTE 20 9903.88.03  9100 | | | NOT-RELATED 7470 | 10.00% | 747 | 00 |
| | Harbor Maintenance | | | | 0.125% | 16 | 52 |

Other Fee Summary for Block 39
499 M.P.F.    45.77
501 Harbor    16.52

| 35. Total Entered Value | $ 13213 |
| Total Other Fees | $ 62.29 |

**CBP USE ONLY**
A. LIQ CODE
REASON CODE
B. Ascertained Duty
C. Ascertained Tax
D. Ascertained Other
E. Ascertained Total

**TOTALS**
37. Duty  1321.30
38. Tax  0.00
39. Other  62.29
40. Total  1383.59

36. DECLARATION OF IMPORTER OF RECORD (OWNER OR PURCHASER) OR AUTHORIZED AGENT

I declare that I am the ☐ Importer of record and that the actual owner, purchaser, or consignee for CBP purposes is as shown above, OR ☒ owner or purchaser or agent thereof. I further declare that the merchandise ☒ was obtained pursuant to a purchase or agreement to purchase and that the prices set forth in the invoices are true, OR ☐ was not obtained pursuant to a purchase or agreement to purchase and the statements in the invoices as to value or price are true to the best of my knowledge and belief. I also declare that the statements in the documents herein filed fully disclose to the best of my knowledge and belief the true prices, values, quantities, rebates, drawbacks, fees, commissions, and royalties and are true and correct, and that all goods or services provided to the seller of the merchandise either free or at reduced cost are fully disclosed.
I will immediately furnish to the appropriate CBP officer any information showing a different statement of facts.

| 41. DECLARANT NAME | TITLE | SIGNATURE | DATE |
|---|---|---|---|
| Unipac Shipping Inc. | Attorney-In-Fact | TETYANA LEWIS | 03/08/2019 |

42. Broker / Filer Information (Name, address, phone number)
Unipac Shipping Inc.
182-16 147th Ave
2nd Floor
Jamaica NY   11413  718-995-8168

43. Broker / Importer File No.
0001    216723    TET

CBP Form 7501 (02/18)

Produced by Kewill

| | | | | | | Continued Page : 2 | | OMB No. 1651-0022 |
|---|---|---|---|---|---|---|---|---|

DEPARTMENT OF HOMELAND SECURITY
U.S. Customs and Border Protection

**ENTRY SUMMARY CONTINUATION SHEET**

OMB No. 1651-0022
EXP. 01/31/2021

1. Filer Code/Entry No.
TZ6  0216723-9

| 27. Line No. | 28. Description of Merchandise | | | 32. A. Entered Value B. CHGS C. Relationship | 33. A. HTSUS Rate B. ADA/CVD Rate C. IRC Rate D. Visa No. | 34. Duty and I.R. Tax | |
|---|---|---|---|---|---|---|---|
| | 29. A. HTSUS No. B. ADA/CVD No. | 30. A. Grossweight B. Manifest Qty. | 31. Net Quantity in HTSUS Units | | | Dollars | Cents |
| | OTH NON-ALCH BEV,N/FRUIT/V 2202.99.9000 | | | 0 C 1696 | .002 | | 0.00 |
| | Merchandise Processing Fee | | | | .3464% | | 25.88 |
| | Harbor Maintenance | | | | .125% | | 9.34 |
| | I.V. E.V. | 13213.20 13213.20 | USD @ 1.000000 AS     13213 | | | | |

