# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

# TRANSCRIPT ORDER FORM

Please use one form per court reporter per case, and contact court reporter directly immediately after e-filing form. *(Additional instructions on next page.)*

**COURT USE ONLY**
**DUE DATE:**

**1a. Contact Person for this Order:** Jen-Feng (Jefff) Lee
**2a. Contact Phone Number:** 626-810-7200
**3a. Contact E-mail Address:** jflee@ltpacificlaw.com

**1b. Attorney Name (if different):** same
**2b. Attorney Phone Number:**
**3b. Attorney E-mail Address:**

**4. MAILING ADDRESS (INCLUDE LAW FIRM NAME, IF APPLICABLE):**
LT Pacific Law Group
17800 Castleton Street
Suite 560
City of Industry, CA 91748

**5. Name & Role of Party Represented:** Plaintiff
**6. Case Name:** OCM Group USA Inc. vs. Lin's Waha Int'l Corp.
**7a. District Court Case Number:** 2:19-cv-08917-SB-KS
**7b. Appeals Court Case Number:**

**8. INDICATE WHETHER PROCEEDING WAS** *(choose only one per form)*:
☐ DIGITALLY RECORDED   ☒ TRANSCRIBED BY A COURT REPORTER; NAME OF COURT REPORTER: Kathy Thibodeaux

**9. THIS TRANSCRIPT ORDER IS FOR:** ☒ Appeal  ☐ Non-Appeal     ☐ Criminal  ☒ Civil     ☐ CJA  ☐ USA  ☐ FPD

**10. TRANSCRIPT(S) REQUESTED** (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested, format(s), and delivery type):

a. HEARINGS OR PORTIONS OF HEARINGS *(Attach additional pages if necessary. If sealed, a court order releasing transcript to the ordering party must be attached here or emailed to transcripts_cacd@cacd.uscourts.gov.)*

b. SELECT FORMAT(S) — PDF (email) ● ; TEXT/ASCII (email); PAPER; CONDENSED (email); CM/ECF ACCESS (web); WORD INDEXING *(CM/ECF access included with purchase of transcript.)*

c. RELEASE OF TRANS. RESTRICTION DATE — *You MUST check the docket to see if the transcript has already been filed, and if so, provide the "Release of Transcript Restriction" date in column c, below.* ● *(Provide release date of efiled transcript, or check to certify none yet on file.)*

d. DELIVERY TYPE: EXPEDITED (7-day) *(One per line, but check with court reporter before choosing any type but "ordinary.")*

| DATE | JUDGE (name) | PROCEEDING TYPE / PORTION |
|---|---|---|
| 03/05/2021 | Blumenfeld Jr | Motion for Summary Judgment |
| | | |
| | | |
| | | |

**11. ADDITIONAL COMMENTS, INSTRUCTIONS, QUESTIONS, ETC.** CJA Orders: *Explain necessity of non-appeal orders, orders for transcripts of proceedings involving only a co-defendant, & special authorizations to be requested in Section 14 of CJA-24 Voucher (attach additional pages if needed).*

**12. ORDER & CERTIFICATION.** By signing below, I certify that I will pay all charges (deposit plus additional), or, where applicable, promptly take all necessary steps to secure payment under the Criminal Justice Act.

Date: 03/18/2021   Signature: /s/ Jen-Feng Lee

G-120 (06/18)