1          UNITED STATES DISTRICT COURT

2      CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

3          HONORABLE STANLEY BLUMENFELD, JR.

4       UNITED STATES DISTRICT JUDGE PRESIDING

5                    - - -

6
OCM Group USA, Inc., et al.,      )
7                    PLAINTIFF,    )
                                   )
8   VS.                            )  NO. CV 19-8917 SB
                                   )
9   Lin's Waha International Corp., et )
    al.,                           )
10                   DEFENDANT,    )
    _____)
11

12

13

14        REPORTER'S TRANSCRIPT OF PROCEEDINGS

15            LOS ANGELES, CALIFORNIA

16           FRIDAY, MARCH 5, 2021

17

18

19      _____

20          KATIE E. THIBODEAUX, CSR 9858
            U.S. Official Court Reporter
21                 Suite 4311
               350 West 1st Street
22           Los Angeles, CA  90012

23

24

25

```
 1   APPEARANCES OF COUNSEL:

 2

 3   FOR PLAINTIFF:

 4        LT PACIFIC LAW GROUP LLP
          BY:  JEN-FENG LEE
 5        17800 Castleton Street
          Suite 560
 6        City of Industry, CA  91748

 7

 8

 9   FOR DEFENDANT:

10        WITKOW BASKIN
          BY:  BRANDON J. WITKOW
11        21031 Ventura Boulevard
          Suite 700
12        Woodland Hills, CA  91364

13

14

15

16

17

18

19

20

21

22

23

24

25
```

```
 1            LOS ANGELES, CALIFORNIA; FRIDAY, MARCH 5, 2021

 2                           9:59 A.M.

 3                          - - - - -

 4

 5

 6          (The following proceedings were conducted by

 7           videoconference:)

 8          THE CLERK:  Calling item No. 8, Case

 9   No. CV 19-08917 SB, OCM Group USA versus Lin's Waha

10   International Corporation, et al.

11              Counsel, please state your appearances

12   starting with plaintiff's counsel first.

13          MR. LEE:  Good morning, your Honor.  Jen-Feng Lee

14   aka Jeff Lee for plaintiff OCM.

15          MR. WITKOW:  Good morning, your Honor.  Brandon

16   Witkow on behalf of the defendant Lin's Waha.

17          THE COURT:  Good morning, everyone.  Please make

18   sure that no one is recording, photographing,

19   broadcasting or publishing these proceedings.

20              This is before the court on the defense motion

21   for summary judgment.  The court has issued a tentative

22   ruling.  The ruling is to grant the motion in its

23   entirety.

24              Mr. Lee, let me ask you if you wish to submit

25   on the tentative, or do you have argument that you care
```

1    to present?

2         MR. LEE:  Yes.  I would like to argue.

3         I will cut to the chase.  My argument will be

4    really short.  We agree that the proposition that grey

5    market goods are not infringing if there is no material

6    difference, and the court correctly cited to this point.

7    The court also stated that the threshold of materiality

8    is low.

9         In this case, plaintiff used different milk

10   product to make those drink for importing into the United

11   States.  Plaintiff XPP Corporation used other type of

12   milk product to make the drink product for domestic

13   consumption.  We concede, we acknowledge that there is no

14   quality issue.  There is no safety issue.  It is the

15   same.

16        However, to comply with US regulation, we used

17   different products, milk products sourced from Australia

18   and New Zealand, and to conform with US regulation, we

19   prepare the vet certificate.  Now, the issue here, the

20   material difference would be whether it complies with

21   import entry.

22        Defendant pointed out that there are four

23   products.  Because they used dried milk product, they are

24   exempt.  After that reply, we are consulting, we are

25   checking with USDA officials, and we are getting

 1    conflicting answers, and because the briefing stopped,

 2    there is nothing after reply.  So, for now, we don't

 3    know.  We are getting conflicting answers.

 4              However, that leads to there are two products

 5    that use liquid milk product that are not exempt, and, as

 6    shown by the evidence of the USDA decision, these two are

 7    illegal for making import entry.  So that material

 8    difference would exist at least with respect to the two

 9    products.

