# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No.: | CV 19-08917 SB (KSx) | Date: | May 12, 2021 |
|---|---|---|---|

| Title: | *Group USA Inc. et al v. Lin s Waha International Corp, et al* |
|---|---|

| Present: The Honorable | STANLEY BLUMENFELD, JR., U.S. District Judge |
|---|---|

| Victor Cruz | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Appearing | None Appearing |

**Proceedings:**   [In Chambers]

Case should have been closed on the Order Granting Motion for Summary Judgment, Dkt. No. 38. The Court instructs the Clerk's office to statistically close this case. JS-6