

FILED
CLERK, U.S. DISTRICT COURT

May 20, 2021

CENTRAL DISTRICT OF CALIFORNIA
BY: ___VPC___ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| OCM GROUP USA INC.,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>LIN'S WAHA INTERNATIONAL CORP., a New York corporation; and DOES 1-10,<br><br>　　　　　Defendants. | Case No. 2:19-cv-08917 SB (KSx)<br><br>**FINAL JUDGMENT** |

　　　　Pursuant to the Court's Order entered March 5, 2021, granting Defendant Lin's Waha International Corp ("Defendant") Motion for Summary Judgment on Plaintiff OCM Group USA, Inc.'s ("Plaintiff") Complaint; or, in the alternative, Summary Judgment on Plaintiff's Claim for Monetary Damages (the "Motion");

　　　　IT IS ORDERED, ADJUDGED AND DECREED that:

1. Plaintiff shall take nothing by its Complaint, and judgment thereon is awarded in favor of Defendant; and

2. Defendant is entitled to an award of costs in its favor as the prevailing party.

This judgment is final pursuant to Fed. R. Civ. Proc. 58.

Dated: May 20, 2021

STANLEY BLUMENFELD, JR.
UNITED STATES DISTRICT JUDGE

1