Brandon J. Witkow (SBN 210443)
bw@witkowlaw.com
Cory A. Baskin (SBN 240517)
cb@witkowlaw.com
witkow | baskin
21031 Ventura Boulevard, Suite 700
Woodland Hills, California 91364
Tel:   818.296.9508
Fax:   818.296.9510
Attorneys for Defendant LIN'S WAHA INTERNATIONAL CORP.

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| OCM GROUP USA INC., <br><br> Plaintiff, <br><br> vs. <br><br> LIN'S WAHA INTERNATIONAL CORP, a New York corporation; and DOES 1-10. <br><br> Defendant. | Case No. 2:19-cv-08917 SB (KSx) <br><br> **DECLARATION OF BRANDON J. WITKOW IN SUPPORT OF DEFENDANT LIN'S WAHA INTERNATIONAL CORP.'S MOTION FOR ATTORNEYS' FEES** <br><br> **Hearing:** <br><br> Date:  July 23, 2021 <br> Time:  8:30 a.m. <br> Ctrm:  6C |

witkow | baskin

DECLARATION OF BRANDON J. WITKOW

## DECLARATION OF BRANDON J. WITKOW

1.      I am an attorney at witkow | baskin duly admitted to practice in all of the courts of the State of California and I am counsel to Defendant Lin's Waha International Corp. ("Defendant") in the above-captioned matter.  I provide this declaration in support of Defendant's Motion for Attorneys' Fees Pursuant to 15 U.S.C. § 1117(a) (the "Motion").    Based on my responsibilities and my own involvement in the facts and circumstances described below, I have personal knowledge of the facts set forth herein which I know to be true, except as to the matters that are stated on my information and/or belief, and as to those matters, I believe them to be true.

2.      On May 27, 2021, pursuant to L.R. 7-3, I sent an email to Plaintiff OCM Group USA Inc.'s counsel, Jeff Lee, by electronic mail, requesting that the parties' meet and confer as to the Motion.   Mr. Lee responded on June 1, 2021, and counsel spoke on June 2, 2021, but was unable to reach a resolution, thereby necessitating the Motion.

3.      During the course of the litigation and before moving for summary judgment, the Defendant efficiently defended this matter by bypassing unnecessary motions to dismiss and depositions (which would have taken place in China), and focusing on propounding and responding to written discovery, producing and obtaining the production of documents, and avoiding discovery disputes by holding multiple discovery meet and confers with opposing counsel. We also avoided hiring any experts to analyze Plaintiff's claimed damages of $82,666.59 [Docket # 30-2, at Exhibit 5 (bates numbered OCM 001 entitled "OCM Summary of Profit/Loss")]. We also participated in two mediations with this Court's ADR Panel Mediator, Alan Kindred – the first on April 20, 2020, and the second immediately preceding the filing of the motion for summary judgment on January 27, 2021.   With the second

mediation unsuccessful, Defendant filed its motion for summary judgment [Docket #30] on January 28, 2021.

4.     I am an experienced intellectual property litigation partner at witkow | baskin.   I attended Emory University School of Law and was admitted to the State Bar of California in 2000.   Prior to forming witkow | baskin in 2015, I was an intellectual property litigation partner at Locke Lord, LLP for nearly ten years, and prior to that an associate at Manatt Phelps & Phillips, LLP, which are both one of the largest law firms in the country.   I am aware that typically, intellectual property attorneys at law firms in Los Angeles charge between $300 up to more than $1,000 per hour. Here Defendant's hourly rate for my services was $450.00.

5.     The Complaint in this matter was filed on October 17, 2019.  Beginning as early as February 2020, in the discussions leading to the preparation and filing of the Rule 26(a) Joint Report, Defendant took the position that "Plaintiff's infringement claim is deficient in that the first-sale doctrine precludes any recovery for Plaintiff on any goods purchased by Defendant from authorized distributors in China." [Docket #15, at page 3].   Thereafter, in March 2020, Defendant provided Plaintiff with evidence demonstrating that Defendant was purchasing genuine products in China as early as March 2020, a fact which and Plaintiff acknowledged.  Attached as **Exhibit 1** to my declaration is a true and correct copy of several emails sent between myself and Mr. Lee on March 6, 2020.  Despite conceding that Defendant was selling "legitimate" products, Plaintiff continued to pursue this action for another year, asserting the baseless argument – without any legal or factual support – that Defendant was nonetheless precluded from selling legitimate products in the United States.  As this Court acknowledged in the Order Granting Summary Judgment, this position is and was objectively unreasonable.

6.     Following service of the Complaint, between December 19, 2019 and March 5, 2021 [the date of the hearing on the motion for summary judgment], I spent

**DECLARATION OF BRANDON J. WITKOW**

a total of 148.6 hours defending the case, equaling billings of $66,870.00. Attached as **Exhibit 2** to my declaration is a true and correct copy of a Matter Summary Report that contains the total hours billed by me.

7.      Attached hereto as **Exhibit 3** is a true and correct copy of the billing records of witkow | baskin in this matter, with minimal redactions to remove time entries related to another unrelated matter I handled on behalf of Defendant, as well as privileged information.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this was executed on June 1, 2021, at Los Angeles, California.

<u>/s/ Brandon J. Witkow</u>
Brandon J. Witkow

**DECLARATION OF BRANDON J. WITKOW**

**Exhibit 1**

| | |
|---|---|
| **From:** | Jeff Lee |
| **To:** | Brandon Witkow; gaston kroub |
| **Cc:** | dhsu@ltpacificlaw.com |
| **Subject:** | OCM v. Lin"s Waha; initial disclosure |
| **Date:** | Friday, March 6, 2020 10:22:00 AM |

Brandon, Gaston,

Again, to facilitate early settlement, we need to have discoverable information.

Especially your client is disputing my client's standing (claiming it purchased goods from authorized distributors in China, as stated in the filed Joint Report).

My client is surprised at this standing issue

Please include such "authorized distributors" information in the Initial Disclosure so that we can quickly iron out some bumps and to reach early settlement. (As I told you in the court house, my client may have a beef with the licensor if your client's facts are born out.)

Best.

Jeff

LT Pacific Law Group LLP

17800 Castleton Street, #560

City of Industry, CA 91748

(626) 810-7200 phone

(626) 810-7300 fax

LTPacificLaw.com

This message and any attachments may contain legally privileged or confidential information, and are intended only for the individual or entity identified above as the addressee or as identified in the body of the text. If you are not the addressee, or if this message has been addressed to you in error, you are not authorized to read, copy, or distribute this message and any attachments, and we ask that you please delete this message and attachments (including all copies) and notify the sender by return e-mail or by phone at 626-810-7200. Delivery of this message and any attachments to any person other than the intended recipient(s) should not be construed in any way to waive confidentiality or any privilege.

