# DECLARATION OF XUHUA MO

## Declaration of XuHua Mo

My name is Mo XuHua. I am the Overseas Business Manager of XiangPiaoPiao's Overseas Department. I made the follow statements based upon my own knowledge. I will testify truthfully and competently to the best of my ability if called as a witness.

1. During the relevant times, XiangPiaoPiao ("XPP") granted to OCM exclusive distributorship of XPP-branded products and exclusive trademark licensee status for the U.S. market. This fact was confirmed to attorney Ms. Wang, Shuting (a Chinese attorney) who represented Lin's Waha ("LW") when she made inquiries to me in or around October, 2020, for the litigation case between OCM and LW in a California federal court.

2. XPP, as the trademark owner of our XPP branded products, has the right to control how our products are distributed, including the distribution in U.S. markets.

3. XPP specifically manufactures its U.S.-bound products using milk/dairy sources from New Zealand or Australia. Such U.S.-bound products were exclusively sold through our distributor OCM.

4. The XPP products sold by LW in U.S. are the China-domestic version. The milk/diary content used China-domestic sources. XPP does not allow such domestic version to be sold to U.S. market.

5. There are cost differences. The manufacturing costs for the OCM version (those using the New Zealand or Australia milk/diary content) are higher than the costs for the LW version. Despite there is no safety concern for XPP products whether the milk/diary source is domestic or New Zealand/Australia, XPP never intended for the domestic version to be sold to U.S. markets.

6. It is our knowledge that XPP domestic version (sold by LW) does not meet the U.S. import entry requirement set by USDA (US Department of Agriculture) and the agency APHIS (Animal and Plant Health Inspection Service) under USDA.

7. I am not an expert in the U.S. import regulations. But I have no reason to doubt the determination of the illegality from the evidence of USDA/APHIS seizure notices regarding the LW version products.

8. In any foreseeable future timeframe, if other U.S. merchants purchase the XPP domestic version and resell into U.S. markets, those products would violate the U.S. import entry requirement (given the USDA regulations and enforcement), XPP would take legal action, or would ask OCM (or any exclusive distributor/licensee) to take legal action.

9. I attached a copy of my business card herein, showing my business contact information.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Dated:  07/01/2021            Executed at: Hangzhou, China

Signature: _XuHua Mo_

XuHua Mo

**香飘飘**

**XuHua Mo**
Overseas Department  Overseas business manager

XPP Food Co., Ltd.
11 F, West Building 4th, Xintiandi
Business Center, No.7 Anqiaogang
street, Xiacheng District, Hangzhou,
Zhejiang Province, China

Tel: +86 0571-28298777
Fax: +86 0571-28806116
Cell phone: +86 18069787749
Email: xh.mo01@chinaxpp.com