Name  Jen-Feng Lee (SBN: 204328) - LT Pacific Law Group LLP

Address  17800 Castleton Street, Suite 560

City, State, Zip  City of Industry, CA 91748

Phone  626-810-7200

Fax

E-Mail  jflee@ltpacificlaw.com

☐ FPD   ☐ Appointed   ☐ CJA   ☐ Pro Per   ☐ Retained

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| OCM GROUP USA INC.<br><br>PLAINTIFF(S),<br><br>v.<br><br>LIN'S WAHA INTERNATIONAL CORP., a New York corporation; and DOES 1 - 10<br><br>DEFENDANT(S). | CASE NUMBER:<br><br>Case No. 2:19-CV-08917-SB (KSx)<br><br><br>**NOTICE OF APPEAL** |

NOTICE IS HEREBY GIVEN that _____ OCM GROUP USA INC. _____ hereby appeals to

*Name of Appellant*

the United States Court of Appeals for the Ninth Circuit from:

**Criminal Matter**

☐ Conviction only [F.R.Cr.P. 32(j)(1)(A)]
☐ Conviction and Sentence
☐ Sentence Only (18 U.S.C. 3742)
☐ Pursuant to F.R.Cr.P. 32(j)(2)
☐ Interlocutory Appeals
☐ Sentence imposed:

☐ Bail status:

**Civil Matter**

☒ Order (specify):
      Finding of exceptional case and $67k award

☐ Judgment (specify):

☐ Other (specify):

Imposed or Filed on _____ . Entered on the docket in this action on  08/02/21 (Docket# 54)      .

A copy of said judgment or order is attached hereto.

September 1, 2021

Date

/s/ Jen-Feng Lee

Signature
☐ Appellant/ProSe   ☒ Counsel for Appellant   ☐ Deputy Clerk

**Note:**   The Notice of Appeal shall contain the names of all parties to the judgment or order and the names and addresses of the attorneys for each party.  Also, if not electronically filed in a criminal case,  the Clerk shall be furnished a sufficient number of copies of the Notice of  Appeal to permit prompt compliance with the service requirements of FRAP 3(d).