Produced by Kewill

** Last Page **

CBP Form 7501 (02/18)

| Unipac Shipping Inc.<br>182-16 147th Ave<br>2nd Floor<br>Jamaica, NY 11413<br>PH: (718) 995-8168<br>FAX: (718) 995-8169 | DEPARTMENT OF HOMELAND SECURITY<br>U.S. Customs and Border Protection<br><br>**ENTRY/IMMEDIATE DELIVERY** RELEASED ONE USG<br>19 CFR 142.3, 142.16, 142.22, 142.24<br>ABI Certified<br>Broker Code: TZ6    CST# 042 | OMB No.1651-0024<br>Exp.04-30-2015 |
|---|---|---|

| 1. ARRIVAL DATE<br>03/12/2019 | 2. ELECTED ENTRY DATE | 3. ENTRY TYPE CODE/NAME<br>01 Consumption | 4. ENTRY NUMBER<br>TZ6-0216723-9 |
|---|---|---|---|
| 5. PORT<br>4601 | 6. SINGLE TRANS.BOND | 7. BROKER/IMPORTER FILE NUMBER<br>216723  TET  0001 | |
| | 8. CONSIGNEE NUMBER<br>Same | | 9. IMPORTER NUMBER<br>45-282535400 |
| 10. ULTIMATE CONSIGNEE NAME<br>LIN'S WAHA INTERNATIONAL CORP<br>229 ROBBINS LN<br>SYOSSET, NY 117916005 | | 11. IMPORTER OF RECORD NAME<br>LIN'S WAHA INTERNATIONAL CORP<br>229 ROBBINS LN<br>SYOSSET, NY 117916005 | |
| 12. CARRIER CODE<br>EGLV | 13. VOYAGE/FLIGHT/TRIP<br>978E | 14. LOCATION OF GOODS-CODE(S)/NAME(S)<br>E416    MAHER TERM BLDG 2180 CDS | |
| 15. VESSEL CODE/NAME<br>EVER LUCID | | | |
| 16. U.S.PORT OF UNLADING<br>4601 | 17. MANIFEST NUMBER | 18. G.O.NUMBER | 19. TOTAL VALUE<br>13213 |
| 20. DESCRIPTION OF MERCHANDISE<br>FOOD STUFF | | | |

| 21. IT/BL/AWB CODE | 22. IT/BL/AWB NO. | 23. MANIFEST QUANTITY | 24. H.S. NUMBER | 25. COUNTRY OF ORIGIN | 26. MANUFACTURER NO. |
|---|---|---|---|---|---|
| M57072 | EGLV159900002871 | 1470 | 9903.88.03<br>1902.19.2090 | CN<br>CN | CNFUJGOO26FUZ<br>CNFUJGOO26FUZ |
| | | | 9903.88.03<br>2202.99.9000 | CN<br>CN | CNFUJGOO26FUZ<br>CNFUJGOO26FUZ |

| 27. CERTIFICATION | 28. CBP USE ONLY |
|---|---|
| I hereby make application for entry/immediate delivery. I certify that the above information is accurate, the bond is sufficient, valid, and current, and that all requirements of 19 CFR part 142 have been met.<br>SIGNATURE OF APPLICANT    Attorney-In-Fact<br>X TETYANA LEWIS | ☐ OTHER AGENCY ACTION REQUIRED, NAMELY: |
| PHONE NO.<br>(718) 995-8168 | DATE<br>04/26/2019 | ☐ CBP EXAMINATION REQUIRED. |
| 29.BROKER OR OTHER GOVT.AGENCY USE<br>Exam Site: E451    EAST COAST WAREHOUSE<br>Container #:<br>SEGU5321492 1470 | ☐ ENTRY REJECTED, BECAUSE: |
| | DELIVERY AUTHORIZED:   SIGNATURE   DATE<br>## ABI Electronic Release ##<br>I certify that proper release for this cargo has been received from CBP<br>Unipac Shipping Inc.<br>Authorized by:<br>Released: 04/25/2019 05:17 |

Paperwork Reduction Act Statement: An agency may not conduct or sponsor an information collection and a person is not required to respond to this information unless it displays a current valid OMB control number and an expiration date. The control number for this collection is 1651-0024. The estimated average time to complete this application is 15 minutes. If you have any comments regarding the burden estimate you can write to U.S. Customs and Border Protection, Office of Regulations and Rulings, 799 9th Street, NW., Washington DC 20229.

Produced by Kewill                                                                                                        CBP Form 3461(10/09)