10        THE COURT:  Mr. Lee, may I interject, and you, in

11    a very articulate way, I think captured your position,

12    and I appreciate you doing it so succinctly.

13              But the question, though, that I have is,

14    first, what evidence is there before me that would

15    suggest that the product, the two products we are talking

16    about are nonconforming products.

17              I know that you refer to the seizure and you

18    refer to the difference in the origin of the milk source,

19    but how does that evidence present to the court

20    sufficient information that the reason for the customs

21    seizure was the nonconformance that you are describing?

22        MR. LEE:  Okay.  In Exhibit 4, defendants filed

23    Exhibit 4, instead of sharing screen, I think this is

24    easier.  We included the two seizure notice, and in the

25    two seizure notices --

1    THE COURT:  You don't need to -- you do not need

2    to hold that up because I can assure you, Mr. Lee, that I

3    have actually read those.  They are quite short.  They

4    are form notices, and there is handwritten notation as to

5    the reason.  And the only indication of the reason, if

6    you will, is there is a general reference to a

7    regulation.

8         That regulation is a very lengthy regulation,

9    and it is not entirely clear why customs said it is

10   nonconforming when particularly the court has evidence

11   before it that there has been other product of the same

12   nature that apparently was conforming and made its way

13   into the US stream of commerce.

14   MR. LEE:  Okay.  The seizure notice specifically

15   noted that there is lack of foreign certificate on the

16   right side.  I think the USDA officials, they are kind of

17   not specific enough, and maybe it is mea culpa.  9 CFR

18   94, sub 16(d), yeah, mea culpa, I did not specifically

19   put that -- I treat that as the evidence of violation.

20   But that evidence of violation specific noted lack of

21   foreign certificate, and for the reference of the CFR

22   regulation would be the CFR 94.16(d) requiring the

23   foreign certificate.

24   THE COURT:  But, Mr. Lee, is there anything in the

25   record before me that says that the lack of foreign

1    certificate is the result of the milk source being

2    different?

3        MR. LEE:  That is our evidence, the seizure

4    notice.

5        THE COURT:  But what I am asking, maybe

6    inartfully, Mr. Lee, is what significance in the record

7    is there that I should attach to the lack of a foreign

8    certificate.  What meaning is there in the record that I

9    can discern from customs saying there is a lack of --

10       MR. LEE:  That is evidence of violation, and that

11   is a material difference.

12       THE COURT:  But would you suggest, Mr. Lee, that

13   any violation whatsoever, even if it didn't matter to an

14   average consumer, is a material difference?

15       MR. LEE:  No.  We are saying that for OCM being

16   the exclusive distributor and the licensee of the

17   trademarks at issue, we don't want to have the products

18   being seized by USDA or US customs because that would

19   affect how consumers perceive the product.

20       THE COURT:  So, in other words, if it is known

21   that these products are being seized, then consumers

22   might lose confidence in these products themselves.  That

23   is the concern that you have?

24       MR. LEE:  That's right.  Due to the small scale of

25   this case, this is a low damages case, both parties

1   hesitant to do a lot of things.  And we are not going to

2   hire any expert to do a song and dance about how this

3   affect consumer perception.

4              But let me address the other point.  Things

5   passing through customs does not itself show that this is

6   complaint.  We know things fall through cracks all the

7   time.  So I understand Lin's Waha imported some of the

8   product containing liquid milk successfully, but that

9   doesn't mean they complied.  In fact, those failed to

10  meet import entry requirement based on USDA officials

11  examination.

12      THE COURT:  Mr. Lee, I have to go on the, only on

13  the record before me as I am sure you appreciate.  Is

14  there anything in the record before me that suggests that

15  all of the other products that is these two products that

16  previously passed through customs did so essentially by

17  slipping through the cracks?

18              Is there anything like that that would suggest

19  that the only reason they made it through customs was

20  because customs didn't do their job?

21      MR. LEE:  In terms of evidence, no.  I am just

22  making a common sense argument on that point.