**Brandon Witkow**

| | |
|---|---|
| **From:** | Jeff Lee <jflee@ltpacificlaw.com> |
| **Sent:** | Friday, March 6, 2020 10:42 AM |
| **To:** | 'Gaston Kroub'; Brandon Witkow |
| **Cc:** | dhsu@ltpacificlaw.com |
| **Subject:** | RE: OCM v. Lin's Waha; initial disclosure |

Gaston,

Got it.
I see that there is a phone number (the address is unclear).
I will ask my client to call the number and check it out.
I will get back to you promptly.

Best.

Jeff

**From:** Gaston Kroub [mailto:gkroub@kskiplaw.com]
**Sent:** Friday, March 6, 2020 10:35 AM
**To:** Brandon Witkow
**Cc:** Jeff Lee; dhsu@ltpacificlaw.com
**Subject:** Re: OCM v. Lin's Waha; initial disclosure



Jeff - please see the attached example of a purchase order from China for the goods. You can share with your client for purposes of settlement. As you can see, there is no dispute that Lin's Waha was buying authentic products in China for resale in America. Your client's issue should be with its alleged licensor, not with Lin's Waha about the licensor's practices. We hope you can show them that.

Gaston Kroub

**Kroub, Silbersher & Kolmykov PLLC**

www.kskiplaw.com

1.917.702.9135 - direct (call or text)

1.212.323.7442 - office voicemail

gkroub@kskiplaw.com

On Fri, Mar 6, 2020 at 1:25 PM Brandon Witkow <bw@witkowlaw.com> wrote:

Jeff:

I misspoke at the courthouse. We purchased the items at issue from a reseller in China- so we are not a "licensee" per se, and instead our purchase and re-sale of the goods was lawful under the first

sale doctrine, as mentioned in our portion of the joint report. I believe Gaston is working on getting you exemplars of our purchase orders from the China seller.


-Brandon




**Brandon J. Witkow**

_____


witkow | baskin


21031 Ventura Boulevard I Suite 700

Woodland Hills I California I 91364

818.296.9508 office I 818.296.9510 facsimile

bw@witkowlaw.com I witkowlaw.com


IMPORTANT/CONFIDENTIAL: This message from the law firm of witkow|baskin is privileged, confidential and exempt from disclosure under applicable law. If you are not the intended recipient (or authorized to act on behalf of the intended recipient) of this message, you may not disclose, forward, distribute, copy, or use this message or its contents. If you have received this communication in error, please notify us immediately by return e-mail and delete the original message from your e-mail system. Thank you.


**From:** Jeff Lee <jflee@ltpacificlaw.com>
**Sent:** Friday, March 6, 2020 10:22 AM
**To:** Brandon Witkow <bw@witkowlaw.com>; gaston kroub <gkroub@kskiplaw.com>
**Cc:** dhsu@ltpacificlaw.com
**Subject:** OCM v. Lin's Waha; initial disclosure


Brandon, Gaston,


Again, to facilitate early settlement, we need to have discoverable information.

Especially your client is disputing my client's standing (claiming it purchased goods from authorized distributors in China, as stated in the filed Joint Report).

My client is surprised at this standing issue

Please include such "authorized distributors" information in the Initial Disclosure so that we can quickly iron out some bumps and to reach early settlement. (As I told you in the court house, my client may have a beef with the licensor if your client's facts are born out.)

Best.

Jeff

LT Pacific Law Group LLP

17800 Castleton Street, #560

City of Industry, CA 91748

(626) 810-7200 phone

(626) 810-7300 fax

LTPacificLaw.com

This message and any attachments may contain legally privileged or confidential information, and are intended only for the individual or entity identified above as the addressee or as identified in the body of the text. If you are not the addressee, or if this message has been addressed to you in error, you are not authorized to read, copy, or distribute this message and any attachments, and we ask that you please delete this message and attachments (including all copies) and notify the sender by return e-mail or by phone at 626-810-7200. Delivery of this message and any attachments to any person other than the intended recipient(s) should not be construed in any way to waive confidentiality or any privilege.

This email and any attachments thereto may contain private, confidential, and privileged material for the sole use of the intended recipient. Any review, copying, or distribution of this email (or any attachments thereto) by others is strictly prohibited. If you are not the intended recipient, please contact the sender immediately and permanently delete the original and any copies of this email and any attachments thereto.

| | |
|---|---|
| **From:** | Jeff Lee |
| **To:** | "Gaston Kroub"; Brandon Witkow |
| **Cc:** | dhsu@ltpacificlaw.com |
| **Subject:** | RE: OCM v. Lin"s Waha; initial disclosure |
| **Date:** | Friday, March 6, 2020 10:42:24 AM |
| **Attachments:** | image002.jpg |
| | image003.jpg |

Gaston,

Got it.

I see that there is a phone number (the address is unclear).

I will ask my client to call the number and check it out.

I will get back to you promptly.

Best.

Jeff

**From:** Gaston Kroub [mailto:gkroub@kskiplaw.com]
**Sent:** Friday, March 6, 2020 10:35 AM
**To:** Brandon Witkow
**Cc:** Jeff Lee; dhsu@ltpacificlaw.com
**Subject:** Re: OCM v. Lin's Waha; initial disclosure

image002 (2).jpg



Jeff - please see the attached example of a

purchase order from China for the goods. You can share with your client for purposes of settlement. As you can see, there is no dispute that Lin's Waha was buying authentic products in China for resale in America. Your client's issue should be with its alleged licensor, not with Lin's Waha about the licensor's practices. We hope you can show them that.

Gaston Kroub

**Kroub, Silbersher & Kolmykov PLLC**

www.kskiplaw.com

1.917.702.9135 - direct (call or text)

1.212.323.7442 - office voicemail

gkroub@kskiplaw.com

On Fri, Mar 6, 2020 at 1:25 PM Brandon Witkow <bw@witkowlaw.com> wrote:

> Jeff:
>
> I misspoke at the courthouse. We purchased the items at issue from a reseller in China- so we are not a "licensee" per se, and instead our purchase and re-sale of the goods was lawful under the first sale doctrine, as mentioned in our portion of the joint report. I believe Gaston is working on getting you exemplars of our purchase orders from the China seller.
>
> -Brandon
>
> **Brandon J. Witkow**
>
> 
>
> 21031 Ventura Boulevard I Suite 700
> Woodland Hills I California I 91364
> 818.296.9508 office I 818.296.9510 facsimile
> bw@witkowlaw.com I witkowlaw.com
>
> IMPORTANT/CONFIDENTIAL: This message from the law firm of witkow|baskin is privileged, confidential and exempt from disclosure under applicable law. If you are not the intended recipient (or authorized to act on behalf of the intended recipient) of this message, you may not disclose, forward, distribute, copy, or use this message or its contents. If you have received this communication in error, please notify us immediately by return e-mail and delete the original message from your e-mail system. Thank you.
>
> **From:** Jeff Lee <jflee@ltpacificlaw.com>
> **Sent:** Friday, March 6, 2020 10:22 AM
> **To:** Brandon Witkow <bw@witkowlaw.com>; gaston kroub <gkroub@kskiplaw.com>
> **Cc:** dhsu@ltpacificlaw.com
> **Subject:** OCM v. Lin's Waha; initial disclosure
>
> Brandon, Gaston,
>
> Again, to facilitate early settlement, we need to have discoverable information.
>
> Especially your client is disputing my client's standing (claiming it purchased goods from authorized distributors in China, as stated in the filed Joint Report).
>
> My client is surprised at this standing issue
>
> Please include such "authorized distributors" information in the Initial Disclosure so that we can quickly iron out some bumps and to reach early settlement. (As I told you in the court house, my client may have a beef with the licensor if your client's facts are born out.)
>
> Best.
>
> Jeff
>
> LT Pacific Law Group LLP
>
> 17800 Castleton Street, #560
>
> City of Industry, CA 91748

(626) 810-7200 phone
(626) 810-7300 fax
LTPacificLaw.com

This message and any attachments may contain legally privileged or confidential information, and are intended only for the individual or entity identified above as the addressee or as identified in the body of the text. If you are not the addressee, or if this message has been addressed to you in error, you are not authorized to read, copy, or distribute this message and any attachments, and we ask that you please delete this message and attachments (including all copies) and notify the sender by return e-mail or by phone at 626-810-7200. Delivery of this message and any attachments to any person other than the intended recipient(s) should not be construed in any way to waive confidentiality or any privilege.

This email and any attachments thereto may contain private, confidential, and privileged material for the sole use of the intended recipient. Any review, copying, or distribution of this email (or any attachments thereto) by others is strictly prohibited. If you are not the intended recipient, please contact the sender immediately and permanently delete the original and any copies of this email and any attachments thereto.

**Exhibit 2**

# witkow | baskin
21031 Ventura Boulevard, Suite 700
Woodland Hills, CA 91364
Ph : (818) 296-9508, Fax : (818) 296-9510
## Matter Summary Report from 01/01/2019 to 03/05/2021

| ID | Matter | Client | Estimated Hours | Billable Hours | Billable Amount ($) | Expense Amount ($) | Rate ($) | OT Rate ($) | Invoiced Amount ($) | Status |
|---|---|---|---|---|---|---|---|---|---|---|
| P364 | Litigation with OCM Group USA - CDCA | Lin's Waha International Corp. | 0 | 148.60 | 66,870.00 | 1,721.47 | | | 68,591.47 | Open |
| | | Grand Total (1) | 0.00 | 148.60 | 66,870.00 | 1,721.47 | | | 68,591.47 | |

**Exhibit 3**



**Lin's Waha International Corp.**
Attn: Jacky Lin, President
229 Robbins Lane
Syosset, NY 11791

**Invoice # 11297**

Invoice Date: 01/08/20

| Date | By | Service Summary | Hours/Qty | Rate | Amount |
|------|-----|-----------------|-----------|------|--------|
| In Reference To: | | **Litigation with OCM Group USA - CDCA (Professional Services)** | | | |
| 12/19/19 | BJW | Review Complaint; review and revise Answer to Complaint and prepare certificate of interested parties; emails with G. Kroub re same | 1.30 | 450.00 | $585.00 |
| 12/23/19 | BJW | Coordinate filing and service of Answer & Certificate of Inetrested Parties; draft certificate of interested parties; emails with Z. Cates & G. Kroub re same | 1.00 | 450.00 | $450.00 |
| 12/30/19 | BJW | Review order setting scheduling conference | 0.30 | 450.00 | $135.00 |
| | | | Hours: | | 2.60 |
| | | | Labor: | | 1,170.00 |
| | | | Invoice Amount: | | 1,170.00 |

**Payments/Adjustments**

**witkow | baskin**
21031 Ventura Boulevard, Suite 700
Woodland Hills, CA 91364

Wiring Information: :     First Republic Bank     Routing #: 321081669 :     Account #: 80007490990

Thank you again for allowing us to be of service.

Page: 1 of 2



**User Summary**

| User | Hrs | Rate | Amount |
|---|---|---|---|
| Brandon J. Witkow | 3.50 | @ 450.00 | 1,575.00 |

Thank you again for allowing us to be of service.



**Lin's Waha International Corp.**
Attn: Jacky Lin, President
229 Robbins Lane
Syosset, NY 11791

# Invoice # 11319

Invoice Date: 02/07/20

| Date | By | Service Summary | Hours/Qty | Rate | Amount |
|------|-----|-----------------|-----------|------|--------|
| In Reference To: | | **Litigation with OCM Group USA - CDCA (Professional Services)** | | | |
| 02/04/20 | BJW | Review email re scheduling conference with opposing counsel | 0.20 | 450.00 | $90.00 |
| | | | | Hours: | 0.20 |
| | | | | Labor: | 90.00 |
| | | | | Invoice Amount: | 90.00 |

**witkow | baskin**
21031 Ventura Boulevard, Suite 700
Woodland Hills, CA 91364

Wiring Information: :     First Republic Bank        Routing #: 321081669 :     Account #: 80007490990

Thank you again for allowing us to be of service.

Page: 1 of 2



Thank you again for allowing us to be of service.



**Lin's Waha International Corp.**
Attn: Jacky Lin, President
229 Robbins Lane
Syosset, NY 11791

## Invoice # 11346

| Invoice Date: 03/02/20 |
|---|

| Date | By | Service Summary | Hours/Qty | Rate | Amount |
|---|---|---|---|---|---|
| In Reference To: | | **Litigation with OCM Group USA - CDCA (Professional Services)** | | | |
| 02/11/20 | BJW | Participate in Rule 26 conference with counsel; review draft Rule 26 report; review follow-up communications with J. Lee re sales data | 1.20 | 450.00 | $540.00 |
| 02/18/20 | BJW | Review sales information thru October & license | 0.30 | 450.00 | $135.00 |
| 02/21/20 | BJW | Review email from J. Lee re authorization date | 0.20 | 450.00 | $90.00 |
| 02/24/20 | BJW | Call with G. Kroub re R26 report; review and revise report; email with J. Lee re same | 1.20 | 450.00 | $540.00 |
| 03/02/20 | BJW | Travel to and attend Rule 26 conference at CDCA- Los Angeles | 5.00 | 450.00 | $2,250.00 |

|  |  |
|---|---|
| Hours: | 7.90 |
| Labor: | 3,555.00 |
| Invoice Amount: | 3,555.00 |

**witkow | baskin**
21031 Ventura Boulevard, Suite 700
Woodland Hills, CA 91364

Wiring Information: :   First Republic Bank   Routing #: 321081669 :   Account #: 80007490990

Thank you again for allowing us to be of service.