23      THE COURT:  All right.  And so isn't it, though,

24  at least speculative to say that these products made it

25  through because they didn't properly get the inspection.

1   Isn't that ultimately speculative on this record?

2        MR. LEE:  I am not going to disagree with that

3   characterization.  It could be speculative argument, but

4   from our perspective, the operational perspective, we

5   know there is regulation about recurring vet certificate.

6   We comply with that.  And we know from the evidence

7   defendant's product failed to meet that entry

8   requirement, and they were seized and destroyed by USDA.

9        So, in front of the court, the evidence is we

10  presented.  As to my common sense argument, things slip

11  through the cracks, yeah, I agree with the court about

12  characterization may be speculative.

13       THE COURT:  All right.  I appreciate it, Mr. Lee.

14       Let me turn to Mr. Witkow for a response.  Why

15  isn't it sufficient?  We are only at summary judgment.

16  Why isn't it sufficient for the court to make inferences

17  that these two products are noncompliant, they are

18  noncompliant in a material way and I should let a jury

19  decide this.

20       MR. WITKOW:  I think your Honor's tentative hit it

21  on the head that it is not the court's job to search for

22  evidence to support plaintiff's case at this stage.

23       This is a summary judgment motion.  It would

24  be appropriate perhaps at the motion to dismiss stage to

25  draw any inferences and counsel's argument is only

1    replete with inferences in favor of the plaintiff.

2            But where we are at summary judgment, and your

3    Honor had lengthily cited in its tentative the

4    requirement for a party opposing the summary judgment

5    motion that they are required to come forth with specific

6    facts to show that a genuine issue of material facts

7    exist, and they can't simply rely upon conclusory

8    allegations, counsel's argument at this hearing and

9    throwing documents in front of the court as exhibits with

10   no explanation, no citation to legal authority as to its

11   relevance and no specific information or evidence showing

12   exactly what their position is to support these

13   inferences.

14       THE COURT:  Mr. Witkow, just a point of

15   clarification.  The summary judgment standard allows the

16   court and, in fact, requires the court, does it not, to

17   draw reasonable inferences from specific facts that are

18   presented to the court; correct?

19       MR. WITKOW:  I would agree with that, your Honor.

20       THE COURT:  And so your point is not that the

21   court shouldn't consider reasonable inferences.  Your

22   point I take it is that there is no specific fact from

23   which the court can draw reasonable inference rather than

24   speculation.

25       MR. WITKOW:  Yes.  And I would actually go one

1    step further.  There is no specific admissible facts

2    because, again, counsel's argument himself is that is not

3    admissible.  He is not an import expert.  Neither am I,

4    and I don't purport to testify about import entry

5    requirements and I think counsel has admitted that he

6    doesn't even know and his client doesn't know even

7    sitting here today exactly what the import entry

8    requirements are.

9         THE COURT:  We don't need to get involved in

10   expertise because the only thing that matters is the

11   record.  I don't have any record evidence whether it is

12   by way of expert or otherwise that would enable me to

13   determine why the seizure actually took place and why the

14   similar products previously made their way through.  That

15   is the ultimate proof, is it not.

16        MR. WITKOW:  It is, your Honor.

17        THE COURT:  All right.  Submitted?

18        Very well.  I am going to take the matter

19   under submission, and the parties will receive a copy of

20   the court's ruling shortly.  And I do thank both counsel,

21   particularly, Mr. Lee.  I do appreciate the way that you

22   have conducted yourself, the candor that you have

23   exhibited to the court.

24        This matter is concluded.

25        MR. LEE:  Thank you, your Honor.

1          MR. WITKOW:   Thank you.

2        (Proceedings concluded.)