Page: 1 of 2



Thank you again for allowing us to be of service.



**Lin's Waha International Corp.**
Attn: Jacky Lin, President
229 Robbins Lane
Syosset, NY 11791

**Invoice # 11374**

Invoice Date: 04/01/20

| Date | By | Service Summary | Hours/Qty | Rate | Amount |
|------|-----|-----------------|-----------|------|--------|
| In Reference To: | | **Litigation with OCM Group USA - CDCA (Professional Services)** | | | |
| 03/03/20 | BJW | Call with G. Kroub re R26 conference; call to J. Lee re settlement issues | 0.50 | 450.00 | $225.00 |
| 03/05/20 | BJW | Review sales invoice for China purchases; email with G. Kroub re same | 0.30 | 450.00 | $135.00 |
| 03/06/20 | BJW | Emails with J. Lee re invoices and first sale issues; review email from G. Kroub; review scheduling order and calendar dates | 0.50 | 450.00 | $225.00 |
| 03/10/20 | BJW | Email with G. Kroub re J. Lee first sale doctrine email; review email from J. Lee | 0.30 | 450.00 | $135.00 |
| 03/11/20 | BJW | Call with G. Kroub re settlement status; review OCM Group authorization; review initial disclosures | 0.80 | 450.00 | $360.00 |
| 03/13/20 | BJW | Begin drafting RFPs and interrogatories to OCM; begin drafting initial disclosures | 1.60 | 450.00 | $720.00 |
| 03/23/20 | BJW | Review Notice re ADR Selection; email with G. Kroub re same; review proposed panel mediators | 0.50 | 450.00 | $225.00 |

|  |  |
|--|--|
| Hours: | 4.50 |
| Labor: | 2,025.00 |
| Invoice Amount: | 2,025.00 |

**witkow | baskin**
21031 Ventura Boulevard, Suite 700
Woodland Hills, CA 91364

Wiring Information: :    First Republic Bank    Routing #: 321081669 :    Account #: 80007490990

Thank you again for allowing us to be of service.

Page: 1 of 2



Thank you again for allowing us to be of service.

**Lin's Waha International Corp.**
Attn: Jacky Lin, President
229 Robbins Lane
Syosset, NY 11791

# Invoice # 11395

Invoice Date: 04/28/20

| Date | By | Service Summary | Hours/Qty | Rate | Amount |
|------|-----|-----------------|-----------|------|--------|
| In Reference To: | | **Litigation with OCM Group USA - CDCA (Professional Services)** | | | |
| 04/03/20 | BJW | Email with J. Lee re status of settlement and mediator | 0.30 | 450.00 | $135.00 |
| 04/03/20 | BJW | Email with J. Lee re settlement proposal status | 0.20 | 450.00 | $90.00 |
| 04/06/20 | BJW | Emails with J. Kindred re mediation conference; email with G. Kroub re same and discovery | 0.50 | 450.00 | $225.00 |
| 04/07/20 | BJW | Conference call with G. Kroub, A. Kindred & J. Lee re mediation and settlement status | 0.60 | 450.00 | $270.00 |
| 04/13/20 | BJW | Emails with G. Kroub re additional documents and mediation statement | 0.30 | 450.00 | $135.00 |
| 04/15/20 | BJW | Draft mediation statement; research additional federal case law re standing, notice of license and effect on damages claim & grey goods authorization | 4.40 | 450.00 | $1,980.00 |
| 04/17/20 | BJW | Revise draft mediation statement; insert additional information and photos from S. Lin;  coordinate service on A. Kindred | 1.30 | 450.00 | $585.00 |
| 04/20/20 | BJW | Attend telephonic mediation with A. Kindred; pre-call & follow-up calls with G. Kroub; coordinate execution of ADR 17 form | 1.00 | 450.00 | $450.00 |
| 04/22/20 | BJW | Emails with A. Kindred re settlement proposal communications with OCM | 0.30 | 450.00 | $135.00 |
| 04/24/20 | BJW | Email with G. Kroub re status of settlement proposal | 0.20 | 450.00 | $90.00 |
| 04/28/20 | BJW | Email to A. Kindred re status of settlement proposal | 0.20 | 450.00 | $90.00 |

|  | Total Hours: | 9.30 |
|--|--------------|------|
|  | Total Labor: | 4,185.00 |
|  | **Total Invoice Amount:** | **$4,185.00** |



| Date | Transaction Type | Description | Amount |
|------|------------------|-------------|--------|
| ███ | ███ | | ███ |

**witkow | baskin**
21031 Ventura Boulevard, Suite 700
Woodland Hills, CA 91364

Wiring Information: :     First Republic Bank     Routing #: 321081669 :     Account #: 80007490990

Thank you again for allowing us to be of service.

## User Summary

| User | Hrs | Rate | Amount |
|------|-----|------|--------|
| Brandon J. Witkow | 9.30 | @ 450.00 | 4,185.00 |

Thank you again for allowing us to be of service.

**Lin's Waha International Corp.**

Attn: Jacky Lin, President

229 Robbins Lane

Syosset, NY 11791

# Invoice # 11424

Invoice Date: 05/31/20

| Date | By | Service Summary | Hours/Qty | Rate | Amount |
|------|-----|-----------------|-----------|------|--------|
| In Reference To: | | **Litigation with OCM Group USA - CDCA (Professional Services)** | | | |
| 05/05/20 | BJW | Emails with A. Block re status of settlement communications with J. Lee | 0.50 | 450.00 | $225.00 |
| 05/07/20 | BJW | Review updated letter of authorization provided by J. Lee; Email with A. Kindred and G. Kroub re new letter of authorization and reiteration of proposal | 1.00 | 450.00 | $450.00 |
| 05/11/20 | BJW | Email with A. Kindred re conveyance of proposal to J. Lee | 0.30 | 450.00 | $135.00 |
| 05/14/20 | BJW | Email with J. Lee re extension of mediation deadline | 0.20 | 450.00 | $90.00 |
| 05/15/20 | BJW | Conference call with A. Kindred & G. Kroub re settlement; review and approve joint stipulation to extend mediation completion date | 0.50 | 450.00 | $225.00 |
| 05/20/20 | BJW | Emails with Selena re settlement and strategy | 0.30 | 450.00 | $135.00 |
| 05/21/20 | BJW | Emails with S. Lim re status of settlement proposal | 0.50 | 450.00 | $225.00 |
| 05/26/20 | BJW | Email with A. Kindred re response to OCM offer; email with S. Lin re same | 0.50 | 450.00 | $225.00 |
| 05/27/20 | BJW | Email with A. Kindred re final proposal for settlement | 0.30 | 450.00 | $135.00 |
| 05/29/20 | BJW | Begin drafting requests for production of documents and interrogatories | 1.90 | 450.00 | $855.00 |
| 05/29/20 | BJW | Email with Selena re next steps and settlement strategy | 0.30 | 450.00 | $135.00 |

|  |  |
|---|---|
| Hours: | 6.30 |
| Labor: | 2,835.00 |
| Invoice Amount: | 2,835.00 |