1                          CERTIFICATE

2

3

4    I hereby certify that pursuant to Section 753, Title 28,

5    United States Code, the foregoing is a true and correct

6    transcript of the stenographically reported proceedings held

7    in the above-entitled matter and that the transcript page

8    format is in conformance with the regulations of the

9    Judicial Conference of the United States.

10   Date:  April 1, 2021

11

12    /s/ Katie Thibodeaux, CSR No. 9858, RPR, CRR

13

14

15

16

17

18

19

20

21

22

23

24

25

MR. LEE: **[1]**
MR. WITKOW: **[6]** 3/14 9/19
10/18 10/24 11/15 11/25
THE CLERK: **[1]** 3/7
THE COURT: **[14]**

**/**

/s **[1]** 13/12

**0**

08917 **[1]** 3/9

**1**

16 **[1]** 6/18
17800 **[1]** 2/5
19-8917 **[1]** 1/8
1st **[1]** 1/21

**2**

2021 **[3]** 1/16 3/1 13/10
21031 **[1]** 2/11
28 **[1]** 13/4

**3**

350 **[1]** 1/21

**4**

4311 **[1]** 1/21

**5**

560 **[1]** 2/5

**7**

700 **[1]** 2/11
753 **[1]** 13/4

**8**

8917 **[1]** 1/8

**9**

90012 **[1]** 1/22
91364 **[1]** 2/12
91748 **[1]** 2/6
94 **[1]** 6/18
94.16 **[1]** 6/22
9858 **[2]** 1/20 13/12
9:59 **[1]** 3/2

**A**

A.M **[1]** 3/2
about **[5]** 5/16 8/2 9/5 9/11
11/4
above **[1]** 13/7
above-entitled **[1]** 13/7
acknowledge **[1]** 4/13
actually **[3]** 6/3 10/25 11/13
address **[1]** 8/4
admissible **[2]** 11/1 11/3
admitted **[1]** 11/5
affect **[2]** 7/19 8/3
after **[2]** 4/24 5/2
again **[1]** 11/2
agree **[3]** 4/4 9/11 10/19
aka **[1]** 3/14
al **[3]** 1/6 1/9 3/10
all **[5]** 8/6 8/15 8/23 9/13
11/17
allegations **[1]** 10/8
allows **[1]** 10/15
also **[1]** 4/7
am **[6]** 7/5 8/13 8/21 9/2
11/3 11/18
ANGELES **[3]** 1/15 1/22 3/1
answers **[2]** 5/1 5/3
any **[4]** 7/13 8/2 9/25 11/11
anything **[3]** 6/24 8/14 11/8
apparently **[1]** 6/12

appearances **[2]** 2/1 3/11
appeared **[1]** 3/11
9/13 11/21
appropriate **[1]** 9/24
April **[1]** 13/10
are **[26]**
argue **[1]** 4/2
argument **[8]**
articulate **[1]** 5/11
as **[7]**
ask **[1]** 3/24
asking **[1]** 7/5
assure **[1]** 6/2
attach **[1]** 7/7
Australia **[1]** 4/17
authority **[1]** 10/10
average **[1]** 7/14

**B**

based **[1]** 8/10
BASKIN **[1]** 2/10
be **[6]** 4/3 4/20 6/22 9/3
9/12 9/24
because **[8]**
been **[1]** 6/11
before **[6]** 3/20 5/14 6/11
6/25 8/13 8/14
behalf **[1]** 3/16
being **[4]** 7/1 7/15 7/18 7/21
BLUMENFELD **[1]** 1/3
both **[2]** 7/25 11/20
Boulevard **[1]** 2/11
BRANDON **[2]** 2/10 3/15
briefing **[1]** 5/1
broadcasting **[1]** 3/19

**C**

CA **[3]** 1/22 2/6 2/12
CALIFORNIA **[3]** 1/2 1/15 3/1
Calling **[1]** 3/8
can **[3]** 6/2 7/9 10/23
can't **[1]** 10/7
candor **[1]** 11/22
captured **[1]** 5/11
care **[1]** 3/25
case **[5]** 3/8 4/9 7/25 7/25
9/22
Castleton **[1]** 2/5
CENTRAL **[1]** 1/2
certificate **[8]**
certify **[1]** 13/4
CFR **[3]** 6/17 6/21 6/22
characterization **[2]** 9/3
9/12
chase **[1]** 4/3
checking **[1]** 4/25
citation **[1]** 10/10
cited **[2]** 4/6 10/3
City **[1]** 2/6
clarification **[1]** 10/15
clear **[1]** 6/9
client **[1]** 11/6
Code **[1]** 13/5
come **[1]** 10/5
commerce **[1]** 6/13
common **[2]** 8/22 9/10
complaint **[1]** 8/6
complied **[1]** 8/9
complies **[1]** 4/20
comply **[2]** 4/16 9/6
concede **[1]** 4/13
concern **[1]** 7/23
concluded **[2]** 11/24 12/2
conclusory **[1]** 10/7
conducted **[2]** 3/6 11/22
Conference **[1]** 13/9
confidence **[1]** 7/22
conflicting **[2]** 5/1 5/3