**witkow | baskin**
21031 Ventura Boulevard, Suite 700
Woodland Hills, CA 91364

Wiring Information: :      First Republic Bank      Routing #: 321081669 :      Account #: 80007490990

Thank you again for allowing us to be of service.

Page: 1 of 2



Thank you again for allowing us to be of service.

**Lin's Waha International Corp.**
Attn: Jacky Lin, President
229 Robbins Lane
Syosset, NY 11791

**Invoice # 11446**

| Invoice Date: 07/01/20 |
| --- |

| Date | By | Service Summary | Hours/Qty | Rate | Amount |
| --- | --- | --- | --- | --- | --- |
| In Reference To: | | **Litigation with OCM Group USA - CDCA (Professional Services)** | | | |
| 06/04/20 | BJW | Attend second teleconference mediation with A. Kindred; call with S. Lin re follow-up; email with J. Lee re same | 0.90 | 450.00 | $405.00 |
| 06/05/20 | BJW | Draft requests for production of documents and interrogatories | 2.20 | 450.00 | $990.00 |
| 06/06/20 | BJW | Review RFPs and interrogatories served on Lin's Waha; email to S. Lin re same | 0.40 | 450.00 | $180.00 |
| 06/09/20 | BJW | Finalize RFPs and interrogatories to OCM and coordinate service | 0.40 | 450.00 | $180.00 |
| 06/26/20 | BJW | Draft protective order and email to J. Lee | 1.70 | 450.00 | $765.00 |
| 06/29/20 | BJW | Email to S. Lin re document requests and interrogatories | 0.30 | 450.00 | $135.00 |
| 06/30/20 | BJW | Begin drafting responses to requests for production & interrogatories; email with J. Lee re protective order & discovery | 1.80 | 450.00 | $810.00 |

| | Hours: | 7.70 |
| --- | --- | --- |
| | Labor: | 3,465.00 |
| | Invoice Amount: | 3,465.00 |

**witkow | baskin**
21031 Ventura Boulevard, Suite 700
Woodland Hills, CA 91364

Wiring Information: :     First Republic Bank     Routing #: 321081669 :     Account #: 80007490990

Thank you again for allowing us to be of service.



Thank you again for allowing us to be of service.

**Lin's Waha International Corp.**
Attn: Jacky Lin, President
229 Robbins Lane
Syosset, NY 11791

**Invoice # 11473**

| Invoice Date: 08/03/20 |
| --- |

| Date | By | Service Summary | Hours/Qty | Rate | Amount |
| --- | --- | --- | --- | --- | --- |
| In Reference To: | | **Litigation with OCM Group USA - CDCA (Professional Services)** | | | |
| 07/03/20 | BJW | Email with Selena re OCM license agreements | 0.20 | 450.00 | $90.00 |
| 07/06/20 | BJW | Finalize draft protective order; email with J. Lee re same; prepare redline comparison per Magistrate rules | 1.90 | 450.00 | $855.00 |
| 07/13/20 | BJW | Email with Selena re status of document requests | 0.30 | 450.00 | $135.00 |
| 07/23/20 | BJW | Email with J. Lee re protective order | 0.20 | 450.00 | $90.00 |
| 07/24/20 | BJW | Email with Selena re ▉▉▉▉▉▉▉ sales summary document issues; review and prepare sales summary documents for production; continue drafting responses to discovery requests; email with J. Lee re protective order and deadline for responses | 1.70 | 450.00 | $765.00 |
| 07/27/20 | BJW | Email with Selena re additional documents needed | 0.20 | 450.00 | $90.00 |
| 07/28/20 | BJW | Coordinate filing of stipulated protective order; perform redline comparison & email to magistrate judge | 0.70 | 450.00 | $315.00 |
| 07/29/20 | BJW | Review court-entered stipulated protective order | 0.30 | 450.00 | $135.00 |
| 07/31/20 | BJW | Finalize responses to discovery; compile and apply bates numbers & AEO designation to document production; email with Selena re same | 1.10 | 450.00 | $495.00 |

|  |  |
| --- | --- |
| Hours: | 6.60 |
| Labor: | 2,970.00 |
| Invoice Amount: | 2,970.00 |

**witkow | baskin**   Wiring Information: :   First Republic Bank   Routing #: 321081669 :   Account #: 80007490990
21031 Ventura Boulevard, Suite 700
Woodland Hills, CA 91364

Thank you again for allowing us to be of service.

Page: 1 of 2



Thank you again for allowing us to be of service.

**Lin's Waha International Corp.**
Attn: Jacky Lin, President
229 Robbins Lane
Syosset, NY 11791

# Invoice # 11493

Invoice Date: 09/02/20

| Date | By | Service Summary | Hours/Qty | Rate | Amount |
|------|-----|-----------------|-----------|------|--------|
| In Reference To: | | **Litigation with OCM Group USA - CDCA (Professional Services)** | | | |
| 08/06/20 | BJW | Call to J. Lee re settlement issues | 0.20 | 450.00 | $90.00 |
| 08/17/20 | BJW | Review OCM's responses to RFPs and interrogatories; review documents produced by OCM; email with Selena re same | 1.90 | 450.00 | $855.00 |
| 08/24/20 | BJW | Email with A. Kindred re status of settlement discussions; email with J. Lee re same | 0.40 | 450.00 | $180.00 |
| 08/28/20 | BJW | Prepare summary of confidential/AEO documents for Selena; begin preparing evidence analysis | 1.90 | 450.00 | $855.00 |
| 08/31/20 | BJW | Review supplemental initial disclosures; review sales summary profit/loss | 0.50 | 450.00 | $225.00 |
| In Reference To: | | **Litigation with OCM Group USA - CDCA (Expenses)** | | | |
| 08/10/20 | BJW | Postage for service of discovery responses | 1.00 | 2.52 | $2.52 |

| | | |
|---|---|---|
| Hours: | 4.90 |
| Labor: | 2,205.00 |
| Invoice Amount: | 2,207.52 |

**witkow | baskin**
21031 Ventura Boulevard, Suite 700
Woodland Hills, CA 91364

Wiring Information: :     First Republic Bank     Routing #: 321081669 :     Account #: 80007490990

Thank you again for allowing us to be of service.