conform **[1]** 4/18
conformance **[1]** 4/18
conforming **[1]** 6/12
consider **[1]** 10/21
consulting **[1]** 4/24
consumer **[2]** 7/14 8/3
consumers **[2]** 7/19 7/21
consumption **[1]** 4/13
containing **[1]** 8/8
copy **[1]** 11/19
Corp **[1]** 1/9
Corporation **[2]** 3/10 4/11
correct **[2]** 10/18 13/5
correctly **[1]** 4/6
could **[1]** 9/3
counsel **[5]** 2/1 3/11 3/12
11/5 11/20
counsel's **[3]** 9/25 10/8 11/2
court **[18]**
court's **[2]** 9/21 11/20
cracks **[3]** 8/6 8/17 9/11
CRR **[1]** 13/12
CSR **[2]** 1/20 13/12
culpa **[2]** 6/17 6/18
customs **[8]**
cut **[1]** 4/3
CV **[2]** 1/8 3/9

**D**

damages **[1]** 7/25
dance **[1]** 8/2
Date **[1]** 13/10
decide **[1]** 9/19
decision **[1]** 5/6
defendant **[4]** 1/10 2/9 3/16
4/22
defendant's **[1]** 9/7
defendants **[1]** 5/22
defense **[1]** 3/20
describing **[1]** 5/21
destroyed **[1]** 9/8
determine **[1]** 11/13
did **[2]** 6/18 8/16
didn't **[3]** 7/13 8/20 8/25
difference **[6]** 4/6 4/20 5/8
5/18 7/11 7/14
different **[3]** 4/9 4/17 7/2
disagree **[1]** 9/2
discern **[1]** 7/9
dismiss **[1]** 9/24
distributor **[1]** 7/16
DISTRICT **[3]** 1/1 1/2 1/4
DIVISION **[1]** 1/2
do **[7]**
documents **[1]** 10/9
does **[3]** 5/19 8/5 10/16
doesn't **[3]** 8/9 11/6 11/6
doing **[1]** 5/12
domestic **[1]** 4/12
don't **[6]** 5/2 6/1 7/17 11/4
11/9 11/11
draw **[3]** 9/25 10/17 10/23
dried **[1]** 4/23
drink **[2]** 4/10 4/12
Due **[1]** 7/24

**E**

easier **[1]** 5/24
enable **[1]** 11/12
enough **[1]** 6/17
entirely **[1]** 6/9
entirety **[1]** 3/23
entitled **[1]** 13/7
entry **[6]** 4/21 5/7 8/10 9/7
11/4 11/7
essentially **[1]** 8/16
et **[3]** 1/6 1/9 3/10
even **[3]** 7/13 11/6 11/6

**E**

everyone [1]   3/17
evidence [14]
exactly [2]   10/12 11/7
examination [1]   8/11
exclusive [1]   7/16
exempt [2]   4/24 5/5
Exhibit [2]   5/22 5/23
exhibited [6]   11/23
exhibits [1]   10/9
exist [2]   5/8 10/7
expert [3]   8/2 11/3 11/12
expertise [1]   11/10
explanation [1]   10/10

**F**

fact [3]   8/9 10/16 10/22
facts [4]   10/6 10/6 10/17
 11/1
failed [2]   8/9 9/7
fall [1]   8/6
favor [1]   10/1
FENG [2]   2/4 3/13
filed [1]   5/22
first [2]   3/12 5/14
following [1]   3/6
foregoing [1]   13/5
foreign [5]   6/15 6/21 6/23
 6/25 7/7
form [1]   6/4
format [1]   13/8
forth [1]   10/5
four [1]   4/22
FRIDAY [2]   1/16 3/1
front [2]   9/9 10/9
further [1]   11/1