Page: 1 of 2



Thank you again for allowing us to be of service.

**Lin's Waha International Corp.**
Attn: Jacky Lin, President
229 Robbins Lane
Syosset, NY 11791

**Invoice # 11519**

| Invoice Date: 09/30/20 |
| --- |

| Date | By | Service Summary | Hours/Qty | Rate | Amount |
| --- | --- | --- | --- | --- | --- |
| In Reference To: | | **Litigation with OCM Group USA - CDCA (Professional Services)** | | | |
| 09/09/20 | BJW | Call with Selena re status issues; email with J. Lee and Alan re settlement discussions | 0.90 | 450.00 | $405.00 |
| 09/09/20 | BJW | Call with Selena re background and strategy update; revise strategy summary of evidence and issues | 1.40 | 450.00 | $630.00 |
| 09/10/20 | BJW | Review email from Selena re Lan Fong Yuen company information | 0.40 | 450.00 | $180.00 |
| 09/11/20 | BJW | Begin drafting second set of discovery requests | 2.20 | 450.00 | $990.00 |
| 09/14/20 | BJW | Finalize second set of discovery to OCM and coordinate service | 0.80 | 450.00 | $360.00 |
| 09/15/20 | BJW | Research trademark damages for lost profits as being a measure of defendant's (not plaintiff's) profits | 1.30 | 450.00 | $585.00 |
| 09/23/20 | BJW | Call with A. Kindred re proposed settlement offer | 0.50 | 450.00 | $225.00 |
| 09/25/20 | BJW | Email with Selena re status of XPP & Lan Fong Yuen company research | 0.30 | 450.00 | $135.00 |
| 09/29/20 | BJW | Begin researching first sale doctrine issues, failure of consideration for license and naked license issues | 2.20 | 450.00 | $990.00 |
| 09/30/20 | BJW | Continue researching first sale doctrine issues, failure of consideration for license and naked license issues | 1.30 | 450.00 | $585.00 |

|  |  |
| --- | --- |
| Total Hours: | 11.30 |
| Total Labor: | 5,085.00 |
| **Total Invoice Amount:** | **$5,085.00** |
| **Total Amount Due:** | **$5,085.00** |

**User Summary**

| User | Hrs | Rate | Amount |
| --- | --- | --- | --- |
| Brandon J. Witkow | 11.30 | @ 450.00 | 5,085.00 |

**witkow | baskin**
21031 Ventura Boulevard, Suite 700
Woodland Hills, CA 91364

Wiring Information: :       First Republic Bank       Routing #: 321081669 :       Account #: 80007490990

Thank you again for allowing us to be of service.

Page: 1 of 1

**Lin's Waha International Corp.**
Attn: Jacky Lin, President
229 Robbins Lane
Syosset, NY 11791

**Invoice # 11541**

Invoice Date: 11/02/20

| Date | By | Service Summary | Hours/Qty | Rate | Amount |
|------|-----|-----------------|-----------|------|--------|
| In Reference To: | | **Litigation with OCM Group USA - CDCA (Professional Services)** | | | |
| 10/07/20 | BJW | Email with Selena re status issues; email with A. Kindred re settlement proposal | 0.40 | 450.00 | $180.00 |
| 10/08/20 | BJW | Email with Selena re additional discovery issues; respond to email from A. Kindred re status of settlement; call with Selena re China discovery issues | 1.00 | 450.00 | $450.00 |
| 10/08/20 | BJW | Review demand letter from OCM re JinJiang Fuyuan mark & email re same | 0.40 | 450.00 | $180.00 |
| 10/12/20 | BJW | Call with A. Kindred re revised settlement proposal from OCM | 0.50 | 450.00 | $225.00 |
| 10/14/20 | BJW | Call with A. Kindred re settlement proposal; ██████████ email with Selena re same | 0.80 | 450.00 | $360.00 |
| 10/16/20 | BJW | ████████████ | 0.30 | 450.00 | $135.00 |
| 10/16/20 | BJW | ██████████ research OCM litigation history; research failure of consideration in TM license agreement | 1.90 | 450.00 | $855.00 |
| 10/19/20 | BJW | ████mail with J. Lee re status of discovery responses | 0.60 | 450.00 | $270.00 |
| 10/20/20 | BJW | ███████████ | 0.40 | 450.00 | $180.00 |
| 10/22/20 | BJW | ██████████ email with Selena re call with A. Kindred | 0.40 | 450.00 | $180.00 |
| 10/27/20 | BJW | Call with J. Lee re MSJ schedule and settlement | 0.40 | 450.00 | $180.00 |
| 10/29/20 | BJW | ████all with J. Lee re stipulation; review proposed stipulation and perform edits | 1.20 | 450.00 | $540.00 |
| 10/30/20 | BJW | Review additional documents provided by OCM; email to Selena re same | 0.60 | 450.00 | $270.00 |

**witkow | baskin**
21031 Ventura Boulevard, Suite 700
Woodland Hills, CA 91364

Wiring Information: :    First Republic Bank    Routing #: 321081669 :    Account #: 80007490990

Thank you again for allowing us to be of service.

Page: 1 of 2

|  |  |
|---|---|
| Total Hours: | 8.90 |
| Total Labor: | 4,005.00 |
| **Total Invoice Amount:** | **$4,005.00** |
| **Total Amount Due:** | **$4,005.00** |

## User Summary

| User | Hrs | Rate | Amount |
|---|---|---|---|
| Brandon J. Witkow | 8.90 | @ 450.00 | 4,005.00 |

Thank you again for allowing us to be of service.