**G**

general [1]   6/6
genuine [1]   10/6
get [2]   8/25 11/9
getting [2]   4/25 5/3
go [2]   8/12 10/25
going [3]   8/1 9/2 11/18
Good [3]   3/13 3/15 3/17
goods [1]   4/5
grant [1]   3/22
grey [1]   4/4
Group [3]   1/6 2/4 3/9

**H**

had [1]   10/3
handwritten [1]   6/4
has [4]   3/21 6/10 6/11 11/5
have [9]
he [2]   11/3 11/5
head [1]   9/21
hearing [1]   10/8
held [1]   13/6
here [2]   4/19 11/7
hereby [1]   13/4
hesitant [1]   8/1
Hills [1]   2/12
himself [1]   11/2
hire [1]   8/2
his [1]   11/6
hit [1]   9/20
hold [1]   6/2
Honor [6]   3/13 3/15 10/3
 10/19 11/16 11/25
Honor's [1]   9/20
HONORABLE [1]   1/3
how [3]   5/19 7/19 8/2
However [2]   4/16 5/4

**I**

illegal [1]   5/7
import [6]   4/21 5/7 8/10

11/3 11/4 11/7
imported [1]
importing [1]   4/10
inartfully [1]   7/6
Inc [1]   1/6
included [1]   5/24
indication [1]   6/5
Industry [1]   2/6
inference [1]   10/23
inferences [6]   9/16 9/25
 10/1 10/13 10/17 10/21
information [2]   5/20 10/11
infringing [1]   4/5
inspection [1]   8/25
instead [1]   5/23
interject [1]   5/10
International [2]   1/9 3/10
involved [1]   11/9
is [58]
isn't [4]   8/23 9/1 9/15 9/16
issue [5]   4/14 4/14 4/19
 7/17 10/6
issued [1]   3/21
it [24]
item [1]   3/8
its [4]   3/22 6/12 10/3 10/10
itself [1]   8/5

**J**

Jeff [1]   3/14
JEN [2]   2/4 3/13
JEN-FENG [2]   2/4 3/13
job [2]   8/20 9/21
JR [1]   1/3
JUDGE [1]   1/4
judgment [6]   3/21 9/15 9/23
 10/2 10/4 10/15
Judicial [1]   13/9
jury [1]   9/18
just [2]   8/21 10/14

**K**

KATIE [2]   1/20 13/12
kind [1]   6/16
know [7]
known [1]   7/20

**L**

lack [5]   6/15 6/20 6/25 7/7
LAW [1]   2/4
leads [1]   5/4
least [2]   5/8 8/24
LEE [12]
legal [1]   10/10
lengthily [1]   10/3
lengthy [1]   6/8
let [4]   3/24 8/4 9/14 9/18
licensee [1]   7/16
like [4]   4/2 8/18
Lin's [4]   1/9 3/9 3/16 8/7
liquid [2]   5/5 8/8
LLP [1]   2/4
LOS [3]   1/15 1/22 3/1
lose [1]   7/22
lot [1]   8/1
low [2]   4/8 7/25
LT [1]   2/4

**M**

made [4]   6/12 8/19 8/24
 11/14
make [4]   3/17 4/10 4/12 9/16
making [2]   5/7 8/22
MARCH [2]   1/16 3/1
market [1]   4/5
material [7]
materiality [1]   4/7

matter [4]   7/13 11/18 11/24
matters [1]   11/10
may [2]   5/10 9/12
maybe [2]   6/17 7/5
me [8]
mea [2]   6/17 6/18
mean [1]   8/9
meaning [1]   7/8
meet [2]   8/10 9/7
might [1]   7/22
milk [8]
morning [3]   3/13 3/15 3/17
motion [5]   3/20 3/22 9/23
 9/24 10/5
Mr. [11]
Mr. Lee [9]
Mr. Witkow [2]   9/14 10/14
my [2]   4/3 9/10