**Lin's Waha International Corp.**
Attn: Jacky Lin, President
229 Robbins Lane
Syosset, NY 11791

# Invoice # 11557

Invoice Date: 12/03/20

| Date | By | Service Summary | Hours/Qty | Rate | Amount |
|------|----|-----------------|-----------|------|--------|
| In Reference To: | | **Litigation with OCM Group USA - CDCA (Professional Services)** | | | |
| 11/03/20 | BJW | Review and edit proposed stipulation for modification of scheduling order; email with J. Lee re same | 0.70 | 450.00 | $315.00 |
| 11/06/20 | BJW | Review and provide further edits to stipulation to continue trial dates and associated deadlines; email to J. Lee re same | 0.70 | 450.00 | $315.00 |
| 11/10/20 | BJW | Review Judge Blumenfeld's local rules re stipulations for extension | 0.30 | 450.00 | $135.00 |
| 11/12/20 | BJW | Review and provide revisions to final draft of stipulation to continue trial date; email to J. Lee; email to Selena re conference call | 0.90 | 450.00 | $405.00 |
| 11/16/20 | BJW | Review final draft of stipulation and perform edits; emails with J. Lee re same | 0.70 | 450.00 | $315.00 |
| 11/19/20 | BJW | Call with Selena re strategy issues | 0.50 | 450.00 | $225.00 |
| 11/23/20 | BJW | Finalize research re scope of lost profits damages where plaintiff does not offer products in same geography & sale of grey goods products; call with Selena re strategy issues; review photographs of labels | 2.90 | 450.00 | $1,305.00 |
| 11/24/20 | BJW | Emails with J. Lee re status of stipulation | 0.20 | 450.00 | $90.00 |
| 11/25/20 | BJW | Draft additional set of interrogatories and RFAs to OCM | 1.30 | 450.00 | $585.00 |
| 11/30/20 | BJW | Begin preparing outline of key evidence of sales data, customers and product comparisons; draft email to Selena re same; analyze additional photos provided by Selena; prepare pre-trial calendar deadlines; email with J. Lee re status of stipulation | 2.90 | 450.00 | $1,305.00 |
| 12/02/20 | BJW | Review images of OCM product labels; email with Selena re same | 0.40 | 450.00 | $180.00 |
| 12/03/20 | BJW | Review Order on continuance of pre-trial dates and revise trial calendar | 0.50 | 450.00 | $225.00 |

| | | |
|--|--|--|
| Total Hours: | 12.00 |
| Total Labor: | $5,400.00 |
| **Total Invoice Amount:** | **$5,400.00** |
| **Total Amount Due:** | **$5,400.00** |

## User Summary

| User | Hrs | Rate | Amount |
|------|-----|------|--------|
| **witkow | baskin** | | | |

21031 Ventura Boulevard, Suite 700
Woodland Hills, CA 91364

Wiring Information: :    First Republic Bank    Routing #: 321081669 :    Account #: 80007490990

Thank you again for allowing us to be of service.

Brandon J. Witkow                    12.00      @ 450.00              5,400.00

---

**witkow | baskin**                    Wiring Information: :       First Republic Bank           Routing #: 321081669 :       Account #: 80007490990
21031 Ventura Boulevard, Suite 700
Woodland Hills, CA 91364

Thank you again for allowing us to be of service.

**Lin's Waha International Corp.**
Attn: Jacky Lin, President
229 Robbins Lane
Syosset, NY 11791

# Invoice # 11583

| Invoice Date: 01/04/21 |
|---|

| Date | By | Service Summary | Hours/Qty | Rate | Amount |
|------|-----|----------------|-----------|------|--------|
| In Reference To: | | **Litigation with OCM Group USA - CDCA (Professional Services)** | | | |
| 12/07/20 | BJW | Continue preparing comparison chart of products; email with Selena re same | 2.20 | 450.00 | $990.00 |
| 12/09/20 | BJW | Call with Selena re product comparison and customer issues | 0.80 | 450.00 | $360.00 |
| 12/14/20 | BJW | Continue drafting RFAs and RFPs; emails with Selina re same | 1.30 | 450.00 | $585.00 |
| 12/18/20 | BJW | Finalize 3rd set of RFPs and coordinate service; emails with Selina re master list of customers and demo issues; additional research into geographic penetration; email with A. Kindred re proposed additional mediation | 2.70 | 450.00 | $1,215.00 |
| 12/21/20 | BJW | Emails with Selina re final list of demo/sales customers | 0.40 | 450.00 | $180.00 |
| 12/29/20 | BJW | Begin drafting motion for summary judgment | 4.80 | 450.00 | $2,160.00 |

| | | |
|---|---|---|
| Total Hours: | | 12.20 |
| Total Labor: | | $5,490.00 |
| **Total Invoice Amount:** | | **$5,490.00** |
| **Total Amount Due:** | | **$5,490.00** |

## User Summary

| User | Hrs | Rate | Amount |
|------|-----|------|--------|
| Brandon J. Witkow | 12.20 | @ 450.00 | 5,490.00 |

---

**witkow | baskin**
21031 Ventura Boulevard, Suite 700
Woodland Hills, CA 91364

Wiring Information: :   First Republic Bank     Routing #: 321081669 :     Account #: 80007490990

Thank you again for allowing us to be of service.

**Lin's Waha International Corp.**
Attn: Jacky Lin, President
229 Robbins Lane
Syosset, NY 11791

**Invoice # 11597**

| Invoice Date: 02/01/21 |
| --- |

| Date | By | Service Summary | Hours/Qty | Rate | Amount |
| --- | --- | --- | --- | --- | --- |
| In Reference To: | | **Litigation with OCM Group USA - CDCA (Professional Services)** | | | |
| 01/06/21 | BJW | Incorporate additional images into chart; draft initial declarations and authentication of documents; emails with S. Lin; email to translation service for purchase orders; prepare additional documents for production | 3.90 | 475.00 | $1,852.50 |
| 01/11/21 | BJW | Call with J. Lee re settlement options, additional discovery & mediation timing; email with Selina re same | 0.40 | 475.00 | $190.00 |
| 01/13/21 | BJW | Call with Selina re settlement issues, declaration and mediation; revise declarations of Selina and Jerry Deng and email to Selina; update product comparison chart with additional photos | 1.40 | 475.00 | $665.00 |
| 01/14/21 | BJW | Call with Selina re declaration; review inserts to L. Deng declaration | 0.50 | 475.00 | $237.50 |
| 01/15/21 | BJW | Continue drafting motion for summary judgment; emails with Selina re additional information for declarations; revise Selina declaration re same; emails with J. Lee and A. Kindred re mediation scheduling | 5.50 | 475.00 | $2,612.50 |
| 01/19/21 | BJW | Emails with A. Kindred re mediation scheduling & mediation agreement; ███████████████████████████████; draft Local Rule 7-3 meet and confer email to opposing counsel | 1.00 | 475.00 | $475.00 |
| 01/20/21 | BJW | Continue drafting motion for summary judgment | 3.70 | 475.00 | $1,757.50 |
| 01/21/21 | BJW | ██████████████████████████████████ call with J. Lee re meet & confer; email with Selina re same | 0.70 | 475.00 | $332.50 |
| 01/22/21 | BJW | ███████████████████████ | 0.30 | 475.00 | $142.50 |
| 01/25/21 | BJW | Continue drafting motion for summary judgment; additional research into lost profits standard/calculation; emails with Selina re attorneys fees awards and export docs; review responses to 3rd RFPs and documents produced; email to Selina re same | 3.30 | 475.00 | $1,567.50 |
| 01/26/21 | BJW | Final drafting of section re of motion re summary adjudication of OCM's damages claim; additional research re standard for lost profits/actual damages; emails with Selina re executed declarations; compile exhibits and finalize declarations | 2.90 | 475.00 | $1,377.50 |
| 01/27/21 | BJW | Attend mediation conference via Zoom; prepare statement of uncontroverted facts | 3.70 | 475.00 | $1,757.50 |

**witkow | baskin**
21031 Ventura Boulevard, Suite 700
Woodland Hills, CA 91364

Wiring Information: :        First Republic Bank        Routing #: 321081669 :        Account #: 80007490990

Thank you again for allowing us to be of service.