**N**

nature [1]   6/12
need [3]   6/1 6/1 11/9
Neither [1]   11/3
New [1]   4/18
no [14]
No. [1]   3/9
No. CV 19-08917 [1]   3/9
noncompliant [2]   9/17 9/18
nonconformance [1]   5/21
nonconforming [2]   5/16 6/10
not [15]
notation [1]   6/4
noted [2]   6/15 6/20
nothing [1]   5/2
notice [3]   5/24 6/14 7/4
notices [2]   5/25 6/4
now [2]   4/19 5/2

**O**

OCM [4]   1/6 3/9 3/14 7/15
Official [1]   1/20
officials [3]   4/25 6/16 8/10
Okay [2]   5/22 6/14
one [2]   3/18 10/25
only [6]   6/5 8/12 8/19 9/15
 9/25 11/10
operational [1]   9/4
opposing [1]   10/4
origin [1]   5/18
other [5]   4/11 6/11 7/20 8/4
 8/15
otherwise [1]   11/12
our [2]   7/3 9/4
out [1]   4/22

**P**

PACIFIC [1]   2/4
page [1]   13/7
particularly [2]   6/10 11/21
parties [2]   7/25 11/19
party [1]   10/4
passed [1]   8/16
passing [1]   8/5
perceive [1]   7/19
perception [1]   8/3
perhaps [1]   9/24
perspective [2]   9/4 9/4
photographing [1]   3/18
place [1]   11/13
plaintiff [6]   1/7 2/3 3/14
 4/9 4/11 10/1
plaintiff's [2]   3/12 9/22
please [2]   3/11 3/17
point [6]   4/6 8/4 8/22 10/14
 10/20 10/22
pointed [1]   4/22
position [2]   5/11 10/12

## P

prepare [1]   4/19
present [2]   4/1 5/19
presented [2]   9/10 10/18
PRESIDING [1]   1/4
previously [2]   8/16 11/14
proceedings [5]   1/14 3/6
3/19 12/2 13/6
product [10]
products [15]
proof [1]   11/15
properly [1]   8/25
proposition [1]   4/4
publishing [1]   3/19
purport [1]   11/4
pursuant [1]   13/4
put [1]   6/19

## Q

quality [1]   4/14
question [1]   5/13
quite [1]   6/3

## R

rather [1]   10/23
read [1]   6/3
really [1]   4/4
reason [4]   5/20 6/5 6/5 8/19
reasonable [3]   10/17 10/21
10/23
receive [1]   11/19
record [8]
recording [1]   3/18
recurring [1]   9/5
refer [2]   5/17 5/18
reference [2]   6/6 6/21
regulation [7]
regulations [1]   13/8
relevance [1]   10/11
rely [1]   10/7
replete [1]   10/1
reply [2]   4/24 5/2
reported [1]   13/6
Reporter [1]   1/20
REPORTER'S [1]   1/14
required [1]   10/5
requirement [3]   8/10 9/8
10/4
requirements [2]   11/5 11/8
requires [1]   10/16
requiring [1]   6/22
respect [1]   5/8
response [1]   9/14
result [1]   7/1
right [5]   6/16 7/24 8/23
9/13 11/17
RPR [1]   13/12
ruling [3]   3/22 3/22 11/20

## S

safety [1]   4/14
said [1]   6/9
same [2]   4/15 6/11
say [1]   8/24
saying [2]   7/9 7/15
says [1]   6/25
SB [2]   1/8 3/9
scale [1]   7/24
screen [1]   5/23
search [1]   9/21
Section [1]   13/4
seized [3]   7/18 7/21 9/8
seizure [7]
sense [2]   8/22 9/10
sharing [1]   5/23
short [2]   4/4 6/3
shortly [1]   11/20
should [2]   7/7 9/18