Page: 1 of 2

| Date | By | Service Summary | Hours/Qty | Rate | Amount |
|------|----|-----------------|-----------|------|--------|
| 01/29/21 | BJW | Email and call with J. Lee re OCM motion and judge's rules; review OCM motion and email with Selina re same | 0.90 | 475.00 | $427.50 |

In Reference To:  **Litigation with OCM Group USA - CDCA (Expenses)**

| Date | By | Service Summary | Hours/Qty | Rate | Amount |
|------|----|-----------------|-----------|------|--------|
| 01/11/21 | BJW | Transperfect Translation Fee for Fuqing invoices | 1.00 | 200.00 | $200.00 |
| 01/25/21 | BJW | Mediator Fees for 1/27/21 mediation | 1.00 | 750.00 | $750.00 |
| 01/29/21 | BJW | [Paralegal] Preparation of table of contents/authorities; prepare courtesy copies for delivery to court; coordinate filing [$175/hr x 2.5 hrs] | 1.00 | 437.50 | $437.50 |
| 01/29/21 | BJW | Color copies of MSJ & supporting documents for courtesy copy to court [.35/page x 275 pages] | 1.00 | 96.25 | $96.25 |
| 01/29/21 | BJW | Federal Express overnight delivery of courtesy copy of MSJ | 1.00 | 47.25 | $47.25 |

|  |  |
|--|--|
| Total Hours: | 28.20 |
| Total Labor: | $13,395.00 |
| Total Expenses: | $1,531.00 |
| **Total Invoice Amount:** | **$14,926.00** |
| **Total Amount Due:** | **$14,926.00** |

## User Summary

| User | Hrs | Rate | Amount |
|------|-----|------|--------|
| Brandon J. Witkow | 28.20 | @ 475.00 | 13,395.00 |

Thank you again for allowing us to be of service.

**Lin's Waha International Corp.**
Attn: Jacky Lin, President
229 Robbins Lane
Syosset, NY 11791

# Invoice # 11625

Invoice Date: 03/01/21

| Date | By | Service Summary | Hours/Qty | Rate | Amount |
|---|---|---|---|---|---|
| In Reference To: | | **Litigation with OCM Group USA - CDCA (Professional Services)** | | | |
| 02/12/21 | BJW | Review OCM opposition to motion for summary judgment and prepare outline of reply brief; email to Selina re same | 2.20 | 450.00 | $990.00 |
| 02/15/21 | BJW | Begin drafting reply brief; email to Selina re additional declaration; research case law cited by OCM in opposition brief | 4.90 | 450.00 | $2,205.00 |
| 02/16/21 | BJW | Continue drafting reply brief; additional research re required evidence to support damages claim in response to MSJ; begin drafting response to OCM statement of undisputed facts; draft evidentiary objections; call with Selina re images of Milk tea products | 6.80 | 450.00 | $3,060.00 |
| 02/17/21 | BJW | Finalize initial draft of reply brief; email with Selina re same; revise supplemental declaration of Selina; draft response to evidentiary objections | 5.90 | 450.00 | $2,655.00 |
| 02/19/21 | BJW | Finalize reply brief and related documents and coordinate electronic filing & service | 1.80 | 450.00 | $810.00 |
| 02/25/21 | BJW | Call with J. Lee re settlement terms/injunction | 0.50 | 450.00 | $225.00 |
| In Reference To: | | **Litigation with OCM Group USA - CDCA (Expenses)** | | | |
| 02/24/21 | BJW | FedEx for courtesy copy of reply brief and supporting papers to Judge Blumenfeld | 1.00 | 42.95 | $42.95 |
| 02/24/21 | BJW | (Paralegal) preparation of tables for reply brief and courtesy copies | 1.00 | 145.00 | $145.00 |

| | |
|---|---|
| Total Hours: | 22.10 |
| Total Labor: | $9,945.00 |
| Total Expenses: | $187.95 |
| **Total Invoice Amount:** | **$10,132.95** |
| Previous Balance: | $14,926.00 |
| Payments/Adjustments: | $-15,631.00 |
| **Total Amount Due:** | **$9,427.95** |

## Payments/Adjustments

| Date | Transaction Type | Description | Amount |
|---|---|---|---|

**witkow | baskin**
21031 Ventura Boulevard, Suite 700
Woodland Hills, CA 91364

Wiring Information: :    First Republic Bank    Routing #: 321081669 :    Account #: 80007490990

Thank you again for allowing us to be of service.

| 02/10/21 | Payment | | -14,926.00 |
| 2/26/21 | Credit Adjustment | Credit for January 2021 Invoice- 28.20 x $25 = $705 | -705.00 |

## User Summary

| User | Hrs | Rate | Amount |
|------|-----|------|--------|
| Brandon J. Witkow | 22.10 | @ 450.00 | 9,945.00 |

Thank you again for allowing us to be of service.

**Lin's Waha International Corp.**
Attn: Jacky Lin, President
229 Robbins Lane
Syosset, NY 11791

**Invoice # 11653**

| Invoice Date: 03/29/21 |
| --- |

| Date | By | Service Summary | Hours/Qty | Rate | Amount |
| --- | --- | --- | --- | --- | --- |
| In Reference To: | | **Litigation with OCM Group USA - CDCA (Professional Services)** | | | |
| 03/04/21 | BJW | Review tentative ruling; prepare for hearing on motion for summary judgment; prepare analysis for argument | 1.20 | 450.00 | $540.00 |



**witkow | baskin**        Wiring Information: :        First Republic Bank        Routing #: 321081669 :        Account #: 80007490990
21031 Ventura Boulevard, Suite 700
Woodland Hills, CA 91364

Thank you again for allowing us to be of service.

Page: 1 of 1