shouldn't [1]   10/21
shown [1]   9/7 10/2
showing [1]   10/11
shown [1]   5/6
side [1]   6/16
significance [1]   7/6
similar [1]   11/14
simply [1]   10/7
sitting [1]   11/7
slip [1]   9/10
slipping [1]   8/17
small [1]   7/24
so [9]
some [1]   8/7
song [1]   8/2
source [2]   5/18 7/1
sourced [1]   4/17
specific [7]
specifically [2]   6/14 6/18
speculation [1]   10/24
speculative [4]   8/24 9/1 9/3
9/12
stage [2]   9/22 9/24
standard [1]   10/15
STANLEY [1]   1/3
starting [1]   3/12
state [1]   3/11
stated [1]   4/7
STATES [5]   1/1 1/4 4/11 13/5
13/9
stenographically [1]   13/6
step [1]   11/1
stopped [1]   5/1
stream [1]   6/13
Street [2]   1/21 2/5
sub [1]   6/18
submission [1]   11/19
submit [1]   3/24
Submitted [1]   11/17
successfully [1]   8/8
succinctly [1]   5/12
sufficient [3]   5/20 9/15
9/16
suggest [3]   5/15 7/12 8/18
suggests [1]   8/14
Suite [3]   1/21 2/5 2/11
summary [6]   3/21 9/15 9/23
10/2 10/4 10/15
support [2]   9/22 10/12
sure [2]   3/18 8/13

## T

take [2]   10/22 11/18
talking [1]   5/15
tentative [4]   3/21 3/25 9/20
10/3
terms [1]   8/21
testify [1]   11/4
than [1]   10/23
thank [3]   11/20 11/25 12/1
that [73]
That's [1]   7/24
their [3]   8/20 10/12 11/14
themselves [1]   7/22
then [1]   7/21
there [20]
these [8]
they [12]
THIBODEAUX [2]   1/20 13/12
thing [1]   11/10
things [4]   8/1 8/4 8/6 9/10
think [5]   5/11 5/23 6/16
9/20 11/5
this [14]
those [3]   4/10 6/3 8/9
though [2]   5/13 8/23
threshold [1]   4/7
through [8]
throwing [1]   10/9

time [1]   8/7
titled [1]   6/19
today [1]   11/7
took [1]   11/13
trademarks [1]   7/17
transcript [3]   1/14 13/6
13/7
treat [1]   6/19
true [1]   13/5
turn [1]   9/14
two [8]
type [1]   4/11

## U

U.S [1]   1/20
ultimate [1]   11/15
ultimately [1]   9/1
under [1]   11/19
understand [1]   8/7
UNITED [5]   1/1 1/4 4/10 13/5
13/9
up [1]   6/2
upon [1]   10/7
US [4]   4/16 4/18 6/13 7/18
USA [2]   1/6 3/9
USDA [6]   4/25 5/6 6/16 7/18
8/10 9/8
use [1]   5/5
used [4]   4/9 4/11 4/16 4/23

## V

Ventura [1]   2/11
versus [1]   3/9
very [3]   5/11 6/8 11/18
vet [2]   4/19 9/5
videoconference [1]   3/7
violation [4]   6/19 6/20 7/10
7/13

## W

Waha [4]   1/9 3/9 3/16 8/7
want [1]   7/17
was [3]   5/21 6/12 8/19
way [5]   5/11 6/12 9/18 11/12
11/14 11/21
we [23]
well [1]   11/18
were [2]   3/6 9/8
West [1]   1/21
WESTERN [1]   1/2
what [6]   5/14 7/5 7/6 7/8
10/12 11/7
whatsoever [1]   7/13
when [1]   6/10
where [1]   10/2
whether [2]   4/20 11/11
which [1]   10/23
why [5]   6/9 9/14 9/16 11/13
11/13
will [4]   4/3 4/3 6/6 11/19
wish [1]   3/24
WITKOW [5]   2/10 2/10 3/16
9/14 10/14
Woodland [1]   2/12
words [1]   7/20
would [12]

## X

XPP [1]   4/11

## Y

yeah [2]   6/18 9/11
Yes [2]   4/2 10/25
you [20]
your [11]
yourself [1]   11/22

## Z

Zealand [1]   4/18